IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex. rel.* Brook Jackson, )<br>   ) <br>   Plaintiffs, ) <br>   ) <br>v. ) <br>   ) <br>VENTAVIA RESEARCH GROUP, LLC; )<br>PFIZER, INC.; ICON, PLC, ) <br>   ) <br>   Defendants. ) | Civil Action No. 1:21-cv-00008<br><br>**FILED UNDER SEAL**<br>**(Pursuant to 31 U.S.C. § 3730(b))** |

**THE GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later

date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIT FEATHERSTON
United States Attorney
Eastern District of Texas

/s/ Michael W. Lockhart
MICHAEL W. LOCKHART
Assistant United States Attorney
Texas Bar No. 12472200
550 Fannin, Suite 1250
Beaumont, TX 77701
Tel:     (409) 839-2538
Fax:    (409) 839-2643
Email:   USATXE.CivECFBmt@usdoj.gov

ANDY J. MAO
HOLLY H. SNOW
Attorneys, Civil Division
United States Department of Justice
175 N Street, N.E.
Washington, DC 20002
E-mail: Holly.H.Snow@usdoj.gov

(202) 616-2879
(202) 305-7797 (fax)

**ATTORNEYS FOR THE
UNITED STATES OF AMERICA**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify on this 18th day of January 2022, I caused copies of The Government's Notice of Election to Decline Intervention and proposed order, to be served by electronic mail on:

**Robert E Barnes**
Barnes Law
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017

Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, Defendants have not been served with copies of the foregoing documents.

<u>*/s/ Michael W. Lockhart*</u>
MICHAEL W. LOCKHART
