Ex. 21

**Rebecca Gibson**

| | |
|---|---|
| **From:** | Olivia Ray <oliviaray@ventaviaresearch.com> |
| **Sent:** | Monday, September 21, 2020 10:13 AM |
| **To:** | Kandy Downs; Mercedes Livingston; Brook Jackson |
| **Cc:** | Marnie Fisher; Kristi Raney; Katie Buchanan |
| **Subject:** | RE: Daily Status Calls Updates and Action Items |
| **Attachments:** | Daily Status Updates 9.19.2020.docx |

Sorry I missed the last few minutes of the call.  Please see attached.

Thanks,

**Olivia Ray** 
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

**www.ventaviaresearch.com**  



PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray
**Sent:** Friday, September 18, 2020 8:54 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

**Olivia Ray** 
Managing Member, Executive Director

JSN0392

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

**www.ventaviaresearch.com**                    



PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Thursday, September 17, 2020 5:11 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

Will do.

Warmest Regards;


**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com



*https://www.ventaviaresearch.com/*        *http://www.platinum-research.net/*

JSN0393

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Thursday, September 17, 2020 5:08 PM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** Re: Daily Status Calls Updates and Action Items

Kandy, to be clear, we want the RD's doing weekly or bi weekly touch points with the PI's. This is to check on the SOM's, site leads, staff, etc.

Olivia Ray
Managing Member, Executive Director

Ventavia Research Group
1307 8th Avenue, Suite 202
Fort Worth, TX 76104
t: 8173480228
m: 2143940772
e: oliviaray@ventaviaresearch.com

www.ventaviaresearch.com

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Thursday, September 17, 2020 5:01:12 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

Kandy

- QC both unblinded logs at KEL and FW FW done 9/17 Keller 9/18 to be completed.

- **Get ARL's screening visits canceled so Becca can immediately QC Keller** Jennifer had 1 only visit-Becca sent to Keller

- **Get Plano's visits handled by Precilia so Jill can immediately QC Keller-** Jill had Dr's appt for new baby today-tomorrow going to Keller.

- Check with William: done

JSN0394

- o FDA training

- o Should HOU stop enrolling, ask William, please <span style="color:red">done-and done</span>

- Put a plan in place to schedule weekly touchpoints with your PI's <span style="color:red">my SOM"s do this, for Plano and Houston. Alma does Burleson/I do Dallas/Arlington.</span>

- Talk with JP <span style="color:red">done see the email.</span>

  - o What did she mean that "Ventavia is going to get what's coming to them"? <span style="color:red">she stated never said this</span>

    - ▪ Let him know how concerned Dr. B is about that <span style="color:red">Dr B informed and see my email</span>

  - o Go over Peppler's concerns-comments about being unhappy, unsupported, etc. <span style="color:red">Peppler email reviewed with Jennifer.</span>

  - o Go over professionalism, growth, examples that have been given <span style="color:red">done- are we writing her up via verbal? Written? All three issues together? Or separately?</span>

  - o Have KB as a witness and make sure this convo is all documented and sent to us so we can make an informed decision (write up vs termination) <span style="color:red">done</span>

Warmest Regards;

**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com



*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Thursday, September 17, 2020 9:19 AM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

JSN0395

**Olivia Ray**
Managing Member, Executive Director



**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

**www.ventaviaresearch.com**          



PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:** Wednesday, September 16, 2020 5:13 PM
**To:** Brook Jackson <bjackson@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

Mercedes
- Get references for Tiara Done- she sent me three from Covance of people in three different positions (which is where all her experience is from)

  o I left a message for 2

  o Talked to the third one and she gave a glowing review. She said Tiara was the first non-RN to have an Operations Manager role.  Covance at one point only allowed RNs as Operations Managers but when they opened it up to other, Tiara was the first to be promoted and to the Operations Manager of the morning shift which is the busiest shifts

  o I will try the other two again tomorrow if they don't call back tonight.

  o If good, then get a call with Medix

**Mercedes Livingston, CCRC**
Chief Operating Officer

JSN0396

**Ventavia Research Group**
1307 8th Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com



https://www.ventaviaresearch.com/          http://www.platinum-research.net/



Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Brook Jackson <bjackson@ventaviaresearch.com>
**Sent:** Wednesday, September 16, 2020 4:01 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Cc:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** Re: Daily Status Calls Updates and Action Items

Απολογιεσ μψ ρεσπονσεσ αρε νοτ ιν ⬜ρεδ⬜; ωορκινγ φρομ πηονε το χομπλετε τηισ τοδα ψ. Χομπυτερ ισσυεσ αγιν. Ωορκινγ ωιτη θερρεδ. Τηανκσ!

⬜ Make sure Keller and FW have the Firecrest amendment 6 training completed by this morning - Almost there - will be done before EOB
⬜ Speak to Jaz and have her go to Chrystal about communication with calling pts - Pending
⬜ Speak to Jen Vasilio about overseeing Chrystal - Pending
⬜ Continue to monitor recruitment efforts for FW and KEL-COVID - ongoing

On Sep 16, 2020, at 8:54 AM, Olivia Ray <oliviaray@ventaviaresearch.com> wrote:

**Olivia Ray**                          <image002.png>
Managing Member, Executive Director

6

JSN0397

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

<image003.png>

**www.ventaviaresearch.com**

<image004.png>

<image007.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:** Tuesday, September 15, 2020 4:50 PM
**To:** Brook Jackson <bjackson@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

Mercedes
- Check with Kate on Amend. 6 ICF <span style="color:red">Confirmed all sites have this and have implemented it</span>

- Give directive to sites and recruiters if we can start enrolling 16 and 17 yr olds- <span style="color:red">all sites know but will send a email so it's in writing</span>

  o ICF IRB approved and received by sites <span style="color:red">received</span>

  o Amend 6 firecrest training completed- <span style="color:red">notified sites to complete, protocol sent through Complion for signing off for training</span>

- Follow up with reg person about hours and schedule – <span style="color:red">pending response</span>

**Mercedes Livingston, CCRC**
Chief Operating Officer

**Ventavia Research Group**
1307 8th Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com

JSN0398

&lt;image011.png&gt;
&lt;image014.png&gt;
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

&lt;image015.jpg&gt;

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Brook Jackson &lt;bjackson@ventaviaresearch.com&gt;
**Sent:** Tuesday, September 15, 2020 4:38 PM
**To:** Marnie Fisher &lt;mfisher@ventaviaresearch.com&gt;; Olivia Ray &lt;oliviaray@ventaviaresearch.com&gt;; Mercedes Livingston &lt;mercedeslivingston@ventaviaresearch.com&gt;; Kandy Downs &lt;kdowns@ventaviaresearch.com&gt;; Kristi Raney &lt;kristiraney@ventaviaresearch.com&gt;
**Cc:** Katie Buchanan &lt;kbuchanan@ventaviaresearch.com&gt;
**Subject:** RE: Daily Status Calls Updates and Action Items

Marnie/Brook
- Keep a close eye on Katie/Keller's enrollment numbers, she needs to continue to try and schedule the full 60 for the week.  If she's having a challenge with less CRC's, she needs to loop us in before Chrystal decides to stop scheduling patients. <span style="color:red">We are currently at 42 scheduled for the week. We have open appt times each day that Lanie is working to fill, including a quick Saturday clinic from 7:30-8:45. Dr. Fuller wanted to be done with clinic on Sat. by 9:15.</span>

- Work with Chrystal this week to get numbers up, check on CC list for 16 and 17 yr olds (or waiting list?) <span style="color:red">WORKING ON</span>

- Focus on the recruitment this week for FW and KEL (Covid) – <span style="color:red">KEL is working on 2nd attempt emails, but have completed ThreeWire 2nd attempt calls; Lanie is also making calls right now to confirm 16Sep appts. For those she is able to reach she is asking if they have any potential referrals including those 16+.</span>

- Help with Alma exit plan - <span style="color:red">MARNIE</span>

**From:** Marnie Fisher &lt;mfisher@ventaviaresearch.com&gt;
**Sent:** Tuesday, September 15, 2020 4:05 PM
**To:** Olivia Ray &lt;oliviaray@ventaviaresearch.com&gt;; Mercedes Livingston &lt;mercedeslivingston@ventaviaresearch.com&gt;; Brook Jackson &lt;bjackson@ventaviaresearch.com&gt;; Kandy Downs &lt;kdowns@ventaviaresearch.com&gt;; Kristi Raney &lt;kristiraney@ventaviaresearch.com&gt;
**Cc:** Katie Buchanan &lt;kbuchanan@ventaviaresearch.com&gt;
**Subject:** RE: Daily Status Calls Updates and Action Items

Marnie/Brook
- Keep a close eye on Katie/Keller's enrollment numbers, she needs to continue to try and schedule the full 60 for the week.  If she's having a challenge with less CRC's, she needs to loop us in before Chrystal decides to stop scheduling patients. <span style="color:red">BROOK</span>

- Work with Chrystal this week to get numbers up, check on CC list for 16 and 17 yr olds (or waiting list?) <span style="color:red">WORKING ON</span>

JSN0399

- Focus on the recruitment this week for FW and KEL (Covid) WORKING ON

- Help with Alma exit plan- TALKING TO ALMA NOW- she's coming down to the conference room to discuss options

**Pending from yesterday:**

- Get with Angela about adding onboarding newhire for the next two weeks, OT approved if needed (submit to Marnie or Mer for approval??) – DONE- Angela is going to send me a list of all the tasks she's working on and in the meantime, meeting with Katie, I belive tomorrow, to discuss what Katie needs her to do.  Angela is willing to help but worried that she's going to drop the ball on all her other responsibilities, FYI.  I told her not to worry about this, that we understand it will pull her from other duties.

Regards,
Marnie

---

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Tuesday, September 15, 2020 9:31 AM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

**Olivia Ray**                                    <image016.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                                  <image003.png>

**www.ventaviaresearch.com**                      <image004.png>


<image017.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

JSN0400

**From:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:** Monday, September 14, 2020 9:31 PM
**To:** Brook Jackson <bjackson@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

Marnie

Can you please get with Angela first thing (after our call in the morning) about taking over onboarding from Katie B?

We have Ruth and Jessica Mendez that need to be onboarded and they need to get moving quickly. I have multiple calls set up tomorrow so I need you to call Angela and get with her on this.

I think she has been working some with Katie on onboarding, so it should be a quick/smooth transition.

Regards,

**Mercedes Livingston, CCRC**
Chief Operating Officer

**Ventavia Research Group**
1307 8th Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com

<image011.png>
<image014.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

<image015.jpg>

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Brook Jackson <bjackson@ventaviaresearch.com>
**Sent:** Monday, September 14, 2020 4:03 PM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

JSN0401

Marnie/Brook
**14Sep2020**

Can you have J. Valo work in GRA on Wednesday – DONE
Get with Katie Buchanan to add J.Valo to timeco – DONE; Marnie sent email to Katie Buchanan this am.
Jailyn-help email, make sure it was dealt with (with Jen Vasilo), please get Jailyn in a better place
(documented games plan to get things distributed) – Per Jen V., they discussed action plan that will be
documented in writing. Email pending from Jen V.
Let sites know to reach out to James/Burt when they need help filing so they can knock it out – Done.
Reach out to Jen Vasilo about Jerred's load and let him know about Katie Buchanan pulling him to work
with her (newsletter, bamboo HR/timekeeping system, etc.) - DONE
Identify a scanner – DONE
Get with Angela about adding onboarding newhire for the next two weeks, OT approved if needed
(submit to Marnie or Mer for approval??) - pending
Stay on your SOM's to get the missing certifications, PI/SubI stuff done **this week** – In progress

---

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Monday, September 14, 2020 1:04 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston
<mercedeslivingston@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>; Katie
Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

9/14
Kandy
- Let sites know to reach out to James/Burt when they need help filing so they can knock it out
  email sent.

- Identify a scanner. I sent out an email to Ventavia.

- Get Univision ad ran today. I have sent email, working on getting out by Wed/Thursday.

- Get in touch with Christine to see if Lizatte can call Syan Rhodes about a follow-up story, and
  then all other HOU sites done

- Stay on your SOM's to get the missing certifications, PI/SubI stuff done **this week done**

- Talk to Christine about extending Tony's contract if he can done and extended till he gets an
  offer or no longer needed.

- Talk to Becca about staying in ARL for right now, and have her go to Dallas one day this week to
  QC done-she has a 2 weeks sch for Arlington, adding QC for Dallas in there as well. She is out
  next week for a couple of PTO days.

9/11
Kandy
- Precillia review to Mer Jill sent the revision

- Tell Christine to make second interview rounds and narrow it down done on 9/11 via phone

11

JSN0402

- Talk to Mark about helping with reg done on 9/11 via phone and email.

Warmest Regards;


**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image011.png>
<image014.png>

*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Monday, September 14, 2020 9:32 AM
**To:** Kristi Raney <kristiraney@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items


**Olivia Ray**                    <image016.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                    <image003.png>

**www.ventaviaresearch.com**      <image004.png>


<image017.png>

JSN0403

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kristi Raney <kristiraney@ventaviaresearch.com>
**Sent:** Saturday, September 12, 2020 1:18 PM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** Re: Daily Status Calls Updates and Action Items

I'm not sure if this was ever answered, but there was a question about the PM role being a promotion for JV.  It is not. I do understand there are some SOMs going into this role, but it's a new position...and it's not a promotion for JV. It's still a lateral move for her. She was managing MRSV medical records and now she's managing more (old studies).

We can discuss further on Monday, if need be.

**Kristi Raney**
Managing Member,
Executive Director                           <image018.jpg>

**Ventavia Research Group**
1307 8th Avenue, suite 202
Fort Worth. TX 76104
t: 214.208.0390
e: kristiraney@ventaviaresearch.com


**www.ventaviaresearch.com/**
**www.platinum-research.net**


Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.


On Sep 10, 2020, at 4:01 PM, Kandy Downs <kdowns@ventaviaresearch.com> wrote:

JSN0404

Kandy
- QC MAT RSV charts in FW <span style="color:red">They were already done-</span>

- Continue reviewing resumes and will forward those recently reviewed to Kristi/Mercedes <span style="color:red">already forwarded</span>

<span style="color:red">Completed onboarding/New Hire training with Becca S and Brook.  Worked on emails/ Review for Jennifer completed.</span>

Warmest Regards;

**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Marnie Fisher <mfisher@ventaviaresearch.com>
**Sent:** Thursday, September 10, 2020 10:57 AM
**To:** Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

Sorry, with attachment.

Regards,
Marnie

JSN0405

**From:** Marnie Fisher <mfisher@ventaviaresearch.com>
**Sent:** Thursday, September 10, 2020 10:16 AM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

Call notes from this morning.

Regards,
Marnie

---

**From:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:** Wednesday, September 9, 2020 9:16 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items-Kandy

Call notes from this morning.

Brook- We all have alarms set at 4:00 on our phones as a reminder to send a follow-up on our to-do list from the morning call.  We copy and paste our section of to-do in this email chain and in red next to the time we write out the outcome.

I put items under you/Marnie today. Please shadow her on all her action items and if there are any you can take over (after introducing yourself to those involved in the action item) you can do that as well.

All responses stay in this email chain so it's easy to reference from one day to the next.

Regards,

Mercedes

### Mercedes Livingston, CCRC
Chief Operating Officer

**Ventavia Research Group**
1307 8th Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com

<image001.png>

JSN0406

<image002.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

<image003.jpg>

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Mercedes Livingston
**Sent:** Tuesday, September 8, 2020 6:30 PM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items-Kandy

Kandy

To confirm, are you saying you already did Cristina's review with her?  If not, please don't I want to review it first (I'm working through emails).  Also, you will want to have Katie B on the phone when you do the review with her.  We want to have a witness on all reviews/disciplinary/coaching sessions.

Regards,


**Mercedes Livingston, CCRC**
Chief Operating Officer

**Ventavia Research Group**
1307 8th Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com


<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

<image003.jpg>

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

JSN0407

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Tuesday, September 8, 2020 5:11 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston
<mercedeslivingston@ventaviaresearch.com>; Kristi Raney
<kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items-Kandy

Kandy

- Work on Univision thing-have spoken to 3 different people that are working up numbers and such. The attachment that I got was for COMCAST- and is a joke. So working with really Univision. Will send emails as they come for approval and cost

- Get reviews to Mercedes-send Cristina's and completed today. Almost finished with Jennifer P having Becca help me since we both have been working with her.

Warmest Regards;

**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*        *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Tuesday, September 8, 2020 8:23 AM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney
<kristiraney@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>;
Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items-Kandy

JSN0408

**Olivia Ray**                    <image004.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                            <image005.png>

**www.ventaviaresearch.com**    <image006.png>


<image007.png>


PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

---

**From:** Olivia Ray
**Sent:** Friday, September 4, 2020 12:07 PM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items-Kandy

Sorry I forgot to send this out this morning!

**Olivia Ray**                    <image004.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                            <image005.png>

**www.ventaviaresearch.com**    <image006.png>


<image007.png>

JSN0409

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:** Thursday, September 3, 2020 4:47 PM
**To:** Kristi Raney <kristiraney@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items-Kandy

Mercedes
- Get Angela ready to go remote next week- done

- Get resume from Kati Dykes to call and interview- LM, phone went straight to VM

**Mercedes Livingston, CCRC**
Chief Operating Officer

**Ventavia Research Group**
1307 8th Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

<image003.jpg>

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Mercedes Livingston
**Sent:** Thursday, September 3, 2020 4:43 PM
**To:** Kristi Raney <kristiraney@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>

JSN0410

**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items-Kandy

Yes, Becca trained her on it this morning.  JP followed up in a text to me confirming.

Regards,

**Mercedes Livingston, CCRC**
Chief Operating Officer

**Ventavia Research Group**
1307 8th Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com


<image001.png>
<image002.png>
https://www.ventaviaresearch.com/        http://www.platinum-research.net/

<image003.jpg>

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kristi Raney <kristiraney@ventaviaresearch.com>
**Sent:** Thursday, September 3, 2020 4:15 PM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** Re: Daily Status Calls Updates and Action Items-Kandy

Mer, was your last email addressing this...


Pending visits in CC in ARL the last couple of days Sent a request to Jennifer to either complete them or move them over. I can't move them when I don't know what is going on with them. Also, need Kandy to be on top of this with Jennifer.


Can Becca help with this? Maybe she can 1) help get it caught up 2) make sure JP understands and doesn't have any questions

JSN0411

Just want to make sure this got addressed (either Becca helping or JP getting it done).

Thanks,

**Kristi Raney**
Managing Member, Executive Director

**Ventavia Research Group**

1307 8th Avenue, Suite 202

Fort Worth, TX 76104

817-348-0228 Office

817-394-1901 eFax

214-208-0390 Cell

<image008.png>
<image009.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:** Wednesday, September 2, 2020 9:18 PM
**To:** Kristi Raney <kristiraney@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items-Kandy

Jennifer actually called me when she got my email. She hasn't been using the check-in check out page to look at these.  So, I showed her where I was looking and now she knows. She is going to call me tomorrow when she is ready to complete her diary check visits so I can show her how to do them from the check-in check-out page.

Thanks,

JSN0412

**Mercedes Livingston, CCRC**
Chief Operating Officer

**Ventavia Research Group**
1307 8th Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*      *http://www.platinum-research.net/*

<image003.jpg>

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kristi Raney <kristiraney@ventaviaresearch.com>
**Sent:** Wednesday, September 2, 2020 5:10 PM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** Re: Daily Status Calls Updates and Action Items-Kandy

Pending visits in CC in ARL the last couple of days Sent a request to Jennifer to either complete them or move them over. I can't move them when I don't know what is going on with them. Also, need Kandy to be on top of this with Jennifer.

Can Becca help with this? Maybe she can 1) help get it caught up 2) make sure JP understands and doesn't have any questions

**Kristi Raney**
Managing Member, Executive Director

**Ventavia Research Group**

1307 8th Avenue, Suite 202

Fort Worth, TX 76104

817-348-0228 Office

817-394-1901 eFax

JSN0413

214-208-0390 Cell


<image010.png>
<image011.png>
https://www.ventaviaresearch.com/          http://www.platinum-research.net/

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

---

**From:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:** Wednesday, September 2, 2020 5:03 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items-Kandy

Mercedes

- Talk with William about his recommendations for QC employees requested from William. Directed him to do the first interview and send to me for second interviews

- Log into Firecrest to see if we have a radio ad already approved by Pfizer Not in Firecrest, pending reply from Arturo

- Talk to Haily, Elyza, and Jessica today so we can make a decision on Erin LM for Elyza and Jessica. Haily doesn't have any experience regarding Clinical Research that would apply to step into a CRC role at any site.

- Oversee the Inv onboarding email ongoing

- Pending visits in CC in ARL the last couple of days Sent a request to Jennifer to either complete them or move them over. I can't move them when I don't know what is going on with them. Also, need Kandy to be on top of this with Jennifer.

- Send an email chain to get status update at end of each day, how many they got to, etc.  Any glaring findings? Set an alarm.  Email sent


**Mercedes Livingston, CCRC**
Chief Operating Officer

**Ventavia Research Group**

JSN0414

1307 8<sup>th</sup> Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com


<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

<image003.jpg>

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Wednesday, September 2, 2020 9:29 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items-Kandy


**Olivia Ray**                    <image004.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                              <image005.png>

**www.ventaviaresearch.com**    <image006.png>


<image007.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

JSN0415

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Tuesday, September 1, 2020 5:02 PM
**To:** Marnie Fisher <mfisher@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>
**Subject:** FW: Daily Status Calls Updates and Action Items-Kandy

Sorry only sent to Olivia

Warmest Regards;


**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC
_____

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com


<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*         *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kandy Downs
**Sent:** Tuesday, September 1, 2020 5:01 PM
**To:** 'Olivia Ray' <oliviaray@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items-Kandy

Kandy
- Look at resumes for CRC's for almost all sites <span style="color:red">done- see the attached resumes I reviewed that I thought would be good fits.  There were no notes with these.</span>

I have tagged them all via Indeed message to see if they are still interested in the positions before we start calling them.


Warmest Regards;

JSN0416

**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Tuesday, September 1, 2020 8:53 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

**Olivia Ray**                    <image004.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                   <image005.png>
**www.ventaviaresearch.com**
                                   <image006.png>

<image007.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly

JSN0417

prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Monday, August 31, 2020 3:56 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

- Have Cordy do the first vaccine on the phone with her <span style="color:red">Done. And rechecked when onsite.</span>

- Dallas-IRB documentation emails <span style="color:red">Shannon informed and Precilia to work with Shannon</span>

- Keller phlebotomist email-follow up with Katie (Cara Lopez-rate) <span style="color:red">Katie reminded, to contact her.</span>

- Let Olivia know if we need to activate HOU ad tonight

- Help with Katie B email re: investigators <span style="color:red">work in progress- to be honest, I have only reached out to Dallas. Been busy with Keller.</span>

Warmest Regards;

**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*      *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

JSN0418

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Monday, August 31, 2020 8:46 AM
**To:** Kristi Raney <kristiraney@ventaviaresearch.com>; Kandy Downs
<kdowns@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>; Marnie Fisher
<mfisher@ventaviaresearch.com>; Mercedes Livingston
<mercedeslivingston@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

### Olivia Ray                           <image004.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

**www.ventaviaresearch.com**          <image005.png>

                                       <image006.png>

<image007.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kristi Raney <kristiraney@ventaviaresearch.com>
**Sent:** Friday, August 28, 2020 10:21 AM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Kandy Downs
<kdowns@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>; Marnie Fisher
<mfisher@ventaviaresearch.com>; Mercedes Livingston
<mercedeslivingston@ventaviaresearch.com>
**Subject:** Re: Daily Status Calls Updates and Action Items- Kandy

I agree with what Olivia said.  I actually feel like this was brought up a few weeks ago...that she had no training and has very little oversight bc she is the unblinded.  I feel like that's when Kandy went over there a week or so ago and caught the Becca situation...but I thought part of our discussion was that she had no oversite and could be screwing up and no one know.

Maybe I thought this all though...and never actually said it out loud...idk.

JSN0419

So yeah, let's see who we could possibly get over there with her to start helping out on Monday.  Otherwise, something bad is going to happen with her.

**Kristi Raney**
Managing Member, Executive Director

**Ventavia Research Group**

1307 8th Avenue, Suite 202

Fort Worth, TX 76104

817-348-0228 Office

817-394-1901 eFax

214-208-0390 Cell

<image012.png>
<image013.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Friday, August 28, 2020 10:11 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

I spoke with Kandy and she is heading to Kel this afternoon to help Cordy get items corrected and clarified on her logs and get with the unblinded CRA to address any items she has.

Kandy, please let us know how this afternoon goes.  As it stands now, I'm not comfortable with Cordy being the only unblinded vaccinator for this trial.
- Is there an experienced unblinded for this trial that can go work alongside her starting Monday, until we feel comfortable she knows what she is doing?

Thanks,

JSN0420

**Olivia Ray**                              <image014.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                            <image005.png>

**www.ventaviaresearch.com**               <image006.png>


<image015.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only
for the use of the individual or entity to which it is addressed and may contain
information that is privileged, confidential and exempt from disclosure. If the reader of
this message is not the intended recipient, or an employee or agent responsible for
delivering the message to the intended recipient, you are hereby notified that any
disclosure, dissemination, distribution or copying of the communication is strictly
prohibited. If you have received this communication or any associated attachments in
error, please notify the sender immediately. Thank you in advance.

---

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Friday, August 28, 2020 9:58 AM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>; Kristi Raney
<kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>;
Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

Morning;

See in purple my FUL to your blue. LOL

I also want you both to be aware that we (Keller site) unblinded received an email from
the blinded CRA-there are a lot of concerns. I will try to address via remote if I can't,
then I will have to go to Keller today to review and discuss with Cordy.  It looks like CRA
has tried to work with Cordy but not getting a resolution. But I will contact Cordy this
morning, and I will see what I can do from Arlington.

See below.

Warmest Regards;


**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

JSN0421

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>

*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Friday, August 28, 2020 7:54 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

I know we aren't having a call this morning due to Mer seeing a pt and me on the PSSV, but I wanted to address a couple of things.  See in blue:

- Reach out to KB in KEL about EDC entry email sent to Mercedes- EDC good/Complion need helps-Katie B informed to have uploaded, and we can have Jerred remote file for them. Is Keller planning on working tomorrow to get Complion caught up?  Unless I am missing something, this needs to be caught up before the week is over.  When I spoke with Katie B yesterday, she stated that they were going to get uploaded by today. And have EDC updated daily I will reach back out today and see where they are.

- Reach out to Christine, Lizatte, Jill re new roles Discussed;

   Jill-location? Remote? Then maybe some travel sch. Salary increase? Or the same? Interested-timeframe of a switch? Kandy, see in the email I sent yesterday that answered the remote and onsite question. I copied and pasted below in case you need to touch base with Jill again with some of that information.  Salary—we will get back to you on that.  Timeframe—I feel like that depends on when Shannon and Christina are better trained and don't need PLA to lean on.  I would suggest telling Jill in the meantime, to learn everything maternal while working in PLA, and how we have set it up this year.  So she knows how to get the sites better prepared when GSK starts (pre-screening docs, etc.) Perfect.

   Lizatte- Is excited, and Christine is yes, this is so Lizatte. Both onboard with this laterally move.-? We will get back to you about lateral move vs. salary increase.  I will need to schedule a time with Lizatte to train

JSN0422

her and go over her role.  I will wait and do that once Pfizer enrollment has stopped—unless you think they can enroll without her? Right now, with 3 new hires being trained, Lizatte is needed. I am thinking the end of the COVID study.

Study Manager/Project Manager/Protocol Facilitator Role (whatever we decide) (How to present this role to Jill and Dana—we can hold off on Becca)
- Brand new role created for the company to ensure we are setting everyone up for success
- Mainly remote, with onsite visits during first days of enrollment to ensure accuracy of everything being followed
- Working in conjunction with the RD's to make each site/study successful
- Need for experienced CRC's who have been with VRG for a while who know our processes
- Critical position where planning, details, and follow-through are extremely important
- HUGE amount of trust will be placed in this person/position

Reviewed this with Jill-

## Olivia Ray
Managing Member, Executive Director

<image016.png>

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

<image005.png>

**www.ventaviaresearch.com**

<image006.png>

<image017.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:** Thursday, August 27, 2020 4:51 PM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

JSN0423

Mercedes

- Reach out to Erin re: medical records- According to Marnie's email this morning, she has already had this discussion with Erin, Kati D, and Jennifer V

- Go through Kate's email and reach out to Becca about source (Pfizer Mat RSV and COVID) Done. Kate sent Becca what she has (rough draft docs) and Becca said she would have RSV and COVID done by EOB tomorrow

- Kate-OT approved, talk to her about training William- Kate doesn't think she wants PTO.  Her weekends are her time to decompress and destress for the anxiety of her weeks.  I did instruct her to get with William (since source came off her and we are holding off on GSK reg packets) and Kate it to get with William and spend about an hour trying to loop him in.

- Final interview/vet Erin McLeod, approval to hire for FW, 57k I talked to Erin and I liked her.  Seems eager to learn and very smart. Her research experience is in non-industry trials (derm studies on makeup, lotion, hand soaps, baby wipes, et) so she would have a transition period to learning FDA regulated trials. I'm going to try and get to a few more that Jennifer has done first rounds on and then come back to her.


**Mercedes Livingston, CCRC**
Chief Operating Officer

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell: 817.845.3824
Office: 817.348.0228
eFax: 817.394.1901
mercedeslivingston@ventaviaresearch.com

<image018.png>
www.ventaviaresearch.com

<image019.png>

<image002.png>
www.platinum-research.net

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance

JSN0424

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Thursday, August 27, 2020 4:38 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Marnie Fisher
<mfisher@ventaviaresearch.com>; Mercedes Livingston
<mercedeslivingston@ventaviaresearch.com>; Kristi Raney
<kristiraney@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

Kandy
8/27

- Reach out to Christine, Lizatte, Jill re new roles Discussed;

  Jill-location? Remote? Then maybe some travel sch. Salary increase? Or the same? Interested-timeframe of a switch?

  Lizatte- Is excited, and Christine is yes, this is so Lizatte. Both onboard with this laterally move.-?

- Go to the sub-I mess of an email and handle Marnie's sites also so I tried, I will work on tomorrow. Needs more time than 1 day.

- Angi training for Pfizer mat RSV over the weekend done!

- Reach out to KB in KEL about EDC entry email sent to Mercedes- EDC good/Complion need helps-Katie B informed to have uploaded and we can have Jerred remote file for them.

8/26 missed couple yesterday
- Pending visits in CC-see Mer's email (DAL, ARL, HOU) was done yesterday.

- Call Kate and ask her to resubmit PSF for COVID-19 (from CC) ASAP  I updated the form(learned how) and sent email Gabby. See the email (per Kate W help)

  - IRB approved autoimmune diseases, incl T1 diabetes (but this is incorrect and needs to be removed) removed- and #21 updated since 28 days have to be applied to this exclusion.

- Work with Chrystal to figure out how to identify and contact any subjects we inadvertently PS failed bc of T1 diabetes and re-PS for scheduling Chrystal has a list- and Pam already slacked. 27 subjects on the DNQ for various reasons-only 1 DM. RA subject to confirm about Immune meds.


Warmest Regards;


**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC


**Ventavia Research Group**
1307 8th Ave Suite #202

JSN0425

Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>

*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Thursday, August 27, 2020 8:34 AM
**To:** Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

Study Manager/Project Manager/Protocol Facilitator Role (whatever we decide) (How to present this role to Jill and Dana—we can hold off on Becca)
- Brand new role created for the company to ensure we are setting everyone up for success
- Mainly remote, with onsite visits during first days of enrollment to ensure accuracy of everything being followed
- Working in conjunction with the RD's to make each site/study successful
- Need for experienced CRC's who have been with VRG for a while who know our processes
- Critical position where planning, details, and follow-through are extremely important
- HUGE amount of trust will be placed in this person/position

**Olivia Ray**                          <image020.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                         <image005.png>

**www.ventaviaresearch.com**             <image006.png>

<image015.png>

JSN0426

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Marnie Fisher <mfisher@ventaviaresearch.com>
**Sent:** Thursday, August 27, 2020 7:41 AM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

My apologies, I had this pulled up to send but didn't send.  I'm out of the office today and tomorrow but will be available by phone if needed.

I'll send you a f/u on the discussions I had with staff changes as well.
-------------------------------------------------------------------------------------
Marnie

- Pending visits in CC-see Mer's email (DAL, ARL, HOU)- Kandy's sites, but noted and will f/u also if needed.

- Check on unblinded situation for KEL- Pending Jill/Precilia's training on Firecrest- both will help as back-up.  Cordy will continue to use Gina as sign-off.

- Work with Jen Vascilio about Saturday clinic for covid-19 DONE- Jen is working on and will send f/u today.

- Need to make KEL and FW understand that in order to get the $500 stipend, they need to work whatever it takes (late nights and Sat clinics) to get close to their enrollment goal each week DONE


Regards,
Marnie

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Wednesday, August 26, 2020 8:58 AM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy


**Olivia Ray**                            <image016.png>
Managing Member, Executive Director

JSN0427

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

**www.ventaviaresearch.com**

<image005.png>

<image006.png>

<image007.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:** Tuesday, August 25, 2020 4:46 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

Mercedes

- Call Deedra and offer ARL- This is pending the presentation tomorrow, I believe

- Get with Marnie and decide who needs to get added to Keller PSSV- I will be on the call

**Mercedes Livingston, CCRC**
Chief Operating Officer

**Ventavia Research Group**
1307 8th Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

JSN0428

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Tuesday, August 25, 2020 9:03 AM
**To:** Marnie Fisher <mfisher@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

**Olivia Ray**                          <image021.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                        <image005.png>
**www.ventaviaresearch.com**
                                        <image006.png>

<image022.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Marnie Fisher <mfisher@ventaviaresearch.com>
**Sent:** Monday, August 24, 2020 11:46 PM
**To:** Kristi Raney <kristiraney@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

JSN0429

I apologize for the delay on this, we were short-handed today in FW and then I had our PSSV at 3, so I wasn't able to get to this on time.

- Check on PSSV time today for Novavax (make sure to mention access to minorities and healthcare workers), grab JV or Angela for any VRG specific questions **DONE**

- Offer the $500 weekly stipend to all FW clinic employees willing to work OT/Sat clinics to get these 60 in, manager needs to collect the employees' names and submit these stipends to payroll at each run, cc Kristi, Olivia, Mercedes, so payroll knows its legit **DONE**- communication sent, pending feedback.

- Thea-speak to her about urgent matters, she should have told us RIGHT way, we could have had all weekend to schedule and plan for this week.  This is a HUGE deal. Verbal warning. Now we might have lost 20 pts for this week.  This was hundreds of thousands of dollars on the line. If she emailed it on Friday, the email needs to be forwarded to us. I will send an email out, as directed below.  I explained to Thea how critical this is and she stated she understood and will be sure to alert leadership immediately.  She said she was following the chain of command by alerting Dana and then myself, but I reminded her to reference the Ops Manual for important communications- I pulled it out and we went over it together.  **SEE ATTACHED** email from Arturo- he sent this last night.

- Get Janssen game plan going for season 2 participants (49 pts, 3 hours visits, starting Sep 7th?) **WORKING ON**- today I completed the updates for the IBC items they needed to be completed that were delayed- initially sent to Michelle.  This took me more time than expected since I didn't have anything at my fingertips, but got it all figured out.

- Let your sites know, anything that would be printed and put in hard reg binder, needs to be uploaded to Complion **DONE**

- Pending visits in CC Aug 20th **DONE**- There are tons for FW today that didn't get completed- Dana stated that she instructed Thea and April to make sure they got done today because she was OOO today, but I just checked and none of them were done.  Dana will get this done first thing in the morning.  We only had 4 CRCs today and saw 27 patients in total.

Regards,
Marnie

**From:** Kristi Raney <kristiraney@ventaviaresearch.com>
**Sent:** Monday, August 24, 2020 12:42 PM
**To:** Marnie Fisher <mfisher@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** Re: Daily Status Calls Updates and Action Items- Kandy

Marnie,

JSN0430

Thanks for digging in on this.  I still don't think it's okay for Thea to hear that kind of SUPER important information and not relay it to leadership immediately.

I really expect this will never happen again.  I would also appreciate you sending out an email to all sites and let them know that if a situation like this ever happens (increase in enrollment cap lifted) that they immediately notify leadership.

Thanks,

Kristi

**Kristi Raney**
Managing Member, Executive Director

**Ventavia Research Group**

1307 8th Avenue, Suite 202

Fort Worth, TX 76104

817-348-0228 Office

817-394-1901 eFax

214-208-0390 Cell

<image012.png>
<image013.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Marnie Fisher <mfisher@ventaviaresearch.com>
**Sent:** Monday, August 24, 2020 12:22 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>

JSN0431

**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

I wanted to touch base about this issue below with Thea- she said she hasn't received a confirmation email from Arturo yet, it was only a phone call Friday and he said we could "possibly" enroll 60- she left him a voicemail to follow-up with us ASAP by email.

-------------------------------------

Marnie
- Check on PSSV time today for Novavax (make sure to mention access to minorities and healthcare workers), grab JV or Angela for any VRG specific questions

- Offer the $500 weekly stipend to all FW clinic employees willing to work OT/Sat clinics to get these 60 in, manager needs to collect the employees' names and submit these stipends to payroll at each run, cc Kristi, Olivia, Mercedes, so payroll knows its legit

- <mark>Thea-speak to her about urgent matters, she should have told us RIGHT way, we could have had all weekend to schedule and plan for this week.  This is a HUGE deal. Verbal warning. Now we might have lost 20 pts for this week.  This was hundreds of thousands of dollars on the line. If she emailed it on Friday, the email needs to be forwarded to us.</mark>

- Get Janssen game plan going for season 2 participants (49 pts, 3 hours visits, starting Sep 7th?)

- Let your sites know, anything that would be printed and put in hard reg binder, needs to be uploaded to Complion

Pending visits in CC Aug 20th

Regards,
Marnie

---

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Monday, August 24, 2020 9:23 AM
**To:** Kristi Raney <kristiraney@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy


**Olivia Ray**                           <image016.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772

41

JSN0432

e: oliviaray@ventaviaresearch.com

**www.ventaviaresearch.com**

&lt;image005.png&gt;

&lt;image006.png&gt;

&lt;image023.png&gt;

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kristi Raney <kristiraney@ventaviaresearch.com>
**Sent:** Monday, August 24, 2020 5:52 AM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** Re: Daily Status Calls Updates and Action Items- Kandy

I'm a little concerned about the "restructure" statement.  I don't feel HOU needs someone coming in and restructuring them.  And I'm wondering how she even came up with that when she hasn't seen anything or how they function, etc.

I'm not sure I'm sold on this one. And she's too expensive.


**Kristi Raney**
Managing Member, Executive Director

**Ventavia Research Group**

1307 8th Avenue, Suite 202

Fort Worth, TX 76104

817-348-0228 Office

817-394-1901 eFax

214-208-0390 Cell


&lt;image024.png&gt;
&lt;image013.png&gt;
*https://www.ventaviaresearch.com/*        *http://www.platinum-research.net/*

JSN0433

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:** Friday, August 21, 2020 4:53 PM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

- Call HOU RD to see if interested in contract QC position, get rate, ask about travel to DFW if she were to get the RD position Reached out, and talked with Judy. She is at 60$ here, which is still $125K yearly.  She is not interested in contract work-but will take an RD position with Houston and a Dallas(she has family up in the area)  My only concern is that she and same Jennifer V stated was she would want to remake the system in Houston- instead of working with the status quo and making improvements she would want to restructure.  But otherwise, she is great to talk with interaction was great. I called Judy to try and get a feel for her.  I spoke with Kandy and got some feedback from her call and I understand she isn't wanting a contract QC position.  I would like to talk to her and get a feel for her.  I left a voicemail and followed up with an email to try and schedule a time to talk either Monday or Tuesday- Mer

- Get HOU to create a schedule for COVID enrollment I have asked Christine, they a lot of enrollment this afternoon, she is going to work on getting to us by tomorrow morning before 8 am.

- Create a site plan to recognize holes pending on with Marnie.

**Mercedes Livingston, CCRC**
Chief Operating Officer

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell: 817.845.3824
Office: 817.348.0228
eFax: 817.394.1901
mercedeslivingston@ventaviaresearch.com

JSN0434

<image018.png>
www.ventaviaresearch.com

<image019.png>

<image002.png>
www.platinum-research.net

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Thursday, August 20, 2020 5:25 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

Kandy

- Call HOU RD to see if interested in contract QC position, get rate, ask about travel to DFW if she were to get the RD position Reached out, and talked with Judy. She is at 60$ here, which is still $125K yearly.  She is not interested in contract work-but will take an RD position with Houston and a Dallas(she has family up in the area)  My only concern is that she and same Jennifer V stated was she would want to remake the system in Houston- instead of working with the status quo and making improvements she would want to restructure.  But otherwise, she is great to talk with interaction was great.

- Get HOU to create a schedule for COVID enrollment I have asked Christine, they a lot of enrollment this afternoon, she is going to work on getting to us by tomorrow morning before 8 am.

- Create a site plan to recognize holes pending on with Marnie.


Warmest Regards;


**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104

44

JSN0435

Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*        *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Thursday, August 20, 2020 9:06 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

### Olivia Ray                    <image016.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                 <image005.png>
**www.ventaviaresearch.com**
                                 <image006.png>

<image025.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Wednesday, August 19, 2020 5:11 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>

JSN0436

**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

Kandy

- Find an employee to hire to upload Complion for COVID-19 <span style="color:red">Christine husband offered/accepted, sending information to Katie for background and onboarding fast track (LOL Katie)</span>

- Find or delegate someone to find a high-speed/high volume scanner to purchase for sites that need it <span style="color:red">Already talking with Jerred, pending more research should have more in the morning</span>

- Finish write up and send to everyone for review <span style="color:red">Done-send at 5pm.</span>

- Get with HOU regarding 5 pending visits in CC from 8/17 <span style="color:red">Christine aware, and will check in at 530pm</span>

Warmest Regards;

**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Wednesday, August 19, 2020 2:27 PM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

Sorry about that.

JSN0437

**Olivia Ray**                                    <image016.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                                  <image005.png>

**www.ventaviaresearch.com**                      <image006.png>


<image026.png>


PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

---

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Wednesday, August 19, 2020 2:19 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

So this attachment is for yesterday. Do we have today?


Warmest Regards;



**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com


<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*        *http://www.platinum-research.net/*

JSN0438

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Wednesday, August 19, 2020 9:09 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

**Olivia Ray**                                   <image016.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                               <image005.png>
**www.ventaviaresearch.com**
                                               <image006.png>

<image025.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Tuesday, August 18, 2020 5:01 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items- Kandy

- Talk to your COVID sites. <span style="color:red">Yes, this was done with Houston.</span>

  - As soon as they have a no show, call the recruiter and tell them to fill the spot

JSN0439

- o Schedule 20 Mon and 20 Tues, and 8 pts for Wed (in case recruitment cannot replace N/S's on Mon/Tues) If we hit our 40 by Tues, then move Wed's 8 pts to the following week. <span style="color:red">Houston just increased to 80 per phone call</span>

- o Pull up CC and account how many are short <span style="color:red">Rudie is working on adding patients</span>

- Pending visits in CC since 8/12.  Yesterday, there are still 25 pending visits. If sites do not know how to complete these, reach out to Angela for guidance. <span style="color:red">Houston at 455pm had a total of  27- multiple ediaries, Visits 1 that are occurring, will have done by EOD-still enrolling COVID subjects</span>

  <span style="color:red">Burleson had 3 spoke with Alma</span>

  <span style="color:red">Dallas had 1-canceled enrollment from today.</span>

- Talk to maternal calls, on-call phones need to be with them at all times.  Mom's are starting to deliver.  Patients, staff, doctors are to ONLY call on-call phone. Not personal phones! <span style="color:red">This was relayed via phone call, and an email sent.</span>

- Think about Regional Director vs Support Specialist title, and who, internally, would be a good fit. <span style="color:red">So, I am still confused about what exactly this would mean to me directly. So I am the Regional Director-would I lose my title? Or would the Support specialist title be under me, and I would be relabeled?</span>

Warmest Regards;

**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC
_____

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>
_https://www.ventaviaresearch.com/_        _http://www.platinum-research.net/_

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Tuesday, August 18, 2020 11:21 AM

**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Mercedes Livingston
<mercedeslivingston@ventaviaresearch.com>; Kristi Raney
<kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

Mercedes, please make sure you address Kandy's questions below from her previous
email.  And I HOPE the system doesn't prevent us from making up numbers from last
week and then we don't run into this issue again, starting next week!

So, confirming that Keller needs only to get to 40 this week, and last 14 from last week,
we can't enroll?

Same in Houston the 9 we thought to makeup, we have lost. So questions will the
system prevent them from enrolling if they go over?

On the IP, so since the placebo is approx. 30, and the drug is approx. 20- - so you are
stating 15 to 20 mins for both for IP prep time and then giving?

I just want to make sure I have the right mindset here.

**Olivia Ray**          <image016.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                        <image005.png>

**www.ventaviaresearch.com**

                        <image006.png>

<image025.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only
for the use of the individual or entity to which it is addressed and may contain
information that is privileged, confidential and exempt from disclosure. If the reader of
this message is not the intended recipient, or an employee or agent responsible for
delivering the message to the intended recipient, you are hereby notified that any
disclosure, dissemination, distribution or copying of the communication is strictly
prohibited. If you have received this communication or any associated attachments in
error, please notify the sender immediately. Thank you in advance.

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Monday, August 17, 2020 4:56 PM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Olivia Ray
<oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>;
Marnie Fisher <mfisher@ventaviaresearch.com>

JSN0441

**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

So, confirming that Keller needs only to get to 40 this week, and last 14 from last week, we can't enroll?

Same in Houston the 9 we thought to makeup, we have lost. So questions will the system prevent them from enrolling if they go over?

On the IP, so since the placebo is approx. 30, and the drug is approx. 20- - so you are stating 15 to 20 mins for both for IP prep time and then giving?

I just want to make sure I have the right mindset here.

Warmest Regards;

**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*        *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:** Monday, August 17, 2020 4:27 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

847/2020 Action Items
Mercedes

JSN0442

- Confirm with Pfizer about what constitutes a week, can we get a head start on a Friday (as long as we don't go over 40 the following week), what is the window of IP

    o A week is Monday- Sunday

    o They are going to start capping each site for the next few weeks to randomizing 40 patients a week

    o This means, if we are short one week and only enroll 35 pts, we **CANNOT MAKE THOSE 5 UP THE FOLLOWING WEEK! We lose those 5 pts.**

    o We will start receiving larger shipments but we **CANNOT** enroll over 40 pts a week.  The larger shipments are for the V1 and V2s that will start coming in.

    o It may be Sep before they look at raising anyone's drug supply or allowing for overage.

- Confirm with Pfizer that time IP needs to stay out and give proper directive to Marnie and Kandy, so they can let their unblinded staff know

    o This is what is in the IP manual in regards to thawing:

        ▪ 8.4. In-Use Shelf Life and Storage Requirements for BNT162 Vaccine and Placebo Vials Vials of BNT162 Vaccine Concentrate Solution for Injection, 0.5 mg/mL must be stored in the freezer between -80 and -60ºC (-112 to -76ºF), protected from light and kept in the original packaging until ready for use in dose preparation. Allow all vials to thaw at room temperature (no more than 25 °C/ 77 °F) for **approximately 20 minutes** prior to dose preparation. When the contents of the vial are completely thawed, gently invert 5 times to mix thoroughly. Do not shake. If unused vials are left at room temperature for more than 2 hours they should be discarded. Minimize exposure of BNT162 Vaccine vials and prepared dosing solutions to room light during storage. Avoid exposure to direct sunlight and ultraviolet light. Dosing solutions can be prepared and handled in normal room light conditions. Placebo vials of 0.9% Sodium Chloride, USP (10 mL/vial) shall be stored at 20 to 25 °C (68 to 77 °F).

    o This is in regards to Placebo (pg 35):

        ▪ In order to maintain the study blind, the label on the final prepared active and placebo dosing syringes must have a blinded product name (e.g. BNT162 Vaccine 10 mcg, 20 mcg, 30 mcg, or Placebo) as well as the same expiry date and time.

        ▪ If preparing the placebo dose, please wait at least 30 minutes after dose preparation before delivering the final dosing syringe to the location of administration in order to maintain the study blind.

JSN0443

- Sponsor-provided occluding label must be applied to all prepared active and placebo dosing syringes to maintain the study blind. •

- A confirmation of study blind statement must be documented in the participant's source documents (see below) • Document all steps performed as indicated in the Preparation Record (Appendix 5, 6, or 7).

o So what it is saying is **study drug** should thaw for approximately 20 min, maybe more like 15 if being warmed in hands, etc.  But, we can't just go and draw up Placebo and give it to the pt, if would be obviously.  So, I think each unblinded needs to be made aware that the thawing time for the study drug is **APPROXIMATELY** 20 min. I would encourage them to get it to the 15 ish mark, and then draw up when it's totally thaw and then draw up placebo in around the same amount of time. What I don't want, is the study drug sitting in the room for 30 minutes with nothing happening. It doesn't say 30.

o If unblinded takes the drug out of the freezer and holds it in their hand (the vial) while filling out paperwork, etc. it will likely be thawed around 15 minutes and that shaves considerable amount of time off our pt wait time.

o I sent an email to Arturo with my thoughts/suggestions on the approximate language and I'm awaiting a written response from him before sending direction to the sites.

- Find Olivia's email and get a plan for VRG, send to Kristi/Olivia – Done

- Find Olivia's email and get a response back to Pfizer, cc Kristi/Olivia- Done

- CC-visits still pending from the 7th, and maybe earlier.  That's just the last day I finally stopped checking.- I just checked CC (8/17/2020 3:57) and there are only two pts. Pending in CC from 8/3-8/14. One in Dallas and one in Arlington.

- Get Burt's help to get the laptops set up in FW- Done

**Mercedes Livingston, CCRC**
Chief Operating Officer

**Ventavia Research Group**
1307 8th Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com

<image002.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

<image003.jpg>

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Monday, August 17, 2020 8:57 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Cc:** Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

Action items for today.

## Olivia Ray                          <image027.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                   <image005.png>

**www.ventaviaresearch.com**
                                   <image006.png>

<image028.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Monday, August 17, 2020 6:32 AM
**To:** Kristi Raney <kristiraney@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Katie Buchanan <kbuchanan@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

JSN0445

Kristi
Spoke with Christine last night
Will make up our 9 from last week today.
Then 20 to 24 set for tomorrow and then 20 to 24 set for Thursday. If we are shirt then
weekly 40 by Thursday. The Saturday will be used to meet our weekly numbers.

Thanks for taking my call. And Houston will be on track after today.

Warm regards,

Email sent via cell phone

Lovica "Kandy" Downs                    <image029.jpg>
Regional Director/RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave, Suite  202
Fort Worth. TX 76104
t: 817.269.5997
e: kdowns@ventaviaresearch.com

**www.ventaviaresearch.com/**
**www.platinum-research.net**

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

-------- Original message --------
From: Kristi Raney <kristiraney@ventaviaresearch.com>
Date: 8/15/20 13:18 (GMT-06:00)
To: Kandy Downs <kdowns@ventaviaresearch.com>, Olivia Ray
<oliviaray@ventaviaresearch.com>, Marnie Fisher <mfisher@ventaviaresearch.com>,
Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>, Katie Buchanan
<kbuchanan@ventaviaresearch.com>
Subject: Re: Daily Status Calls Updates and Action Items

Kandy,

I was just looking in CC.  It appears HOU only has 31 patients that randomized
from last week.  Why did they not hit their 40?

Next week, they have

JSN0446

M: 1
T: 21
W: 1
Th: 20
F: 0

I understand, Kandy, that Tran wants to see the patients at certain times he closes his practice, but this isn't working for us.  First of all, they're not hitting their numbers.  Second of all, when Pfizer increases the 40 doses, it will be hard for them to give them to HOU if they aren't hitting their 40 and they aren't doing it quickly.

If we need to consider utilizing our subI's (Garza or Kat) then that's what we have to do.

But I really needed my direction to be followed from the beginning.  I understand that Tran had a different plan due to his patients and practice, but we can't allow that kind of stuff to impact a high-enrolling study.  I know you brought this up on our call last week, but I didn't fully grasp the impact.  In the future, if you need to detour off of my recruitment guidance, I need you to seek approval first before you agree or put anything into action.  You brought the detour up really quickly on our call and it was already in place when you told me about it, so it was a little too late for me to say no (though I now realize I should have).  The direction was to see the 40 patients within the first 2.5 days...so that when Pfizer did increase their cap, we'd be the first ones approved for additional druge (and I did clearly explain my strategy and the rationale behind it when I gave my direction).  And now, Pfizer is planning to increase their drug and HOU didn't hit their 40 in the first week.  Honestly, that's unacceptable. I need you to figure out how 9 patients will be randomized on Monday.

Recruitment is extremely strategic and it's not something that can have decisions made on the fly.  We have had so many people give it a go...and the only other person who has been successful at it, is Mercedes (and obviously, she has no time for that right now).  Katie Buchanan will be taking it over (training is starting this week) and the same guidance follows for her too.  If she gives recruitment instruction, then no changes can be made unless approval is given by her (until she is trained, it's me).

Let me know if you have any questions.

Thanks,

Kristi

56

JSN0447

**Kristi Raney**
Managing Member, Executive Director

**Ventavia Research Group**

1307 8th Avenue, Suite 202

Fort Worth, TX 76104

817-348-0228 Office

817-394-1901 eFax

214-208-0390 Cell

<image030.png>
<image031.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Friday, August 14, 2020 4:13 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

- Make sure HOU has same Complion plan in place as KEL and FW <span style="color:red">Houston is doing the same</span>

    - Initial and dating any blanks as everything might have already been uploaded. <span style="color:red">Houston is QCing before uploading</span>
    - Have all sites give an update by EOB <span style="color:red">Houston to upload about 10 more.</span>
    - Tomorrow needs to be worked to get everything caught up <span style="color:red">Houston can't there is a building shutdown.</span>
- Offer OT to anyone who can come in and get things caught up on Sat <span style="color:red">offered to all my sites.</span>

Warmest Regards;

JSN0448

**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Friday, August 14, 2020 9:30 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

**Olivia Ray**                                 <image016.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                              <image005.png>

**www.ventaviaresearch.com**                  <image006.png>

<image026.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any

JSN0449

disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

---

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Thursday, August 13, 2020 4:04 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

See in Red. From today.

Warmest Regards;


**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com

<image001.png>
<image002.png>
*https://www.ventaviaresearch.com/*          *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

---

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Thursday, August 13, 2020 9:32 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

JSN0450

**Olivia Ray**                                    <image016.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                              <image005.png>

**www.ventaviaresearch.com**                    <image006.png>


<image017.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

---

**From:** Kandy Downs <kdowns@ventaviaresearch.com>
**Sent:** Wednesday, August 12, 2020 4:59 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items


Hello- here is my daily task.
Pending only the CAPA, been working on Houston enrollment.

Warmest Regards;


**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817-269-5997
eFax Number: 817.394.1901
Email: kdowns@ventaviaresearch.com


<image001.png>

JSN0451

_https://www.ventaviaresearch.com/_          _http://www.platinum-research.net/_

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Wednesday, August 12, 2020 8:56 AM
**To:** Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

### Olivia Ray                    <image016.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                        <image005.png>

**www.ventaviaresearch.com**           <image006.png>


<image017.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Marnie Fisher <mfisher@ventaviaresearch.com>
**Sent:** Tuesday, August 11, 2020 5:55 PM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

JSN0452

I did Kandy's in blue as well:
---------------------------------------------------
Marnie
- Cordy
  - Check-in on her, see if there is another unblinded that can replace her so she can get back to recruiting PENDING- need to figure out who we can use as a back-up (otherwise she's doing okay)
- Talk to Nika
  - Get Anne on the phones today, along with Alaina (do not pull them off the phones) DONE
  - Check on drug (arrived today)
  - Make sure they are knocking out new drug in 2.5 days (16/16/8) DONE
  - Make sure Katie is in Grapevine on Fri afternoon, so get help from someone else if needed DONE
  - Look at schedule ad drug, day by day and confirm if you need the additional help.  If not, then please don't pull them (Alma, Becca, Kati D, etc.) DONE
  - Go over ediary issue/falsifying data, etc. DONE
- Talk to Becca
  - Help create the schedule for KEL COVID PENDING- I'LL CALL HER ON WAY HOME
- Talk to Dana
  - Go over Mer's email re: COVID scheduling DONE ON 8/10/20
  - Look at schedule ad drug, day by day and confirm if you need the additional help.  If not, then please don't pull them DONE- discussed with Dana
  - Go over ediary issue/falsifying data, etc. DONE- Thea also verbally counseled for changing data and not noting late entry
- Chrystal
  - Tell her to change the visit time to 2 to 2.5 hours DONE on 8/10/20
  - She needs to train recruiters to start capturing race in CC DONE
- Talk to JV
  - First round of interviews, give her specific questions to weed out, forward her any contenders from Indeed PENDING- will try to call on way home
- Talk to your sites about capturing race in CC when a patient comes in PENDING- should we update the source documents?

Kandy
- Nikki-make sure unblinded for COVID (to free up Jailyn to see maternal pts), blinded for all maternal/pedi, eventual training on Medical Records DONE- I just talked to her myself and Kandy talked to Dana.
- Talk to Nadia (with Marnie)-can we get Nadia switched to onboarding/admin duties/take tasks over from Katie Buchanan for the next couple of months until Dana can take it back over.  If she is, then please facilitate the process between KB and NM and the FW site to get this started.  DONE- Kandy and I talked to Nadia together about everything (Linda issue, job function, etc.)  She is eager to learn anything and everything, but is not sure she has time right now with all other duties.  Kandy is trying to call Olivia to discuss an idea of Jazmine taking this on.
- Talk to Christine- DONE

JSN0453

- o About the Complion upload station- new admin, Maria
- o Go over ediary issue/falsifying data, etc. DONE
- • Talk to your sites about capturing race in CC when a patient comes in PENDING

Regards,
Marnie

---

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Tuesday, August 11, 2020 9:10 AM
**To:** Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

See attached.

## Olivia Ray
Managing Member, Executive Director

<image016.png>

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

<image005.png>

**www.ventaviaresearch.com**

<image006.png>

<image025.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

---

**From:** Marnie Fisher <mfisher@ventaviaresearch.com>
**Sent:** Tuesday, August 11, 2020 7:41 AM
**To:** Olivia Ray <oliviaray@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Subject:** RE: Daily Status Calls Updates and Action Items

I missed this, Olivia, but I'll do this moving forward, thanks.

JSN0454

------------------------

Marnie:

- Get resume over from Kati Dykes-possible CRC asst <span style="color:red">(DONE- Katie sent to Mercedes yesterday)</span>
- Call Nika/Katie:
  - Anne needs to focus on scanning into Complion as much as possible this morning <span style="color:red">DONE- but tasks changed.  Katie had Anne catching up the uploading of consents into eConsent and reviewing diaries.  I took on scanning, but didn't get anywhere- still pending getting access to study in Complion.  Kate apologized for the delay, she will get it done this morning.</span>
  - Need to start scheduling starting Tues afternoon for new covid pts <span style="color:red">DONE</span>
- Call FW:
  - Get a game plan in place to get Complion caught up in EOB today <span style="color:red">CALL DONE- but the task is PENDING</span>
  - Move patients within their window to fit more COVID pts <span style="color:red">CALL DONE- but the task is PENDING.  FW prefers to schedule as initially planned since appointments have already been made, for example, on Friday.  However, FW confirms to schedule based on Mercedes new plan starting next week.</span>
  - <span style="color:red">○</span> Let Dana know Mer needs to know when they have a pedi blood draw due to so many deviations, so she can go up and draw <span style="color:red">DONE- by Mercedes</span>
- <span style="color:red">•</span> Call Jennifer Valo that she needs to be in FW the rest of the week <span style="color:red">DONE- will be in FW Wed and Friday and working on coverage for kids so she can be there Thursday</span>
- Call Chrystal and:
  - Direct John to call for KEL <span style="color:red">DONE</span>
  - Cordy cannot be responsible for KEL recruitment right now <span style="color:red">ACKNOWLEDGED- all parties know</span>
  - Tell her OT is approved for nights and weekends so we can get spots filled <span style="color:red">WILL DO NOW</span>
  - Let her know Shannon (anyone else), must call AND schedule <span style="color:red">DONE</span>
  - <span style="color:red">○</span> If newbies have questions, put them on hold and ask a seasoned employee, bc everyone needs to be trained and, on the phones, as soon as they can <span style="color:red">DONE</span>

Regards,
Marnie

---

**From:** Olivia Ray <oliviaray@ventaviaresearch.com>
**Sent:** Monday, August 10, 2020 10:16 AM
**To:** Marnie Fisher <mfisher@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>

JSN0455

**Subject:** RE: Daily Status Calls Updates and Action Items
**Importance:** High

Let's add another layer to this so we can make sure we are all staying on top of our lists:

- Set an alarm on your phone for 4pm
- Copy and paste your action items in an email reply back to this chain and state status (DONE or Pending-update as to why)

Example (and this is actually mine for today):

- Hiring-Indeed Ads-Tweak to add the following
    - HOU-CRC, FW-CRC, KEL-2 CRC, 3-5 years' experience-<span style="color:red">DONE</span>

This is to create a new habit of double-checking if you complete your items by EOB. If not, then you are learning to pull your resources to help get it done before the next morning's call.

Thanks,


**Olivia Ray**                          <image032.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

                                        <image005.png>

**www.ventaviaresearch.com**            <image006.png>


<image026.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Olivia Ray
**Sent:** Monday, August 10, 2020 9:00 AM
**To:** Marnie Fisher <mfisher@ventaviaresearch.com>; Kandy Downs <kdowns@ventaviaresearch.com>; Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Cc:** Kristi Raney <kristiraney@ventaviaresearch.com>
**Subject:** Daily Status Calls Updates and Action Items

JSN0456

**Olivia Ray**
<image033.png>
Managing Member, Executive Director

**Ventavia Research Group, LLC**
1307 8th Avenue Suite 202
Fort Worth, TX 76014
t: 817-348-0228
m: 214-394-0772
e: oliviaray@ventaviaresearch.com

<image005.png>

**www.ventaviaresearch.com**
<image006.png>

<image034.png>

PRIVACY NOTICE Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

<Daily Status Updates 9.16.2020.docx>

JSN0457

Ex. 22

**Brook Jackson**

| | |
|---|---|
| **From:** | Marnie Fisher <mfisher@ventaviaresearch.com> |
| **Sent:** | Wednesday, September 9, 2020 1:31 PM |
| **To:** | Brook Jackson |
| **Subject:** | FW: Current Actions Items/Needing help |

FYI

Regards,
Marnie

**From:** Kristi Raney <kristiraney@ventaviaresearch.com>
**Sent:** Tuesday, September 8, 2020 3:25 PM
**To:** Jailyn Reyes <jailynreyes@ventaviaresearch.com>; Mercedes Livingston
<mercedeslivingston@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Dana Duvak
<danaduvak@ventaviaresearch.com>; Jen Vasilio <jvasilio@ventaviaresearch.com>; Marnie Fisher
<mfisher@ventaviaresearch.com>
**Subject:** Re: Current Actions Items/Needing help

Jailyn,

Thanks for making sure you reach out for help when you feel like you aren't able to get to everything.

Have you had a chance to review this with Jen yet?  If not, I'd like for you to review this with her and then the
two of you come up with a gameplan.  If you have arleady reviewed this with Jen, then I'd like for Jen to reach
out to Marnie and let her know what has been put into place to help you...and where the site still needs to
help you (and pull in the leadership team).

Again, thank you for letting us know you need help!!  We are here for you and we will get you to a place
where you feel like you can tackle your day.

Thanks, Jailyn!

**Kristi Raney**
Managing Member, Executive Director

**Ventavia Research Group**

1307 8th Avenue, Suite 202

Fort Worth, TX 76104

817-348-0228 Office

817-394-1901 eFax

JSN0458

214-208-0390 Cell



https://www.ventaviaresearch.com/          http://www.platinum-research.net/

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

---

**From:** Jailyn Reyes <jailynreyes@ventaviaresearch.com>
**Sent:** Tuesday, September 8, 2020 3:14 PM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Dana Duvak <danaduvak@ventaviaresearch.com>; Jen Vasilio <jvasilio@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Subject:** Current Actions Items/Needing help

Hello all,

I have been trying to work on all my action items by myself since we are all extremely busy, however it has been very difficult to get all my actions items completed in a timely manner. I am needing help to take some items off my plate if possible. Below, I am providing some of my action items.

With just the unblinded C4591001 and maternal C3671008, that takes all my time here at the office putting me behind on my other studies.

Unblinded C4591001- Vaccinations, Daily preparation sheets, drug confirmation sheets, and accountability logs to upload and file into Complion along with bi-weekly remote monitoring follow up visits. This takes most of the day while Nadia is doing most of the vaccines. Most of the time I do have to step in and help her with randomizing and vaccinating. I currently have over 120 documents that need to be filed but only the unblinded can do that.

C3671008-I currently have a patient in labor at 36 weeks and 5 days, working on AESI. Screening and follow up visits for the rest of the week, action items from remote monitoring visit conducted last week. I also have eDiaries to check and Bi-weekly phone calls.

AL29A- Close out visit action items that I have not been able to complete. The close out visit was conducted on 21AUG2020.

Estetra/Hot-Flash-patient coming in on 9/14/2020.

2

JSN0459

B1971057-Actions items including EDC queries.


Regards,


**Jailyn Reyes**
Clinical Research Coordinator & Certified
Medical Assistant

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Phone Number: (817) 348-0228
Fax Number: (817) 394-1901
Email: jailynreyes@ventaviaresearch.com



*https://www.ventaviaresearch.com/*        *http://www.platinum-research.net/*

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

JSN0460

Ex. 23

**Rebecca Gibson**

---

**From:**          Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>
**Sent:**          Tuesday, September 22, 2020 8:21 PM
**To:**            Jen Vasilio; Olivia Ray; Kristi Raney; Jailyn Reyes; Marnie Fisher; Brook Jackson
**Subject:**       RE: Current Action Items/Needing help

Great updates, Jen.

As a reminder, you do have two more coordinators joining your team in the next two weeks so hopefully, both staff can be added to all current studies and help lighten everyone's job!

We know you all are very busy right now.  I appreciate you, Jailyn reaching out and waving your white flag and you, Jennifer jumping in to help her out!

I'm seeing the FW team coming together and I'm so excited for you all!

Regards,

Mercedes

## Mercedes Livingston, CCRC
Chief Operating Officer

**Ventavia Research Group**
1307 8th Avenue, Suite 202
Ft. Worth, Tx 76104
Office: 817-348-0228
Cell: 817-845-3824
Fax Number: 817-394-1901
Email: mercedeslivingston@ventaviaresearch.com



https://www.ventaviaresearch.com/          http://www.platinum-research.net/



Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Jen Vasilio <jvasilio@ventaviaresearch.com>
**Sent:** Tuesday, September 22, 2020 5:18 PM

JSN0461

**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Jailyn Reyes <jailynreyes@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>
**Subject:** Re: Current Action Items/Needing help

Hi Ladies-

I apologize for the delay in closing the email loop on Jailyn's email, but please be assured that I have been in constant communication with Jailyn and working through all of the pending items she has listed below, since 09SEP2020 through today.

Below I have listed some of the items that are now implemented, to help lighten Jailyn's load.

Nadia is now doing all the vaccines for the COVID trial, to eliminate this from Jailyn's plate, occasionally if Nadia is behind or not in office, then Jailyn will jump in to vaccinate.

We are now utilizing the back-up CRC for the maternal trials, Linda.
Linda has been completing some of the maternal visits, when Jailyn has a monitor visit, or there are multiple maternal visits, etc.

Linda has also been helping with EDC queries, I have asked Jailyn and Linda to work to together to keep these up to date.
Linda has also offered to share "oncall" responsibilities for maternal trials with Jailyn.

Erin, is also a backup for the maternal trials and is completing training with Jailyn on Lab processing, and other trial procedures.
Erin has also offered to share "oncall" responsibilities for maternal trials with Jailyn.

Now that Nadia has moved to the fulltime research assistant position,  this has also been a great help.
Nadia is also listed on the DOA and can help with Trial manager and EDC for the maternal trials.


Thank you, for bringing this to my attention.


**Jen Vasilio**

Site Operations Manager

**Ventavia Research Group**
1307 8th Ave., #202
Fort Worth, TX 76104
Cell: (817)879-5893

Office: (817)348-0228
jvasilio@ventaviaresearch.com

 

JSN0462

https://www.ventaviaresearch.com/          http://www.platinum-research.net/

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Jailyn Reyes <jailynreyes@ventaviaresearch.com>
**Sent:** Tuesday, September 8, 2020 3:14 PM
**To:** Mercedes Livingston <mercedeslivingston@ventaviaresearch.com>; Kristi Raney <kristiraney@ventaviaresearch.com>; Olivia Ray <oliviaray@ventaviaresearch.com>; Dana Duvak <danaduvak@ventaviaresearch.com>; Jen Vasilio <jvasilio@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>
**Subject:** Current Actions Items/Needing help

Hello all,

I have been trying to work on all my action items by myself since we are all extremely busy, however it has been very difficult to get all my actions items completed in a timely manner. I am needing help to take some items off my plate if possible. Below, I am providing some of my action items.

With just the unblinded C4591001 and maternal C3671008, that takes all my time here at the office putting me behind on my other studies.

Unblinded C4591001- Vaccinations, Daily preparation sheets, drug confirmation sheets, and accountability logs to upload and file into Complion along with bi-weekly remote monitoring follow up visits. This takes most of the day while Nadia is doing most of the vaccines. Most of the time I do have to step in and help her with randomizing and vaccinating. I currently have over 120 documents that need to be filed but only the unblinded can do that.

C3671008-I currently have a patient in labor at 36 weeks and 5 days, working on AESI. Screening and follow up visits for the rest of the week, action items from remote monitoring visit conducted last week. I also have eDiaries to check and Bi-weekly phone calls.

AL29A- Close out visit action items that I have not been able to complete. The close out visit was conducted on 21AUG2020.

Estetra/Hot-Flash-patient coming in on 9/14/2020.

B1971057-Actions items including EDC queries.

Regards,

JSN0463

**Jailyn Reyes**

Clinical Research Coordinator & Certified
Medical Assistant

**Ventavia Research Group**

1307 8th Ave Suite #202
Fort Worth, TX 76104
Phone Number: (817) 348-0228
Fax Number: (817) 394-1901
Email: jailynreyes@ventaviaresearch.com



https://www.ventaviaresearch.com/          http://www.platinum-research.net/

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

JSN0464

Ex. 24

- ICF errors- Training- William
  - Signatures from one page to the next not matching up
  - Brook- incorrect dates used by the patients
  - Printer copies not being clear (sloppy, cutting off footers, etc)
  - Inconsistency in where the ICF documentation process form is kept
    - Screening should be embedded in the screening source
    - Re-consent ICF documentation will be kept on top of the revised ICF
  - Update ICF documentation form with a comment section to document any questions that the patients have for the ICF process- this is a place where they can document questions and answers that the subject had during the visit – Mer will take this
    - Update ICF documentation page to have blanks for the CRC initials instead of checkboxes
    - Add a statement asking if the ICF was checked for Quality Assurance (signature verification, date formats, consistent initials, etc) by the consenter
    - CRC don't know to be documenting questions/comments/conversations had about the ICF in the progress notes
  - Proper ICF QCing process
    - CAPA needed at all three sites for the top three ICF errors- RD to create the CAPA for consent for all three sites and submit to Mercedes for review by COB 9/23/2020
- Randomization confirmations staying in the charts
  - Randomization confirmations needs to come out of the charts
  - Drug assignments need to come out (if they were in there)
    - CAPA needed that the source stated to file the IMPALA randomization and drug assignment confirmation page was required to be filed in the chart.  Drug assignments were never filed in the charts however the randomization documents were but upon guidance from the sponsor, they were removed. William due to team by COB 9/23/2020
    - CAPA also addressing overall source issues and good documentation-William due to team by COB 9/23/2020
- Write overs- Training William
  - Correctly making changes
  - Patients making changes correctly on Consents-
- Source version- Training- William
  - Using the wrong version of source
    - Source control is an opportunity for growth at all sites
    - PM creates source and sends to leads for reviews
    - Sends to Regulatory to finalize and be the "keeper" of all the versions
    - Regulatory will update the headers/footers with site information for each participating site
    - Regulatory will send the approved final copy of source/revised source to sites through Complion with explanation of update and request signatures for training

- ▪ Regulatory sends approved/revised source to sites, they will also call sites to notify revised source is being sent
- ▪ Sites will print source from Complion vs SharePoint
- ▪ Regulatory will need to upload source version to SharePoint
- Risk factors being checked but not going into medical history- Training – William
  - o Consistency sake, primary endpoints, all these need to be compared
  - o Ensure those that need to go in MedHx are listed there
  - o CAPA will fall under good documentation practices
- IUD in WOCBP page but not in CM- Training- William
  - o Should insertion also be placed in MedHx- preventative vs. procedure
  - o Tubal ligation- documenting bilateral, etc
- Not being placed in IMPALA until later in the visit (instead of after consent) – William training
  - o Waiting on response from Arturo on this
- Blanks in the charts (unscheduled visit with physical page not completed)- William Training
- Patients location during 30 minute waiting period: Training Mer
  - o Be in the waiting area where the receptionist can see the patients
  - o If in the hallway, a staff member needs to be in the hallway with a work station
  - o Patients need to be brought back into a room for 30-minute post observation period
- CM indication not matching med hx term- Training William
  - o Back muscle spasms and degenerative disk disease listed in MedHX
  - o CM listed as taken for back pain but no back pain in MedHx
  - o Procedures listed in MedHx but not indication for procedure
  - o MedHx start dates and CM start dates not lining up (CM starting before MedHx condition)
- Medical History page- revised to take out question asking if the subject has past or present medical or surgical history. - Kate
  - o Add yes/no after the bolded question
  - o Taking out Yes/No for each system
- Progress noting issues- Training William
  - o Pt used MLR (pt info sheet) vs MHR (DL) no progress note as to why CRC used license vs what pt put on MedHX list
  - o Devices- Trianing
  - o Pt initially requested a device and one was given
  - o At next visit, requested to use the app and we didn't document if the device was collected from the subject
- Schedule of events- Training Mer
  - o Remove from charts all together
  - o PMs created laminated "kit" with rings for all the pages that are needed for patient education.
  - o One will go back with patients at each visit
  - o This can be reviewed during the pre-study training
  - o Create NTF that statement in the source "Has the protocol Schedule of Activities been reviewed to ensure all visit procedures have been completed" is signed off by the CRC and is being reviewed on a master copy – MER

- E-diary email about AEs- what is the question here? - Training William
  - Symptoms noted in the e-diary regardless of if they are ongoing after Day 7 or not are not to be reported as AEs
  - Patients outside of the reactogenicity subset if they have symptoms after vaccine should be reporting in the illness visit e-diary page
  - Protocol pages 92-95
- E-diary- Training William
  - Visit 2 and Visit 3- question regarding e-diary issues
  - Source to be updated asking if there are problems with the e-diary
    - Separate question if the subject missed any days during the e-diary reporting period
  - E-diaries are to be printed on Day 8 (after 7 day period) and signed by the PI as soon as possible (within 2-3 days from printing)
  - Patient ID/initials and Study number aren't on the e-diary print-out-
- Source document of WOCBP- Training MER- Video
  - Signature statement should only be signed if the subject's methods of contraception could change while in the study
  - WOCBP should be updated with an NA box for signature if post-menopausal/hysterectomy
  - NTF- clarifying what the statement is meant to say and what the CRC and Investigator are signing on - MER
  - Source to be updated clarifying statement in WOCBP template and study source. MER


Resolution- create a check list for what needs to be completed in each chart and export a list of patients for items to be completed/taken out of each chart.

Get all charts completed by **COB on Friday**

Ex. 25

## LABORATORY SAMPLE PROCESSING LOG

**Protocol:** C4591001
**Laboratory:** Covance

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze Immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1066 | V3 | 24Sep2020 922 | 32 | 955 | 24Sep2020 1011 | 24Sep2020 1016 | 24Sep2020 MR |
| 1128 1036 | V3 | 24Sep2020 1013 | 41 | 1054 | 24Sep2020 1117 | 24Sep2020 1125 | 24Sep2020 MR |
| 1128 1064 | V3 | 24Sep2020 1155 | 40 | 1135 | 24Sep2020 1244 | 24Sep2020 1216 | 24Sep2020 MR |
| 1128 1072 | V3 | 24Sep2020 1145 | 31 | 1216 | 24Sep2020 1241 | 24Sep2020 1545 MR | 24Sep2020 MR |
| 1128 1070 | V3 | 24Sep2020 1430 | 35 | 1505 | 24Sep2020 1524 | 24Sep2020 1536 | 24Sep2020 MR |
| 1128 1067 | V3 | 24Sep2020 1454 | 31 | 1525 | 24Sep2020 1542 | 24Sep2020 1546 1611 | 24Sep2020 MR |
| 1128 1057 | V3 | 24Sep2020 1511 | 31 | 1542 | 24Sep2020 1606 | 24Sep2020 1611 1639 MR | 24Sep2020 MR |
| 1128 1015 | V3 | 24Sep2020 1535 | 35 | 1610 | 24Sep2020 1628 | 24Sep2020 1639 | 24Sep2020 MR |
| 1128 1013 | V3 | 24Sep2020 11:01 | 309 | 1610 | 24Sep2020 1629 | 24Sep2020 1642 | 24Sep2020 MR |

120

Page 5 of ___

# LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze Immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128104z | V3 | 23Sept 2020 1101 | 34 | 1133 | 23Sep2020 1151 | 23Sep2020 1156 | 23Sep2020 me |
| 1128103S | V3 | 23Sep2020 1112 | 62 | 1150 | 23Sep2020 1206 | 23Sep2020 1208 | 23Sep2020 me |
| 1128/308 | V1 | 23Sep2020 1243 | 56 | 1314 | 23Sep2020 1333 | 23Sep2020 1337 | 23Sep2020 me |
| 1128034A 1036 me Sep2020 | V3 | 23Sep2020 1255 | 69 | 1314 | 23Sep2020 1410 | 23Sep2020 1416 | 23Sep2020 me |
| 1128105ᵾ | V3 | 23Sep2020 1416 | 39 | 1455 | 23Sep2020 1510 | 23Sep2020 1521 | 23Sep2020 me |
| 1128138ᵾ | V1 | 23Sep2020 me 1427 | 39 | 1528 1522 23Sep2020 | 23Sep2020 1530 | 23Sep2020 1533 | 23Sep2020 me |
| 1128/039 | V3 | 23Sep2020 me 43 1534 | 58 | 1616 | 23Sep2020 1632 | 23Sep2020 1637 | 23Sep2020 me |
| 1128/030 | V3 | 24Sep2020 0846 | 66 | 0920 | 24Sep2020 936 | 24Sep2020 944 | 24Sep2020 me |
| 1128104b | V3 | 24Sep2020 856 | 76 | 0920 | 24Sep2020 952 | 24Sep2020 957 | 24Sep2020 me |

JSN00469

## LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128/022 | V3 | 21 Sep 2020 1613 | 32 | 1645 | 21 Sep 2020 1702 | 21 Sep 2020 1710 | 21 Sep 2020 mg |
| 1128/008 | V3 | 22 Sep 2020 944 | 60 | 1016 | 22 Sep 2020 1033 | 22 Sep 2020 1039 | 22 Sep 2020 mg |
| 1128/007 | V3 | 22 Sep 2020 941 | 57 | 1016 | 22 Sep 2020 1038 | 22 Sep 2020 1042 | 22 Sep 2020 mg |
| 1128/026 | V3 | 22 Sep 2020 1014 | 58 | 1044 | 22 Sep 2020 1102 | 22 Sep 2020 1109 | 22 Sep 2020 mg |
| 1128/031 | V3 | 22 Sep 2020 1212 | 32 | 1244 | 22 Sep 2020 1311 | 22 Sep 2020 1320 | 22 Sep 2020 mg |
| 1128/047 | V3 | 22 Sep 2020 1408 | 48 | 1440 | 1489 22 Sep 2020 | 22 Sep 2020 1503 | 22 Sep 2020 mg |
| 1128/024 | V3 | 22 Sep 2020 1530 | 38 | 1608 | 22 Sep 2020 1626 | 22 Sep 2020 1634 | 22 Sep 2020 mg |
| 1128/032 | V3 | 23 Sep 2020 900 | 33 | 933 | 23 Sep 2020 950 | 23 Sep 2020 955 | 23 Sep 2020 mg |
| 1128/033 | V3 | 23 Sep 2020 932 | 41 | 1009 | 1015 23 Sep 2020 | 23 Sep 2020 1030 | 23 Sep 2020 mg |

JSN00470

Page 43 of __

# LABORATORY SAMPLE PROCESSING LOG

**Protocol:** C4591001
**Laboratory:** Covance

**PI:** Mark Koch, MD

**Site:** 1128
**Sampling Type:** Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze Immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128/016 | V3 | 18 Sept 2020 1612 | 30 | 1642 | 18 Sept 2020 1712 | 18 Sept 2020 1717 | 18 Sept 2020 MR |
| 1128/318 | V1 | 18 Sept 2020 1619 | 38 | 1653 | 18 Sept 2020 1712 | 18 Sept 2020 1717 | 18 Sept 2020 MR |
| 1128/029 | V3 | 18 Sept 2020 1650 | 32 | 1720 1654 18 Sept 2020 MR | 18 Sept 2020 1738 | 18 Sept 2020 1740 | 18 Sept 2020 MR |
| 1128/043 | V3 | 21 Sept 2020 1010 | 42 | 1052 | 21 Sept 2020 MR 1122 | 21 Sep 2020 1134 | 21 Sep 2020 MR |
| 1128/041 | V3 | 21 Sept 2020 1010 | 42 | 1052 | 21 Sept 2020 1122 | 21 Sept 2020 1134 | 21 Sep 2020 MR |
| 1128/040 | V3 | 21 Sept 2020 1015 | 45 | 1100 | 21 Sept 2020 1144 | 21 Sept 2020 1151 | 21 Sept 2020 MR |
| 1128/037 | V3 | 21 Sep 2020 1215 | 60 didn't clot | 1434 | 21 Sep 2020 1440 | 21 Sep 2020 1444 | 21 Sep 2020 MR |
| 1128/0 ERROR MR 21 Sep 2020 | | | | | | | MR |
| 1128/ ERROR 21 Sep 2020 | | | | | | | MR |

JSN04171

# LABORATORY SAMPLE PROCESSING LOG

**Protocol:** C4591001
**Laboratory:** Covance

**PI:** Mark Koch, MD

**Site:** 1128
**Sampling Type:** Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1006 | √3 | 18 Sept 2020 1045 | 30 | 1115 | 18 Sept 2020 1123 | 18 Sept 2020 1130 | 18 Sept 2020 ma |
| 1128 1379 | √1 | 18 Sept 2020 1059 | 62 | ma 18 Sept 2020 110 1125 | 18 Sept 2020 1133 | 18 Sept 2020 1140 | 18 Sept 2020 ma |
| 1128 1025 | √3 | 18 Sept 2020 1059 | 62 | 1125 | 18 Sept 2020 1134 | 18 Sept 2020 1143 | 18 Sept 2020 ma |
| 1128 1004 | √3 | 18 Sept 2020 9:09 | 49 | 940 | 18 Sept 2020 948 | 18 Sept 2020 1023 | 18 Sept 2020 ma |
| 1128 1002 | √3 | 18 Sept 2020 1240 | 30 | 13:11 | 18 Sept 2020 13:34 | 18 Sept 2020 13:36 | 18 Sept 2020 ma |
| 1128 1382 | √1 | 18 Sept 2020 1335 | 38 | 1359 | 18 Sept 2020 1426 | 18 Sept 2020 1429 | 18 Sept 2020 ma |
| 1128 1383 | √1 | 18 Sept 2020 1347 | 36 | 1417 | 18 Sept 2020 1442 | 18 Sept 2020 1444 | 18 Sept 2020 ma |
| 1128 1022 ma 19 Sept 2020 | √3 | 18 Sept 2020 1422 | 42 | 1504 | 18 Sept 2020 1522 | 18 Sept 2020 1523 | 18 Sept 2020 ma |
| 1128 1021 ma 19 Sept 2020 | √3 | 18 Sept 2020 1538 | 38 | 1600 | 18 Sept 2020 | 18 Sept 2020 | 18 Sept 2020 ma |

JSN04172

Page 41 of ___

## LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze Immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 11281262 | V1 | 17SEP2020 0957 | 32 | ~~17SEP2020 1029~~ 1029 | 17SEP2020 1043 | 17SEP2020 1050 | AB 17SEP2020 |
| 11281027 | V3 | 17SEP2020 1007 | 34 | 1041 | 17SEP2020 1058 | 17SEP2020 1103 | AB 17SEP2020 |
| 11281376 | V1 | 17SEP2020 1016 | 31 | 1041 | 17SEP2020 1059 | 17SEP2020 1103 | AB 17SEP2020 |
| 11281018 | V3 | 17SEP2020 1043 | 41 | 1125 | 17SEP2020 11:45 | 17SEP2020 11:50 | 17Sep2020 X |
| 11281377 | V1 | 17SEP2020 1137 | 68 | 1245 | 17SEP2020 1304 | 17SEP2020 1307 | 17SEP2020 PBR |
| 11281378 | V1 | 17SEP2020 1157 | 48 | 1245 | 17SEP2020 1305 | 17SEP2020 1307 | 17SEP2020 PBR |
| 11281380 | V1 | 17SEP2020 1425 | 30 | 1455 | 17SEP2020 1323 | 17SEP2020 1325 | 17SEP2020 PBR |
| 11281381 | V1 | 17SEP2020 1453 | 32 | 1525 | 17SEP2020 1544 | 17SEP2020 1549 | PBR 17SEP2020 |
| 11281017 | V3 | 18 Sept 2020 1030 | 32 | 1102 | 18Sept2020 1130 | 18Sept2020 1134 | 18Sept2020 ML |

JSN04173

# LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

PI: Mark Koch, MD

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 11281001 | V3 | 16 SEP 2020 1145 | 80 | 1305 ~~1401~~ 9-16-2020 | 16 SEP 2020 1330 | 16 SEP 2020 1354 | LBL 16 SEP 2020 |
| 11281371 | V1 | 16 SEP 2020 1205 | 60 | 1305 ~~1401~~ 9-16-2020 | 16 SEP 2020 1330 | 16 SEP 2020 1354 | LBL 16 SEP 2020 |
| 11281370 | V1 | 16 SEP 2020 1324 | 37 | 1401 | 16 SEP 2020 1435 | 16 SEP 2020 1441 | LBL 16 SEP 2020 |
| 11281009 | V3 | 16 SEP 2020 1325 | 36 | 1401 | 16 SEP 2020 1438 | 16 SEP 2020 1441 | LBL 16 SEP 2020 |
| 11281372 | V1 | 16 SEP 2020 1323 | 38 | 1401 | 16 SEP 2020 1438 | 16 SEP 2020 1441 | LBL 16 SEP 2020 |
| 11281373 | V1 | 16 SEP 2020 1431 | 31 | 1502 | 16 SEP 2020 1534 | 16 SEP 2020 1535 | LBL 16 SEP 2020 |
| 11281374 | V1 | 16 SEP 2020 1624 | 32 | 1656 | 16 SEP 2020 1713 | 16 SEP 2020 1715 | TB 16 SEP 2020 |
| 11281375 | V1 | 16 SEP 2020 1645 | 31 | 1716 | 16 SEP 2020 1750 | 16 SEP 2020 1758 | TB 16 SEP 2020 |
| 11281011 | V3 | 17 SEP 2020 0854 | — | 17 SEP 2020 1015 TB | 17 SEP 2020 1022 TB | TB 16 SEP 2020 |

JSN04 74

## LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze Immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| n/a | | | | | | | |
| 1128/363 | V1 | 15 Sept 2020 1403 | 30 | 15 Sept 2020 1453 | 15 Sept 2020 1500 | 15 Sept 2020 1512 | 15 Sept 2020 ma |
| 1128/302 | V1 | 1212 | 40 | 15 Sept 2020 1300 | 15 Sept 2020 1322 | 15 Sept 2020 1345 | 15 Sept 2020 ma |
| 1128/304 | V1 | 1426 | 42 | 15 Sept 2020 1458 | 15 Sept 2020 1509 | 15 Sept 2020 1530 | 15 Sept 2020 ma |
| 1128/365 | V1 | 1428 | 40 | 15 Sept 2020 1458 | 15 Sept 2020 1512 | 15 Sept 2020 1538 | 15 Sept 2020 ma |
| 1128/366 | V1 | 1632 | 63 | 1735 | 1740 | 17:43 | 21 09/15/ 2020 |
| 1128/368 | V1 | 955 | 35 | 16 Sept 2020 1030 | 16 Sept 2020 1042 | 16 Sept 2020 1046 | 16 Sept 2020 ma |
| 1128/367 | V1 | 1007 | 30 | 16 Sept 2020 1033 | 16 Sept 2020 1050 | 16 Sept 2020 1053 | 16 Sept 2020 ma |
| 1128/010 | V3 | 1108 | — | 16 SEP 2020 1300 ᵗᵇ | 16 SEP 2020 1340 ᵗᵇ | 16 SEP 2020 TB |

# LABORATORY SAMPLE PROCESSING LOG

Protocol: C4591001
Laboratory: Covance

PI: Mark Koch, MD

Site: 1128
Sampling Type: Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128/353 | V1 | 14sept2020 1200 | 30 | 1244 | 14sept2020 1300 | 14sept2020 1304 | 14sept2020 ma |
| 1128/005 | V3 | 14sept2020 1442 | 38 | 1549 | 14sept2020 1556 | 14sept2020 1600 | 14sept2020 ma |
| 1128/354 | V1 | 14sept2020 1518 | 31 | 1549 | 14sept2020 1620 | 14sept2020 1622 | 14sept2020 ma |
| 1128/355 | V1 | 14sept2020 1519 | 32 | 1550 | 14sept2020 1620 | 14sept2020 1622 | 14sept2020 ma |
| 1128/356 | V1 | 14sept2020 1405 | 30 | 1440 | 14sept2020 1645 | 14sept2020 1648 | 14sept2020 ma |
| 1128/358 | V1 | 15sept2020 923 | 45 | 1012 | 15sept2020 1028 | 15sept2020 1030 | 15sept2020 ma |
| 1128/357 | V1 | 15sept2020 924 | 45 | 1012 | 15sept2020 1028 | 15sept2020 1031 | 15sept2020 ma |
| 1128/359 | V1 | 15sept2020 1014 | 30 | 1050 | 15sept2020 1058 | 15sept2020 1100 | 15sept2020 ma |
| 1128/360 | V1 | 15sept2020 1031 | 35 | 1103 | 15sept2020 1127 | 15sept2020 1129 | 15sept2020 ma |

JSN0476

Page 87 of __

# LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1344 | V1 | 12Sept2020 1216 | 36 | 1200 | 12Sept2020 1216 | 12Sept2020 1220 | 12Sept2020 ma |
| 1128 1347 | V1 | 12Sept2020 1125 | 35 | 1159 | 12Sept2020 1216 | 12Sept2020 1218 | 12Sept2020 ma |
| 1128 1346 | V1 | 12Sept2020 1203 | 43 | 1240 | 12Sept2020 1252 | 12Sept2020 1254 | 12Sept2020 ma |
| 1128 1348 | V1 | 12Sept2020 1344 | 30 | 1416 | 12Sept2020 1443 | 12Sept2020 1503 | 12Sept2020 ma |
| 1128 1350 | V1 | 12Sept2020 1403 | 38 | 1441 | 12Sept2020 1501 | 12Sept2020 1508 | 12Sept2020 ma |
| 1128 1349 | V1 | 12Sept2020 1336 | 30 | 1408 | 12Sept2020 1443 | 12Sept2020 1503 | 12Sept2020 ma |
| 1128 1351 | V1 | 12Sept2020 1441 | 62 | 1548 | 12Sept2020 1601 | 12Sept2020 1610 | 12Sept2020 ma |
| 1128 1352 | V1 | 12Sept2020 1547 | 36 | 1434 | | | |
| | | | | | ↑ done 14Sept 2020 By April | | |

## LABORATORY SAMPLE PROCESSING LOG

Protocol: C4591001

PI: Mark Koch, MD

Site: 1128

Laboratory: Covance

Sampling Type: Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128/331 | V1 | 11Sept2020 1144 | 38 | 1436 | 11Sept2020 1440 | 11Sept2020 1450 | 11Sept2020 ME |
| 1128/333 | V1 | 11Sept2020 1302 | 38 | 1436 | 11Sept2020 1442 | 11Sept2020 1453 | 11Sept2020 ME |
| 1128/336 | V1 | 11Sept2020 1400 | 30 | 1430 | 11Sept2020 1500 | 11Sept2020 1502 | 11Sept2020 ME |
| 1128/335 | V1 | 11Sept2020 1414 | 39 | 1453 | 11Sept2020 1502 | 11Sept2020 1530 | 11Sept2020 ME |
| 1128/339 | V1 | 11Sept2020 1532 | 32 | 1602 | 11Sept2020 1625 | 11Sept2020 1630 | 11Sept2020 ME |
| 1128/341 | V1 | 11Sept2020 1602 | 31 | 1635 | 11Sept2020 1700 | 11Sept2020 1705 | 11Sept2020 ma |
| 11281342 | V1 | 11Sept2020 17:25 | 45 | 18:10 | 11Sept2020 1828 | 11Sept2020 1829 | 11Sept2020 ME |
| 1128/345 | Vi | 11Sept2020 959 | 30 | 1032 | 12Sept2020 1055 | 12Sept2020 1056 | 12Sept2020 me |
| 1128/343 | Vi | 11Sept2020 1003 | 30 | 1034 | 12Sept2020 1054 | 12Sept2020 1056 | 12Sept2020 ME |

JSN00478

Page 95 of __

# LABORATORY SAMPLE PROCESSING LOG

**Protocol:** C4591001
**Laboratory:** Covance

**PI:** Mark Koch, MD

**Site:** 1128
**Sampling Type:** Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128/324 | V1 | 10 Sept 2020 ma 1505 | 35 30 ma 10 sept | 1540 | 10 Sept 2020 1542 | 10 Sept 2020 1548 | 10 Sept 2020 ma |
| 1128/323 | V1 | 10 Sept 2020 ma 1540 | 30 | 1614 | 10 Sept 2020 1645 | 10 Sept 2020 1650 | 10 Sept 2020 ma |
| 1128/326 | V1 | 10 Sept 2020 ma 1621 | 30 | 1703 | 10 Sept 2020 1715 | 10 Sept 2020 1726 | 10 Sept 2020 ma |
| 1128/327 | V1 | 10 Sept 2020 1705 | 30 | 1738 | 10 Sept 2020 1739 | 10 Sept 2020 1742 | 10 Sept 2020 ma |
| 1128/328 | V1 | 9-10-2020 1658 | 32 | 1830 | 10 SEP 2020 1848 | 10 SEP 2020 1850 | LBL 10 SEP 2020 |
| 11281329 | V1 | 10 SEP 2020 1901 | 36 | 1937 | 10 SEP 2020 2003 | 10 SEP 2020 2006 | NB 10 SEP 2020 |
| 1128/317 | V1 | 11 Sept 2020 9:19 | 32 | 10:08 | 11 Sept 2020 1025 | 11 Sept 2020 1027 | 11 Sept 2020 ma |
| 1128/330 | V1 | 11 Sept 2020 1119 | 36 | 1155 | 11 Sept 2020 1205 | 11 Sept 2020 1210 | 11 Sept 2020 ma |
| 1128/332 | V1 | 11 Sept 2020 1122 | 36 | 1155 | 11 Sept 2020 1208 | 11 Sept 2020 1215 | 11 Sept 2020 ma |

JSN0479

Page 34 of __

**LABORATORY SAMPLE PROCESSING LOG**

Protocol: C4591001
Laboratory: Covance

PI: Mark Koch, MD

Site: 1128
Sampling Type: Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 13/2 | V1 | 1301 | 30 | 1400 | 9 Sept 2020 1405 | 9 Sept 2020 1408 | 9 Sept 2020 me |
| 1128 13/3 | V1 | 1514 | 30 | 1540 | 9 Sept 2020 1543 | 9 Sept 2020 1549 | 9 Sept 2020 me |
| 1128 13/5 | V1 | 1544 | 30 | 1615 | 9 Sept 2020 1622 | 9 Sept 2020 1690 | 9 Sept 2020 me |
| 1128 13/4 | V1 | 1558 | 30 | 1615 | 9 Sept 2020 1642 | 9 Sept 2020 1656 | 9 Sept 2020 me |
| 1128 13/6 | V1 | 1601 | 30 | 1648 | 9 Sept 2020 1651 | 9 Sept 2020 1700 | 9 Sept 2020 me |
| 1128 13/79 18 Sept 2020 me | V1 | 1740 | ~~30~~ | 1820 | 9 Sept 2020 ~~1806~~ 1836 | 09 Sept 2020 ~~1834~~ | 9 Sept 2020 me |
| 1128 1320 | V1 | 11:09 | 30 | 1147 | 10 Sept 2020 1215 | 10 Sept 2020 1230 | 10 Sept 2020 me |
| 1128 1321 | V1 | 1315 | 30 | 1147 | 10 Sept 2020 1447 | 10 Sept 2020 1450 | 10 Sept 2020 me |
| 1128 1322 | V1 | 1355 | 30 | 1447 | 10 Sept 2020 1449 | 10 Sept 2020 1449 | 10 Sept 2020 me |

JSN04480

## LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time (Thoroughly mix the blood by inverting the tube five times) | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1302 | V1 | 1548 | 30 | 1615 | 8Sept2020 1845 | 8Sept2020 1900 | 8Sept2020 ma |
| 1128 1299 | V1 | 1504 | 30 | 1620 | 8Sept2020 1845 | 8Sept2020 1900 | 8Sept2020 ma |
| 1128 1308 | V1 | 1598 | 30 | 1850 | 8Sept2020 1858 | 8Sept2020 1900 | 8Sept2020 ma |
| 1128 1303 | V1 | 1649 | 30 | 1840 | 8Sept2020 1900 | 8Sept2020 1920 | 8Sept2020 ma |
| 1128 1304 | V1 | 1658 | 30 | 1845 | 8Sept2020 1900 | 8Sept2020 1920 | 8Sept2020 ma |
| 1128 1307 | V1 | 9Sept2020 1045 | 30 | 1207 | 9Sept2020 1228 | 8Sept2020 1229 | 9Sept2020 ma |
| 1128 1306 | V1 | 9Sept2020 1040 | 30 | 1207 | 9Sept2020 1228 | 8Sept2020 1229 | 9Sept2020 ma |
| 1128 1309 | V1 | 9Sept2020 1209 | 30 | 1245 | 9Sept2020 1349 | 9Sept2020 1340 | 9Sept2020 ma |
| 1128 1311 | V1 | 9Sept2020 1243 | 30 | 1340 | 9Sept2020 1342 | 9Sept2020 1355 | 9Sept2020 ma |

JSN00481

Page ___ of ___

## LABORATORY SAMPLE PROCESSING LOG

Protocol: C4591001                     PI: Mark Koch, MD                          Site: 1128
Laboratory: Covance                                                     Sampling Type: Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1292 | V1 | 04 Sep 2020 17:16 | 30 min | 17:46 | 04/Sep/2020 18:19 | 04/Sep/2020 18:20 | 09/04/2020 |
| 1128 1293 | V1 | 08 Sept 2020 1036 | 30 | 11:08 | 08/Sept/2020 1132 | 08 Sept 2020 1135 | MR 8 Sept 2020 |
| 1128 1294 | V1 | 08 Sept 2020 1035 | 50 | 11:15 | 08/Sept/2020 1134 | 08 Sept 2020 1135 | MR 8 Sept 2020 |
| 1128 1295 | V1 | 08 Sept 2020 1049 | 30 | 11:40 | 08 Sept 2020 1152 MR 8/Sept 1158 | 08 Sept 2020 1155 MR 8/Sept 1157 | MR 8/Sept/2020 |
| 1128 1296 | V1 | 08 Sept 2020 1132 | 30 | 1200 | 8 Sept 2020 1205 | 8 Sept 2020 1207 | 8 Sept 2020 MR |
| 1128 1297 | V1 | 08 Sept 2020 1226 | 30 | 1303 | 8 Sept 2020 1305 | 8 Sept 2020 1310 | 8 Sept 2020 MR |
| 1128 1298 | V1 | 08 Sept 2020 | 30 | 1610 | 8 Sept 2020 1620 | 8 Sept 2020 1622 | 8 Sept 2020 MR |
| 1128 1300 | V1 | 08 Sept 2020 1505 | 30 | 1630 | 8 Sept 2020 1638 | 8 Sept 2020 1640 | 8 Sept 2020 MR |
| 1128 1301 | V1 | 08 Sept 2020 1451 | 30 | 16:00 | 8 Sept 2020 1620 | 8 Sept 2020 1622 | 8 Sept 2020 MR |

JSN0482

Page 32 of __

## LABORATORY SAMPLE PROCESSING LOG

**Protocol:** C4591001
**Laboratory:** Covance

**PI:** Mark Koch, MD

**Site:** 1128
**Sampling Type:** Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1281 | V1 | 03 Sept 2020 1655 | 30 | 03 Sept 2020 1713 | 03 Sept 2020 1732 | 03 Sept 2020 1740 | 03 Sept 2020 MQ |
| 1128 1283 | V1 | 03 Sept 2020 1645 | 30 | 03 Sept 2020 1712 | 03 Sept 2020 1735 | 03 Sept 2020 1740 | 03 Sept 2020 MQ |
| 1128 1282 | V1 | 03 Sept 2020 1750 | 30 | 03 Sept 2020 1824 | 03 Sept 2020 1840 | 03 Sept 2020 1900 | 03 Sept 2020 MQ |
| 1128 1284 | V1 | 04 Sept 2020 1115 | 30 | 04 Sept 2020 1140 | 04 Sept 2020 1240 | 04 Sept 2020 1309 | 04 Sept 2020 MQ |
| 1128 1285 | V1 | 04 Sept 2020 1150 | 30 | 04 Sept 2020 1202 | 04 Sept 2020 1255 | 04 Sept 2020 1202 | 04 Sept 2020 MQ |
| 1128 1286 | V1 | 04 Sept 2020 1152 | 30 | 04 Sept 2020 1202 | 04 Sept 2020 1240 | 04 Sept 2020 1309 | 04 Sept 2020 MQ |
| 1128 1288 | V1 | 04 Sept 2020 1203 | 30 | 04 Sept 2020 1302 | 04 Sept 2020 1310 | 04 Sept 2020 1310 | 04 Sept 2020 MQ |
| 1128 1289 | V1 | 04 Sept 2020 1248 | 04 Sept 2020 30 | 04 Sept 2020 1327 | 04 Sept 2020 1357 | 04 Sept 2020 1359 | 04 Sept 2020 MQ |
| 1128 1291 | V1 | 04 Sept 2020 14:40 | 30 | 04 Sept 2020 1515 | 04 Sept 2020 1530 | 04 Sept 2020 1531 | 04 Sept 2020 MQ |

JSN0483

## LABORATORY SAMPLE PROCESSING LOG

Protocol: C4591001
Laboratory: Covance

PI: Mark Koch, MD

Site: 1128
Sampling Type: Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128|271 | V1 | 02 Sept 2020 1416 | 30 | 03 Sept 2020 1530 | 03 Sept 2020 1536 | 03 Sept 2020 1550 | MR 03 Sept 2020 |
| 1128|273 | V1 | 02 Sept 2020 1558 | 30 | 1620 | 1624 | 03 Sept 2020 1630 | MR 03 Sept 2020 |
| 1128|274 | V1 | 03 Sept 2020 1147 | 80 | 03 Sept 2020 1257 | 03 Sept 2020 1300 | 03 Sept 2020 1302 | MR 03 Sept 2020 |
| 1128|275 | V1 | 03 Sept 2020 1207 | 30 | 03 Sept 2020 1257 | 03 Sept 2020 1303 | 03 Sept 2020 1302 | 03 Sept 2020 MR |
| 1128|276 | V1 | 03 Sept 2020 1308 | 30 | 03 Sept 2020 1340 | 03 Sept 2020 1340 | 03 Sept 2020 1432 | 03 Sept 2020 MR |
| 1128|278 | V1 | 03 Sept 2020 1440 | 30 | 03 Sept 2020 1520 | 03 Sept 2020 1530 | 03 Sept 2020 1549 | 03 Sept 2020 MR |
| 1128|277 | V1 | 03 Sept 2020 1524 | 30 | 03 Sept 2020 1557 | 03 Sept 2020 1625 | 03 Sept 2020 1625 | 03 Sept 2020 MR |
| 1128|279 | V1 | 03 Sept 2020 1543 | 30 | 03 Sept 2020 1624 | 03 Sept 2020 1640 | 03 Sept 2020 1650 | 03 Sept 2020 MR |
| 1128|280 | | 03 Sept 2020 1636 | 30 | 03 Sept 2020 1700 | 03 Sept 2020 1708 | 03 Sept 2020 1730 | 03 Sept 2020 MR |

JSN0484

Page 30 of __

## LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze Immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1261 | V1 | 01 Sept 2020 1918 | 01 Sept 2020 1921 | 30 | 01 Sept 2020 1950 | 01 Sept 2020 1956 | 01 Sept 2020 MQ |
| 1128 1260 | V1 | 01 Sept 2020 1900 | 01 Sept 2020 1920 | 30 | 01 Sept 2020 1950 | 01 Sept 2020 1956 | 01 Sept 2020 MQ |
| 1128 1246 | V1 | 02 Sept 2020 0855 | 30 | 02 Sept 2020 0930 | 02 Sept 2020 0949 | 01 Sept 2020 1000 | 02 Sept 2020 MQ |
| 1128 1203 | V1 | 02 Sept 2020 | 30 | 02 Sept 2020 | 02 Sept 2020 | 02 Sept 2020 | 02 Sept 2020 MQ |
| 1128 1204 | V1 | 02 Sept 2020 1043 | 30 | 02 Sept 2020 1122 | 02 Sept 2020 1146 | 02 Sept 2020 1148 | 02 Sept 2020 MQ |
| 1128 1205 | V1 | 02 Sept 2020 1050 | 30 | 02 Sept 2020 1140 | 02 Sept 2020 1200 | 02 Sept 2020 1202 | 02 Sept 2020 MQ |
| 1128 1207 Arriv | V1 | 02 Sept 2020 | 30 | 02 Sept 2020 | 02 Sept 2020 1200 | 02 Sept 2020 1210 | 02 Sept 2020 MQ |
| 1128 1269 | V1 | 02 Sept 2020 1338 | 30 | MQ 1428 02 Sept 2020 1250 | 02 Sept 2020 1440 | 02 Sept 2020 1456 | 02 Sept 2020 MQ |
| 1128 1268 | V1 | 02 Sept 2020 | 30 30 MQ 01 Sept 2020 | 1350 | 02 Sept 2020 1352 | 02 Sept 2020 1352 | 02 Sept 2020 MQ |

send 2ml 2ml 5ml mg

JSN04185

## LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1248 | V1 | 01 Sept 2020 1223 | 41 | 01 Sept 2020 1318 | 01 Sept 2020 1326 | 01 Sept 2020 1328 | 01 Sept 2020 MR |
| 1128 1249 | V1 | 01 Sept 2020 1249 | 36 | 01 Sept 2020 1330 | 01 Sept 2020 1335 | 01 Sept 2020 1340 | 01 Sept 2020 MR |
| 1128 1250 | V1 | 01 Sept 2020 1301 | 32 | 01 Sept 2020 1337 | 01 Sept 2020 1355 | 01 Sept 2020 1400 | 01 Sept 2020 MR |
| 1128 1251 | V1 | 01 Sept 2020 1430 | 30 | 01 Sept 2020 1501 | 01 Sept 2020 15:09 | 01 Sept 2020 15:16 | 01 Sept 2020 MR |
| 1128 1252 | V1 | 01 Sept 2020 1346 | 30 | 01 Sept 2020 1430 | 01 Sept 2020 1519 | 01 Sept 2020 1527 | 01 Sept 2020 MR |
| 1128 1253 | V1 | 01 Sept 2020 1529 | 30 | 01 Sept 2020 1605 | 01 Sept 2020 1628 | 01 Sept 2020 1720 | 01 Sept 2020 MR |
| 1128 1256 | V1 | 01 Sept 2020 1659 | 30 | 01 Sept 2020 1715 | 01 Sept 2020 1728 | 01 Sept 2020 1805 | 01 Sept 2020 MR |
| 1128 1257 | V1 | 01 Sept 2020 | 30 | 01 Sept 2020 1730 | 01 Sept 2020 1750 | 01 Sept 2020 1810 | 01 Sept 2020 MR |
| 1128 1255 | V1 | 01 Sept 2020 1718 | 30 | 01 Sept 2020 1746 | 01 Sept 2020 1748 | 01 Sept 2020 1753 | 01 Sept 2020 ne |

JSN0486

Page 28 of __

# LABORATORY SAMPLE PROCESSING LOG

**Protocol:** C4591001
**Laboratory:** Covance

**PI: Mark Koch, MD**

**Site:** 1128
**Sampling Type:** Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1231 | V1 | 31 Aug 2020 1508 | 39 | 31Aug2020 1541 | 31 Aug 2020 1605 | 31 Aug 2020 16:10 | ma 31Aug2020 |
| 1128 1239 | V1 | 31 Aug2020 1510 | 35 | 31Aug2020 1545 | 31Aug2020 1615 | 31Aug2020 1630 | ma 31Aug2020 |
| 1128 1240 | V1 | 31Aug2020 1614 | 30 | 31Aug2020 1637 | 31Aug2020 1653 | 31Aug2020 1700 | ma 31Aug2020 |
| 1128 1241 | V1 | 31Aug2020 1558 | 30 | 31 Aug2020 1637 | 31Aug2020 1655 | 31Aug2020 1705 | 31Aug2020 ma |
| 1128 1242 | V1 | 31Aug2020 1629 | 46 | 31Aug2020 1717 | 31Aug2020 1712 | 31Aug2020 1758 | 31Aug2020 ma |
| 1128 1243 | V1 | 31Aug2020 1714 | 30 | 31Aug2020 1815 | 31Aug2020 1824 | 31Aug2020 1829 | 31Aug2020 ma |
| 1128 1244 | V1 | 01Sept2020 0940 | 30 | 01Sept2020 1030 | 01Sept2020 1039 | 01Sept2020 1040 | 01Sept2020 ma |
| 1128 1245 | V1 | 01Sept2020 1021 | 30 01 | 01Sept2020 1146 | 01Sept2020 1150 | 01Sept2020 1152 | 01Sept2020 ma |
| 1128 1247 | V1 | 01Sept2020 | 30 | 01Sept2020 1145 | 01Sept2020 1145 | 01Sept2020 1150 | 01Sept2020 ma |

JSN0487

27
Page of __
ma 09/05/2020

## LABORATORY SAMPLE PROCESSING LOG

Protocol: C4591001　　　　　　　PI: Mark Koch, MD　　　　　　　Site: 1128
Laboratory: Covance　　　　　　　　　　　　　　　　　　　Sampling Type: Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1230 | V1 | 31 Aug 2020 1035 | 35 | 31 Aug 2020 11:10 | 31 Aug 2020 1158 | 31 Aug 2020 12:11 | MR 31 Aug 2020 |
| 1128 1231 | V1 | 31 Aug 2020 1049 | 30 | 31 Aug 2020 11:10 | 31 Aug 2020 1159 | 31 Aug 2020 12:21 | MR 31 Aug 2020 |
| 1128 1229 | V1 | 31 Aug 2020 1030 | may 31 Aug 2020 30 42 | 31 Aug 2020 11:12 | 31 Aug 2020 1200 | 31 Aug 2020 1222 | MR 31 Aug 2020 |
| 1128 1232 | V1 | 31 Aug 2020 1141 | 30 | 31 Aug 2020 1233 | 31 Aug 2020 1245 | 31 Aug 2020 1246 | MR 31 Aug 2020 |
| 1128 1233 | V1 | 31 Aug 2020 1232 | 42 | 31 Aug 2020 1310 | 31 Aug 2020 1331 | 31 Aug 2020 1333 | MR 31 Aug 2020 |
| 1128 1234 | V1 | 31 Aug 2020 4315 | 36 | 1345 31 Aug 2020 | 1352 31 Aug 2020 | 1418 31 Aug 2020 | MR 31 Aug 2020 |
| 1128 1236 | V1 | 31 Aug 2020 1345 | 30 | 1405 31 Aug 2021 | 1430 31 Aug 2020 | 1438 31 Aug 2020 | MR 31 Aug 2020 |
| 1128 1235 | V1 | 31 Aug 2020 1434 | 30 | 1504 31 Aug 2020 | 1528 31 Aug 2020 | 1535 31 Aug 2020 | MR 31 Aug 2020 |
| 1128 1238 | V1 | 31 Aug 2020 1500 | 36 | 31 Aug 2020 1536 | 31 Aug 2020 1554 | 31 Aug 2020 1600 | MR 31 Aug 2020 |

JSN0488

Page 1 of __

**LABORATORY SAMPLE PROCESSING LOG**

Protocol: C4591001
Laboratory: Covance

PI: Mark Koch, MD

Site: 1128
Sampling Type: Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 11281221 | 28 AUG 2020 V1 | 28 AUG 2020 1043 | 34 | 28 AUG 2020 1117 | 28 AUG 2020 1142 | 28 AUG 2020 1143 | LBL 28 AUG 2020 |
| 11281220 | 28 AUG 2020 | 28 AUG 2020 1133 | 31 | 28 AUG 2020 1204 | 28 AUG 2020 1223 | 28 AUG 2020 1224 | LBL 28 AUG 2020 |
| 11281222 | 28 AUG 2020 | 28 AUG 2020 1204 | 49 | 28 AUG 2020 1255 | 28 AUG 2020 1325 | 28 AUG 2020 1328 | LBL 28 AUG 2020 |
| 11281223 | 28 AUG 2020 | 28 AUG 2020 1225 | 30 | 28 AUG 2020 1255 | 28 AUG 2020 1326 | 28 AUG 2020 1328 | LBL 28 AUG 2020 |
| 11281224 | 28 AUG 2020 | 28 AUG 2020 1316 | 41 | 28 AUG 2020 1357 | 28 AUG 2020 1617 | 28 AUG 2020 1618 | LBL 28 AUG 2020 |
| 11281225 | 28 AUG 2020 | 28 AUG 2020 1438 | 34 | 28 AUG 2020 1612 | 28 AUG 2020 1634 | 28 AUG 2020 1639 | LBL 28 AUG 2020 |
| 11281226 | 28 AUG 2020 | 28 AUG 2020 1542 | 30 | 28 AUG 2020 1612 | 28 AUG 2020 1636 | 28 AUG 2020 1639 | LBL 28 AUG 2020 |
| 11281227 | 28 AUG 2020 | 28 AUG 2020 1603 | 37 | 28 AUG 2020 1640 | 28 AUG 2020 1657 | 28 AUG 2020 1658 | LBL 28 AUG 2020 |
| 11281228 | V1 | 1015 31 Aug 2020 | 40 | 31 Aug 2020 1107 | 31 Aug 2020 1130 | 31 Aug 2020 1145 | MA 31 Aug 2020 |

JSN0489

**LABORATORY SAMPLE PROCESSING LOG**

Protocol: C4591001
Laboratory: Covance

PI: Mark Koch, MD

Site: 1128
Sampling Type: Blood

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1209 | V1 | 1045 27 Aug 2020 | 30 | 1122 27Aug2020 | 1150 27Aug2020 | 1152 27 Aug 2020 | mc 27 Aug 2020 |
| 1128 1212 | V1 | 27 AUG 2020 1200 | 51 | 27 AUG 2020 1251 | 27AUG2020 1402 | 27 AUG 2020 1414 | LBR 27AUG2020 |
| 1128 1213 | V1 | 27AUG2020 1213 | 38 | 27 AUG2020 1251 | 27AUG2020 1412 | 27AUG2020 1414 | LBR 27AUG2020 |
| 1128 1214 | V1 | 27 AUG2020 1515 | 31 | 27AUG2020 1546 | 27AUG2020 1605 | 27AUG2020 1607 | LBR 27AUG2020 |
| 1128 1216 | V1 | 27 AUG 2020 1635 | 37 | 27AUG2020 1712 | 27AUG2020 1728 | 27AUG2020 1730 | LBR 27AUG2020 |
| 1128 1215 | V1 | 27AUG2020 1657 | 42 | 27AUG2020 1739 | 27AUG2020 1758 | 27 AUG2020 1802 | LBR 27AUG-2020 |
| 1128 1218 | V1 | 27 AUG2020 1709 | 30 | 27AUG2020 1739 | 27AUG2020 1759 | 27AUG2020 1802 | LBR 27AUG2020 |
| 1128 1217 | V1 | 27 AUG2020 1731 | 30 | 27AUG2020 1801 | 27AUG2020 1818 | 27 AUG2020 1819 | LBR 27AUG2020 |
| 1128 1219 | V1 | 28 AUG 2020 1007 | 35 | 28AUG2020 1042 | 28AUG2020 1107 | 28AUG2020 1109 | LBR 28AUG2020 |

JSN0490

## LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1203 | V1 | 1215 26 Aug 2020 | 30 | 1245 26 Aug 2020 | 1250 26 Aug 2020 | 1200 26 Aug 2020 | MR 26 Aug 2020 |
| 1128 1204 26 Aug 2020 | V1 | 1240 1307 MR 26 Aug 2020 | 30 | 1335 26 Aug 2020 | 1248 28 Aug 2020 | 1401 26 Aug 2020 | MR 26 Aug 2020 |
| 1128 1204 MR 26 Aug 2020 | V1 | 1307 26 Aug 2020 | 30 | 1328 26 Aug 2020 | 1340 26 Aug 2020 | 1345 26 Aug 2020 | MR 26 Aug 2020 |
| 1128 1205 | V1 | 1527 26 Aug 2020 | 30 | 1616 26 Aug 2020 | 1619 26 Aug 2020 | 1620 26 Aug 2020 | MR 26 Aug 2020 |
| 1128 1206 | V1 | 1605 26 Aug 2020 | 30 | 1704 26 Aug 2020 | 1708 26 Aug 2020 | 1718 26 Aug 2020 | MR 26 Aug 2020 |
| 1128 1207 | V1 | 1614 26 Aug 2020 | 30 | 1702 26 Aug 2020 | 1714 26 Aug 2020 | 1720 26 Aug 2020 | MR 26 Aug 2020 |
| 1128 1208 | V1 | 1658 26 Aug 2020 | 30 | 1733 26 Aug 2020 | 1800 26 Aug 2020 | 1812 26 Aug 2020 | AS 26 Aug 2020 MR 26 Aug 2020 |
| 1128 1211 | V1 | 1011 27 Aug 2020 | 30 | 1036 27 Aug 2020 | 1122 27 Aug 2020 | 1125 27 Aug 2020 | MR 27 Aug 2020 |
| 1128 1210 | V1 | 27 Aug 2020 | 30 | 1036 27 Aug 2020 | 1122 27 Aug 2020 | 1132 27 Aug 2020 | MR 27 Aug 2020 |

JSN0491

# LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1192 | V1 | 1637 25 Aug 2020 | 30 | 1740 25Aug2020 | 1750 25 Aug 2020 | 1808 25Aug2020 | Mg 25Aug2020 |
| 1128 1195 | V1 | 1650 25 Aug 2020 | 30 | 1750 25 Aug2020 | 1800 25 Aug 2020 | 1808 25 Aug2020 | Mg 25Aug2020 |
| 1128 1196 | V1 | 1753 25 Aug2020 | 30 | 1826 25Aug2020 | 1825 25Aug2020 | 1828 25Aug2020 | Mg, 25Aug2020 |
| 1128 1197 | V1 | 1823 25 Aug 2020 | 30 | 1844 25Aug2020 | 1850 25Aug2020 | 1853 25Aug2020 | Mg 25Aug2020 |
| 1128 1194 | V1 | 1823 25 Aug 2020 | 30 | 1904 25Aug2020 | 1908 25Aug2020 | 1922 25 Aug2020 | Mg 25Aug2020 |
| 1128 1198 | V1 | 1000 26 Aug2020 | 30 | 1025 26Aug2020 | 1056 26 Aug2020 | 1057 26 Aug2020 | Mg 26Aug2020 |
| 1128 1199 | V1 | 1119 26 Aug2020 | 30 | 1156 26 Aug2020 | 1210 26 Aug2020 | 1215 26 Aug 2020 | Mg 26Aug2020 |
| 1128 1201 | V1 | 1133 26 Aug2020 | 30 | 1210 26 Aug2020 | 1236 26 Aug2020 | 1238 26 Aug2020 | Mg 26 Aug2020 |
| 1128 1202 | V1 | 1134 26 Aug 2020 | 30 | 1216 26Aug2020 | 1238 26Aug2020 | 1240 26Aug2020 | Mg 26 Aug2020 |

JSN00492

Page 12 of __

# LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1184 | V1 25Aug2020 | 1136 25 Aug 2020 | 30 | 1208 25Aug2020 | 1219 25Aug2020 | 1229 25Aug2020 | MR 25Aug2020 |
| 1128 1186 | V1 | 1238 25Aug2020 | 30 | 1316 25 Aug 2020 | 1335 25Aug2020 | 1346 MR 25Aug2020 | MR 25Aug2020 |
| 1128 1185 | V1 | 1245 25AUG2020 | 30 | 1320 25Aug2020 | 1335 25Aug2020 | 1346 MR 25Aug2020 | MR25Aug2020 |
| 1128 1187 | V1 | 1255 25 Aug2020 | 30 | 1336 25Aug2020 | 1344 25Aug2020 | 1344 25Aug2020 | MR 25Aug2020 |
| 1128 1189 | V1 | 1438 25 Aug 2020 | 30 | 1548 25Aug2020 | 1555 25Aug2020 | 1558 25Aug2020 | MR 25Aug2020 |
| 1128 1190 25Aug MR | V1 | 1506 25 Aug2020 | 30 | 1610 25Aug2020 | 1628 25 Aug2020 | 1728 25Aug2020 | MR 25Aug2020 |
| 1128 1188 | V1 | 1532 25 Aug 2020 | 30 | 1610 25Aug2020 | 1626 25 Aug2020 | 1728 25 Aug 2020 | MR 25Aug2020 |
| 1128 1191 | V1 | 1608 25 Aug2020 | 30 | 1658 25Aug2020 | 1722 25 Aug 2020 | 1728 25 Aug 2020 | MR 25Aug2020 |
| 1128 1193 | V1 | 1620 25 Aug2020 | 30 | 1658 25Aug2020 | 1728 25 Aug2020 | 1728 25Aug2020 | MR 25Aug2020 |

JSN00493

Page 21 of __

# LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes) | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze Immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1174 | V1 | 1429 24 Aug 2020 | 30 | 1447 24 Aug 2020 | 1519 24 Aug 2020 | 1520 24 Aug 2020 | MC 24 Aug 2020 |
| 1128 1173 | V1 | 1418 24 Aug 2020 | 30 | 1447 24 Aug 2020 | 1519 24 Aug 2020 | 1521 24 Aug 2020 | MC 24 Aug 2020 |
| 1128 1176 | V1 | 1532 24 Aug 2020 | 30 | 1633 MA 24 Aug 2020 | 1637 MA 24 Aug 2020 | 1638 24 Aug 2020 MA | MA 24 Aug 2020 |
| 1128 1177 | V1 | 1559 24 Aug 2020 | 30 | 1632 24 Aug 2020 | 1645 24 Aug 2020 | 1650 24 Aug 2020 | MA 24 Aug 2020 |
| 1128 1178 | V1 | 1723 24 Aug 2020 | 30 | 1740 24 Aug 2020 | 1742 24 Aug 2020 | 1750 24 Aug 2020 | MA 24 Aug 2020 |
| 1128 1179 | V1 | 1745 24 Aug 2020 | 30 | 1820 24 Aug 2020 | 1830 24 Aug 2020 | 1834 24 Aug 2020 | MA 24 Aug 2020 |
| 1128 1182 | V1 | 1057 25 Aug 2020 | 30 | 1135 25 Aug 2020 | 1148 25 Aug 2020 | 1154 25 Aug 2020 | MA 25 Aug 2020 |
| 1128 1181 | V1 | 1053 25 Aug 2020 | 30 | 1135 25 Aug 2020 | 1148 25 Aug 2020 | 1154 25 Aug 2020 | MA 25 Aug 2020 |
| 1128 1183 | V1 | 1114 25 Aug 2020 | 30 | 1208 25 Aug 2020 | 1219 25 Aug 2020 | 1228 25 Aug 2020 | MA 25 Aug 2020 |

JSN0494

Page 20 of ___

## LABORATORY SAMPLE PROCESSING LOG

**Protocol: C4591001**
**Laboratory: Covance**

**PI: Mark Koch, MD**

**Site: 1128**
**Sampling Type: Blood**

| Subject Number | Visit Date | Draw Date/Time Thoroughly mix the blood by inverting the tube five times | Total Clot Time in minutes | Time in Centrifuge (samples should be spun at 1500-2000 x g for at least 15 minutes | Aliquoting Date/Time | Date/Time in -20°C freezer for Plasma samples (Freeze immediately) | CRC Initials/Date |
|---|---|---|---|---|---|---|---|
| 1128 1165 | V1 | 24 Aug 2020 0947 | 30 | 1040 24 Aug 2020 | 1044 24 Aug 2020 | 1045 24 Aug 2020 | JMQ 24 Aug 2020 |
| 1128 1166 | V1 | 24 Aug 2020 1114 | 30 | 1213 24 Aug 2020 | 24 Aug 2020 | 24 Aug 2020 | MQ 24 Aug 2020 |
| 1128 1167 | V1 | 24 Aug 2020 1129 | 30 | 1213 24 Aug 2020 | 1235 24 Aug 2020 | 1257 24 Aug 2020 | MQ Aug 24, 2020 |
| 1128 1169 | V1 | 1140 24 Aug 2020 | 30 | 1216 24 Aug 2020 | 1235 24 Aug 2020 | 1254 24 Aug 2020 | MQ 24 Aug 2020 |
| 1128 1108 | V1 | 1204 24 Aug 2020 | 30 | 1300 na 24 Aug 2020 | 1235 1305 24 Aug 2020 | 1338 24 Aug 2020 | MQ 24 Aug 2020 |
| 1128 1171 | V1 | 1304 24 Aug 2020 | 30 | 1332 24 Aug 2020 | 1354 24 Aug 2020 | 1356 24 Aug 2020 | MQ 24 Aug 2020 |
| 1128 1172 | V1 | 1304 24 Aug 2020 | 30 | 1332 24 Aug 2020 | 1339 24 Aug 2020 | 1339 24 Aug 2020 | MQ 24 Aug 2020 |
| 1128 1170 | V1 | 1315 24 Aug 2020 | 30 | 1354 24 Aug 2020 | 1359 24 Aug 2020 | 1924 24 Aug 2020 | MQ 24 Aug 2020 |
| 1128 1175 | V1 | 1412 24 Aug 2020 | 30 | 1447 24 Aug 2020 | 1519 24 Aug 2020 | 1522 24 Aug 2020 | MQ 24 Aug 2020 |

JSN0 0495

Page 9 of __

Ex. 26

**Brook Jackson**

| | |
|---|---|
| **From:** | Marnie Fisher <mfisher@ventaviaresearch.com> |
| **Sent:** | Thursday, September 10, 2020 11:11 AM |
| **To:** | Kandy Downs; Brook Jackson |
| **Subject:** | **PLEASE READ** Source Completion & Clinical Conductor Visit Reconciliation Requirements |
| **Importance:** | High |

I wanted to send this as a reminder, Kandy, that we have to make sure our sites are completing all visits in Clinical Conductor (CC) BEFORE leaving for the day.  Brook, I can show you how to check CC to ensure this is being done.  I put an Outlook reminder on the calendar for my sites- not sure how you're doing it, Kandy, but this has helped some, but they do get behind still.  We need to be adding this to our performance evaluations, please.  Executive leadership will hold us all responsible if it's not getting done.  Also Brook- please see the email below this that I sent out recently to everyone about these requirements.

Per a previous Daily Status Update by Mercedes:
----------------------------------------
Mercedes
- Pending visits in CC since 8/12.  Yesterday, there are still 25 pending visits. If sites do not know how to complete these, reach out to Angela for guidance. See below.  I only see two pending patients
  - Show the following still pending apts.
    - 8/1- all Burleson (see attachment)
    - 8/17- all Houston (see attachment)
    - If all of these aren't completed by EOB today (and pending apts from today moved over, there will be write-ups for the SOM and RD)
    - Please have your sites take care of them, and moving forward, you guys need to be checking the check-in/check-out for the current day and the day before when you send your daily update.  If there are still pending apts at your sites when you send your 4:00 update, that is the perfect time to get on the phone to your site and get them to start moving apts over.

Thank you both,
Marnie

---

**From:** Marnie Fisher <mfisher@ventaviaresearch.com>
**Sent:** Thursday, August 13, 2020 5:12 PM
**To:** Ventavia <ventavia@ventaviaresearch.com>
**Subject:** **PLEASE READ** Source Completion & CC Visit Reconciliation Requirements
**Importance:** High

Hello everyone,

Please make note of a few critical reminders and new instructions:

1. **ALL source documents  MUST be completed in real-time with patients**, at the time of the visit- before leaving the patient's room.  DO NOT delay completing source to the end of the day- we must be completing every blank, every footer, etc., at the time of the visit, with <u>no exceptions</u>.  The patient chart should be completed so that by

JSN0496

the time one is done with the chart, it can easily be passed on to be QC'd, scanned into Complion, and then entered into eDC.  And this applies to all studies, not just COVID.  Please remember, this data has to be completed regardless- either on the frontend or the backend.  The problem with choosing the backend, is now the time has passed so data or assessments have been forgotten, source may have already been scanned in, signatures were missed and now the investigator is not available to sign.  This results in deviations, queries, and overall will jeopardize the integrity of the data and ultimately our reputation and future access to studies and thus revenue coming in.

2.  Given the critical nature of this, patient charts will be spot-checked at all sites for "audit readiness" and if source is found to be incomplete,  performance counseling will be issued.

<mark>*We MUST be audit-ready at ALL times</mark>.  The FDA can walk into a clinic tomorrow, completely unannounced, and review any chart they want to.  Everyone should be leaving their clinic for the day knowing that patient charts can be reviewed at any time by anyone, and have no doubt that we would pass any surprise audit.

3.  The same goes for **reconciling all visits in Clinical Conductor-** this must be done by the end of the day BEFORE leaving for the day.  There should be no "pending" visits left on the calendar.  This is crucial for many reasons but mostly to ensure adequate and timely study reimbursement, but also to ensure we all have real-time and accurate scheduling information.

4.  Lastly, this is a new item that we are implementing immediately- we need to **capture race for all patients.**  We already record this in our source documents, but we will be documenting this on the  Patient Information Sheet that is completed on all patients so that we can upload this as well into Complion.  I have revised the form to include this, below is the link to the new form in SharePoint:

https://netorg18834.sharepoint.com/:w:/g/EVJKnP9DI_xGoo7DXJrH7OsBGyPLSuKnARD3sOKedTrZuw?e=bvjYUw

Please let me know if you have any questions or concerns and please ACKNOWLEDGE that you have read this email.

Thanks all,

**Marnie Fisher**
Director of Operations, MBA, BSN, RN

**Ventavia Research Group**
1307 8th Ave Suite #202
Fort Worth, TX 76104
Cell Number: 817.269.3768
eFax Number: 817.394.1901
Email: mfisher@ventaviaresearch.com



https://www.ventaviaresearch.com/          http://www.platinum-research.net/

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

JSN0497

Ex. 27

**To:**      Marnie Fisher[mfisher@ventaviaresearch.com]; Brook Jackson[bjackson@ventaviaresearch.com]; William Jones[wjones@ventaviaresearch.com]
**Cc:**      Mercedes Livingston[mercedeslivingston@ventaviaresearch.com]; Olivia Ray[oliviaray@ventaviaresearch.com]; Kristi Raney[kristiraney@ventaviaresearch.com]
**From:**    Kandy Downs[kdowns@ventaviaresearch.com]
**Sent:**    Thur 9/24/2020 8:52:58 PM (UTC)
**Subject:** Pfizer C4591001_Koch|1128, Fuller|1085, Tran|1096_COVID-19 Symptom Surveillance Log
Pfizer_C4591001_COVID Surveillance Review Log_19AUG2020.docx

Here is the Weekly COVID log, dated 19Aug2020- but none of the sites have been using this.

This needs to be placed in the charts and goes with the NTF for being not used, but weekly trialmanager reviews, are, were being conducted.

Warmest Regards;

**Lovica "Kandy" Downs**
Regional Director
RMA, BBA, CCRC

_____

**Ventavia Research Group**

1307 8th Ave Suite #202

Fort Worth, TX 76104

Cell Number: 817-269-5997
eFax Number: 817.394.1901

Email: kdowns@ventaviaresearch.com



https://www.ventaviaresearch.com/        http://www.platinum-research.net/

Privacy Notice: Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kathryn Weems <kathrynweems@ventaviaresearch.com>
**Sent:** Tuesday, September 22, 2020 1:28 PM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>
**Subject:** Fw: Pfizer C4591001_Koch|1128, Fuller|1085, Tran|1096_COVID-19 Symptom Surveillance Log

Resending! See email below as well.

**Kathryn Weems**
Regulatory Coordinator
Ventavia Research Group

1307 8th Avenue          6124 West Parker Rd          1919 N Loop W

JSN0498

| Suite 202 | Suite 134 | Suite 250, 280 |
|---|---|---|
| Ft. Worth, TX 76104 | Plano, TX 75093 | Houston, TX 77008 |
| 817.348.0228 Office | 972-520-0003 Office | 832.831.5349 Office |
| 817.394.1901 eFax | 972-981-7749 Fax | 346.335.1186 Fax |

| 300 N Rufe Snow Drive | | 1733 Precinct Line Road |
|---|---|---|
| Keller, TX 76248 | | Hurst, TX 76054 |
| 682.774.8013 Office | | 682.774.8013 Office |
| 817.337.3224 Fax | | 817.337.3224 Fax |



**Notice:**
Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

---

**From:** Kathryn Weems <kathrynweems@ventaviaresearch.com>
**Sent:** Tuesday, September 22, 2020 11:44 AM
**To:** Kandy Downs <kdowns@ventaviaresearch.com>; Marnie Fisher <mfisher@ventaviaresearch.com>; Brook Jackson <bjackson@ventaviaresearch.com>; William Jones <wjones@ventaviaresearch.com>
**Subject:** Fw: Pfizer C4591001_Koch|1128, Fuller|1085, Tran|1096_COVID-19 Symptom Surveillance Log

Hello,

It seems that I did initially create a COVID-19 Symptom Log, but it was buried during review. I sent it out to the lead CRCs (which, at the time, Becca was helping out with this study) and Dana, but never heard back and thus... it was left untouched.

Please review to see if this solves any issues with COVID-19 symptom surveillance.

Regards,

**Kathryn Weems**
Regulatory Coordinator
Ventavia Research Group

| 1307 8th Avenue | 6124 West Parker Rd | 1919 N Loop W |
|---|---|---|
| Suite 202 | Suite 134 | Suite 250, 280 |
| Ft. Worth, TX 76104 | Plano, TX 75093 | Houston, TX 77008 |
| 817.348.0228 Office | 972-520-0003 Office | 832.831.5349 Office |
| 817.394.1901 eFax | 972-981-7749 Fax | 346.335.1186 Fax |
| | | 1733 Precinct Line Road |



300 N Rufe Snow Drive

Keller, TX 76248

682.774.8013 Office

817.337.3224 Fax

Hurst, TX 76054

682.774.8013 Office

817.337.3224 Fax

**Notice:**
Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

**From:** Kathryn Weems
**Sent:** Wednesday, August 19, 2020 11:05 AM
**To:** Rebecca Iacullo <rebeccaiacullo@ventaviaresearch.com>; Katherine Benitez <katherinebenitez@ventaviaresearch.com>; Thea Sonnier <tsonnier@ventaviaresearch.com>
**Cc:** Dana Duvak <danaduvak@ventaviaresearch.com>
**Subject:** Pfizer C4591001_Koch|1128, Fuller|1085, Tran|1096

Hi ladies!

You requested for me to create a COVID symptom review log for eDiaries. On Becca's recommendation (thank you Becca!!), I based it on the RSV surveillance log from the maternal RSV study. I have created and attached the initial draft based on the protocol and the Trialmanager user guide. If you note anything that should be added or removed, please send back with the document and tracked changes on (or highlighted so I can see the change), and explanation on why on the email body! That way I can solve any issues quickly!

If you all are fine with the new source and its good to be used for this study, I will finalize this study source.

Regards,

**Kathryn Weems**
Regulatory Coordinator
Ventavia Research Group

1307 8th Avenue

Suite 202

Ft. Worth, TX 76104

817.348.0228 Office

817.394.1901 eFax

6124 West Parker Rd

Suite 134

Plano, TX 75093

972-520-0003 Office

972-981-7749 Fax

1919 N Loop W

Suite 250, 280

Houston, TX 77008

832.831.5349 Office

346.335.1186 Fax



300 N Rufe Snow Drive

Keller, TX 76248

682.774.8013 Office

817.337.3224 Fax

1733 Precinct Line Road

Hurst, TX 76054

682.774.8013 Office

817.337.3224 Fax

**Notice:**

Ventavia Research Group, LLC. This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication or any associated attachments in error, please notify the sender immediately. Thank you in advance.

JSN0501

**C5691001**

# Weekly Subject COVID Symptom Review Log

Date of Vaccination 1: _____     Date of Vaccination 2: _____     **\*\*TrialMax reports are to be printed once page is completed\*\***

| Study Week | Site Team Date of Review | Initials of Reviewer | Any COVID Symptoms or events entered in eDiary? | | If no/incomplete data entered, subject was called, or if subject received any tests (NAAT, Rapid Antigen, molecular diagnostic), enter here. |
|---|---|---|---|---|---|
| | | | ▢ None<br>▢ A diagnosis of COVID-19<br>▢ Fever<br>▢ New or Increased Cough<br>▢ New or Increased shortness of breath<br>▢ Chills<br>▢ Any other respiratory symptom of concern | ▢ New or increased muscle pain<br>▢ New loss of taste/smell<br>▢ Sore Throat<br>▢ Diarrhea<br>▢ Vomiting | |
| | | | ▢ None<br>▢ A diagnosis of COVID-19<br>▢ Fever<br>▢ New or Increased Cough<br>▢ New or Increased shortness of breath<br>▢ Chills<br>▢ Any other respiratory symptom of concern | ▢ New or increased muscle pain<br>▢ New loss of taste/smell<br>▢ Sore Throat<br>▢ Diarrhea<br>▢ Vomiting | |
| | | | ▢ None<br>▢ A diagnosis of COVID-19<br>▢ Fever<br>▢ New or Increased Cough<br>▢ New or Increased shortness of breath<br>▢ Chills<br>▢ Any other respiratory symptom of concern | ▢ New or increased muscle pain<br>▢ New loss of taste/smell<br>▢ Sore Throat<br>▢ Diarrhea<br>▢ Vomiting | |
| | | | ▢ None<br>▢ A diagnosis of COVID-19<br>▢ Fever<br>▢ New or Increased Cough<br>▢ New or Increased shortness of breath<br>▢ Chills<br>▢ Any other respiratory symptom of concern | ▢ New or increased muscle pain<br>▢ New loss of taste/smell<br>▢ Sore Throat<br>▢ Diarrhea<br>▢ Vomiting | |
| | | | ▢ None<br>▢ A diagnosis of COVID-19<br>▢ Fever<br>▢ New or Increased Cough<br>▢ New or Increased shortness of breath<br>▢ Chills<br>▢ Any other respiratory symptom of concern | ▢ New or increased muscle pain<br>▢ New loss of taste/smell<br>▢ Sore Throat<br>▢ Diarrhea<br>▢ Vomiting | |

Date report was printed:  __ __/__ __ __/__ __ __ __       COVID-19 Symptom/Event Review Report Printed by: _____

Subject Initials/Number: __ __ __ / _____

Page ___ of ___

**C4591001**
# Weekly Subject COVID Symptom Review Log

Ensure that the Schedule of Activities are reviewed for the subject if they are confirmed to have COVID symptoms or events. During the 7 days following each vaccination, potential COVID-19 symptoms that overlap with solicited systemic events (ie, fever, chills, new or increased muscle pain, diarrhea, vomiting) should not trigger a potential COVID-19 illness visit unless, in the investigator's opinion, the clinical picture is more indicative of a possible COVID-19 illness than vaccine reactogenicity. Subjects will be prompted to report COVID-19 symptoms or events until Visit 6 is completed, in which the site will either collect the e-diary at this visit or assist the participant to delete the application. Use the comments below to address any other issues when filling out the COVID Symptom Review Log. This could include events such as:

- Subject is contacted by phone.
- Subject sent alert to site via e-mail.
- Potential COVID-19 Illness Visit is scheduled
- Potential COVID-19 Illness Visit is scheduled but not completed
- If any further information is collected from subject upon contact.
- Potential COVID-19 Illness Visit not scheduled; subject unable to complete visit (scheduling issue)
- Potential COVID-19 Illness Visit not scheduled – data entry error in eDiary (symptoms/event entered in error)
- PI determined that an assessment was not needed.

Additional notes (if applicable):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Subject Initials/Number: __ __ __ / _____

Version 1 17Jun2020
JSN0503

Ex. 28

**Daily Status Calls-Notes and Action Items**

<span style="color:red">9/17/2020 Action Items</span>

Kandy

- QC both unblinded logs at KEL and FW
- **Get ARL's screening visits canceled so Becca can immediately QC Keller**
- **Get Plano's visits handled by Precilia so Jill can immediately QC Keller**
- Check with William:
  - FDA training
  - Should HOU stop enrolling, ask William please
- Put a plan in place to schedule weekly touchpoints with your PI's
- Talk with JP
  - What did she mean that "Ventavia is going to get what's coming to them"?
    - Let he know how concerned Dr. B is about that
  - Go over Peppler's concerns-comments about being unhappy, unsupported, etc.
  - Go over professionalism, growth, examples that have been given
  - Have KB as a witness and make sure this convo is all documented and sent to us so we can make an informed decision (write up vs termination)

Marnie

- **Talk to Dr. Fuller about pausing enrollment**
- **Dana needs to help QC FW (we will push back novavax start a week or two, if needed, bc she will ask)**
- **JV needs to help QC FW**
- Get Mer out there when it's FDA ready
- Make sure both RD's set up a schedule to do weekly touchpoints with their PI's-oversee this

Brook

- Admin needs to be at desk at all times.  Get coverage for restroom and lunch breaks. No folders of W9's there (explain to Becky), make sure nothing else is in sight.
  - Go through FDA training (auditor walks in, ask for identification, etc.)
- Talk to Jen about how we are putting subject's safety at risk and get specifics and report back to us asap
- Let Koch know that we are pausing enrollment
- Get Mer out there when it's FDA ready
- Put a plan in place to schedule weekly touchpoints with your PI's

Olivia

- Call Chrystal to stop scheduling
- Cancel visit 1's after 11am today and the rest of the week and next week (FW and KEL)
- Put patients on the schedule after 9/28

<span style="color:red">9/16/2020 Action Items</span>

Mercedes

- Get references for Tiara
  - If good, then get a call with Medix

Brooke

- Make sure Keller and FW have the Firecrest amendment 6 training completed by this morning
- Speak to Jaz and have her go to Chrystal about communication with calling pts
- Speak to Jen Vasilio about overseeing Chrystal
- Continue to monitor recruitment efforts for FW and KEL-COVID

Marnie

- Call J.Valo and see what she wants, let her know when she has questions to come to Marnie first

Kandy

- Continue to monitor recruitment efforts for HOU-COVID

9/15/2020 Action Items

Kandy

- Focus on recruitment this week for HOU (Covid)
- Put the AZ issue in an email to all of us so we can come up with wording on how to respond to this
- Get hard confirmation from Univision about going live on Thursday
- Talk to Christine about sub-leasing contract
- Talk to Alma about going back to Burleson, work with Marnie/Brook about FW exit plan
- Talk to Jill about goal date of 9/21 for PM start, in the meantime, work with Dana on looking at checklists (tailoring it to fit mat rsv studies), PM job description, etc.
  - Get Precilia added to the other studies
- Talk to Cordy about Arlington (fast and furious, no mileage) vs Burleson (slower)
- Send Univision email statement to Katie Buchanan

Marnie/Brook

- Keep a close eye on Katie/Keller's enrollment numbers, she needs to continue to try and schedule the full 60 for the week.  If she's having a challenge with less CRC's, she needs to loop us in before Chrystal decides to stop scheduling patients.
- Work with Chrystal this week to get numbers up, check on CC list for 16 and 17 yr olds (or waiting list?)
- Focus on the recruitment this week for FW and KEL (Covid)
- Help with Alma exit plan

Mercedes

- Check with Kate on Amend. 6 ICF
- Give directive to sites and recruiters if we can start enrolling 16 and 17 yr olds

JSN0505

- ○ ICF IRB approved and received by sites
- ○ Amend 6 firecrest training completed
- Follow up with reg person about hours and schedule

Olivia

- Find Medix contract
- Find HOU lease

<span style="color:red">9/14/2020 Action Items</span>

Olivia

- Get with Katie about bamboo HR and salary info in the system
- Get with Katie about moving PI/Sub-I/Pre-screening physician onboarding to the RD's on the checklist (CV's, trainings, etc.)
- Run email by her

Kristi

- Call Pam about reaching out to the news stations in DFW
- Write up something generic for news stations

Kandy

- Let sites know to reach out to James/Burt when they need help filing so they can knock it out
- Identify a scanner
- Get Univision ad ran today
- Get in touch with Christine to see if Lizatte can call Syan Rhodes about a follow up story, and then all other HOU sites
- Stay on your SOM's to get the missing certifications, PI/SubI stuff done **this week**
- Talk to Christine about extending Tony's contract if he can
- Talk to Becca about staying in ARL for right now, and have her go to Dallas one day this week to QC

Marnie/Brook

- Can you have J. Valo work in GRA on Wednesday
- Get with Katie Buchanan to add J.Valo to timeco
- Jailyn-help email, make sure it was dealt with (with Jen Vasilo), please get Jailyn in a better place (documented games plan to get things distributed)
- Let sites know to reach out to James/Burt when they need help filing so they can knock it out
- Reach out to Jen Vasilo about Jerred's load and let him know about Katie Buchanan pulling him to work with her (newsletter, bamboo HR/timekeeping system, etc.)
- Identify a scanner
- Get with Angela about adding onboarding newhire for the next two weeks, OT approved if needed (submit to Marnie or Mer for approval??)
- Stay on your SOM's to get the missing certifications, PI/SubI stuff done **this week**

Mercedes

- 9/9-WEA, 9/12-DAL, 9/13-WEA, DAL, HOU-Pending Visits in CC
- Call Andrea back about raising the offer

9/11/2020 Action Items

Kandy

- Precillia review to Mer
- Tell Christine to make second interview rounds and narrow it down
- Talk to Mark about helping with reg

Marnie/Brook

- Get reviews to Mercedes (April, Kati D, Rebecca Mateos)
- Talk to Katie Benitez and Jen Vasilio about getting all EDC and internal queries done by EOB today or EOB tomorrow

Mercedes

- Work with Shannon to get freezer excursion reported to the sponsor
- Have Shannon talk to Dr. Pero about freezer being unplugged and moved, and the consequences it caused
- Have Shannon expense her hotel room
- Call DFW candidates
- Resend W9 email
- Send out email for mat rsv sites to send email when baby is born, RD, SOM's, etc.
- Send an offer to Kati D's referral and FW admin

9/10/2020 Action Items

Marnie/Brook

- Marnie to follow up with Kate Weems again, discuss her attitude and phone etiquette (conversation with Mercedes yesterday) find out what's going on with her- where's the "old happy Kate".
- Brook to reach out to Kate Weems to schedule one-on-one introduction and request Complion training- Brook will get a feel for what's going on with Kate as well.
- Stay on top of Chrystal today to ensure recruitment scheduling goals are being met, per Kristi's instruction and if not, what's her game plan:
  - This week- Houston 40, FW 60, Keller 60
  - Next week- Houston 100, FW 60, Keller 60
  - Following M-W- Houston 100, FW and Keller at least schedule 25 per day.
- Follow-up with Chrystal to see if they have reached out to other offices in the building to recruit.

Kandy

- QC MAT RSV charts in FW

- Continue reviewing resumes and will forward those recently reviewed to Kristi/Mercedes

Mercedes

- Follow-up with candidates (Lori/Kati D referral- will make offer)
- Shadow Angi and Alicia in Keller- review some of their charts

--------------------------------------------------------------------------------------------------------------------------


9/9/2020 Action Items


Mercedes

- Reach out to Katie Buchanan to get a job description to send to Anne as a Research Assistant
- Get with Angela to go through all maternal visits and see that they are being completed correctly
- Contact hospitals to see what we have to request to get the congenital heart screening document that has Pulse Ox on it
- Follow-up with maternal sites to get IMPALA updated

Marnie/Brooke

- Ensure the review that was completed with Anne yesterday was sent to Katie Buchanan for filing
- Speak with Anne about regulatory background
- Kandy review to Mercedes
- Reach out to Jen Vas to see if FW needs another mini fridge/-20 freezer for FW
- Talk to Jennifer Valo about maintenance Project Manager role- starting next week
  - Need to get with Dana on templates and checklists for the role
- Send email to project managers (Jennifer, Jill and Dana) reminding them to introduce themselves when reaching out for the first time, be kind
  - Role is to build a relationship between the sites
- Send out a company wide email regarding Project Managers
  - Dana over adult COVID
  - Jill over Maternal studies
  - Jennifer Valo over maintenance studies
- Send a shout out for Kati D enrolling 4 maternal patients yesterday

Kandy

- Create job description/step by step guide as to what makes a good Research Assistant
- Precilia review to Mercedes
- Jennifer Payne review to Mercedes
- Will look at resumes
- Get mini fridge and freezer from room 4 in FW to Arlington 2nd location
- Prioritize Becca on getting the job outlines for positions

- Reach out to Jill to see if she had
- Look for staff on Indeed, etc for the following openings
  - CRC for Plano, Arlington, RA (Arlington), Keller, FW
  - Recruiter for HOU
- Follow-up with FW to see if Thea hand cut was written up


## 9/8/2020 Action Items

Mercedes

- Send Dana the job description for the PM role for starting tomorrow, she needs to send a daily report everyday before she's done, create a checklist from the script, and SIV's should be first priority (by the 23rd or before), and if she can't get to the source she needs to wave the white flag so we can have Becca step in and do it.  Have convo with her about working from home and kid's distractions.
- Ask Marnie if she sent the SIP email.

Kandy

- Work on Univision thing
- Get reviews to Mercedes

## 9/4/2020 Action Items

Kandy

- Radio script/TV ad, send to K/M/O

Olivia

- Send VRG logos to Kandy

## 9/3/2020 Action Items

Mercedes

- Get Angela ready to go remote next week
- Get resume from Kati Dykes to call and interview

Marnie

- Let Kate know that writing emails or slacks about x, y, z is a time-waster and she is spinning her wheels. She is not in a position to be giving her opinion of what we should be doing as a company (take the study, don't take the study, site too busy, questioning why the owners are asking her to do a reg packet as a priority when the reg letter said it could be done in 10 days, etc.). Writing these long emails is taking time away from all the other stuff she should be doing and is super stressed about.  She is OOTO until Tuesday.
- Send an email company-wide looking for very strong CRC's and shout out to everyone about how we are building infrastructure, etc.

JSN0509

- Type up email regarding mileage
- Get with admins at each covid site about purchasing bins/baskets (make sure they look ok/nice) for bottled water and pre-packaged snacks to have available for patients during high enrolling study days (order everything online to always have available and in sight for patients)

Kandy

- Get with Christine to talk to Tran about the space (hire more staff, control employees better, not having to go up and down stairs to see patients,
- Send Telemundo pricing to us
- Get HOU ad to us today
- Talk to Christine about getting their OT under control once enrollment stops
- Have Jerred create a cheat sheet for all sites regarding saving an email in a pdf
- Tell Becca to keep her emotional feelings out of emails, try to stick to the facts
- Christina-review, need to get it ready, address the toll issue
- Talk to Jill about PM role and getting her moved over, also about making sure christina is being trained and shadowed

## 9/2/2020 Action Items

Mercedes

- Talk with William about his recommendations for QC employees
- Log into Firecrest to see if we have a radio ad already approved by Pfizer
- Talk to Haily, Elyza, and Jessica today so we can make a decision on Erin
- Oversee the Inv onboarding email
- Pending visits in CC in ARL the last couple of days
- Send an email chain to get status update at end of each day, how many they got to, etc.  Any glaring findings? Set an alarm.

Marnie

- Talk to JV to try and consolidate all her doc appts into one day, make sure she's clocking out for these appts-if it continues, let's loop Marisa and Mercedes in.  Document and give to KB for filing.
- Look at reviews and get a game plan
- Keep an eye on Anne's QC'ing, look at her chart that she has QC'd to check her work
- Review Kandy's SO verbal warning doc before submitting to K.Buch
- Look for KB's email and about certifications and Kate Weems email re: Inv onboarding

Kandy

- NTF for Keller temp log excursion
- Look at reviews and get a game plan
- Complete a SO verbal warning document re: Anne and have it reviewed by Marnie quickly
- Call HOU to see what is going on with the news spot
- Look for KB's email and about certifications Kate Weems email re: Inv onboarding

JSN0510

9/1/2020 Action Items

Kandy

- Look at resumes for CRC's for almost all sites

Kristi

- Email KB about setting up mediation session

Mercedes

- Tell Jen Vas to turn in verbal to KB, not have Niki sign

8/31/2020 Action Items

Olivia

- Reactivate HOU ad?

Mercedes

- Tell Erin we are still interviewing
- Pending visits in CC

Kandy

- Have Cordy do the first vaccine on the phone with her
- Dallas-IRB documentation emails
- Keller phlebotomist email-follow up with Katie (Cara Lopez-rate)
- Let Olivia know if we need to activate HOU ad tonight
- Help with Katie B email re: investigators

8/27/2020 Action Items

Mercedes

- Reach out to Erin re: medical records
- Go through Kate's email and reach out to Becca about source (Pfizer Mat RSV and COVID)
- Kate-OT approved, talk to her about training William
- Final interview/vet Erin McLeod, approval to hire for FW, 57k

Olivia

- Reach out to JV, DD re: new roles
- Send role email to Kandy to the chain
- Oversee covid-19 recruitment numbers while Kristi is out

Kandy

- Reach out to Christine, Lizatte, Jill re: new roles
- Go to sub-I mess of an email and handle Marnie's sites also
- Angi training for Pfizer mat rsv over the weekend

- Reach out to KB in KEL about EDC entry

<span style="color:red">8/26/2020 Action Items</span>

Mercedes

- Reply to email KEL about month to month lease
- Change in OM to always schedule PSSV's as early in the window as possible

Marnie

- Pending visits in CC-see Mer's email (DAL, ARL, HOU)
- Check on unblinded situation for KEL
- Work with Jen Vasilio about Saturday clinic for covid-19
- Need to make KEL and FW understand that in order to get the $500 stipend, they need to work whatever it takes (late nights and Sat clinics) to get close to their enrollment goal each week

Kandy

- Pending visits in CC-see Mer's email (DAL, ARL, HOU)
- Call Kate and ask her to resubmit PSF for COVID-19 (from CC) ASAP
  - IRB approved autoimmune diseases, incl T1 diabetes (but this is incorrect and needs to be removed)
- Work with Chrystal to figure out how to identify and contact any subjects we inadvertently PS failed bc of T1 diabetes and re-PS for scheduling

<span style="color:red">8/25/2020 Action Items</span>

Mercedes

- Call Deedra and offer ARL
- Get with Marnie and decide who needs to get added to Keller PSSV

Marnie

- JV-speak about racial comment, have a verbal coaching/mentoring moment (racial tendency and negative attitude towards leadership) (ex. Slave driver and "being illegal" vs undocumented)
- Get with Mer and decide who needs to get added to Keller PSSV
- Let Alma know that Mer will handle BUR tomorrow
- Get with your COVID sites and have them call and move up anyone who is scheduled past two weeks out, bc study might close
- Work with FW on getting more scheduled to get 60 this week, have Chrystal email Meagan and ask her to check the info@ven email every 24 hours and forward all participant emails each day (whenever Meagan plans to work (at night, mid-day, whatever).  If Chrystal or other recruiters need to login to get emails sooner, the password is Research1!
- **Be the VRG employee whisperer!!! haha**

Kandy

- Get with your COVID sites and have them call and move up anyone who is scheduled past two weeks out, bc study might close
- Work with JP on SAE narrative

<span style="color:red">8/24/2020 Action Items</span>

Kristi

- Task Becca with calling healthcare facilities surrounding KEL, FW, HOU for reaching out to their employees about the study, all school districts (for their employees), churches, daycare employees

Mercedes

- Make sure KEL schedules PSSV this morning (make sure to tell them to mention access to minorities and healthcare workers)
- Call Arturo to speak on behalf of FW and KEL and minorities
- Pending visits in CC Aug 20th

Olivia

- Boost old HOU ad on FB
- Do HOU ad again for CRC

Marnie

- Check on PSSV time today for Novavax (make sure to mention access to minorities and healthcare workers), grab JV or Angela for any VRG specific questions
- Offer the $500 weekly stipend to all FW clinic employees willing to work OT/Sat clinics to get these 60 in, manager needs to collect the employees' names and submit these stipends to payroll at each run, cc Kristi, Olivia, Mercedes, so payroll knows its legit
- Thea-speak to her about urgent matters, she should have told us RIGHT way, we could have had all weekend to schedule and plan for this week.  This is a HUGE deal. Verbal warning. Now we might have lost 20 pts for this week.  This was hundreds of thousands of dollars on the line. If she emailed it on Friday, the email needs to be forwarded to us.
- Get Janssen game plan going for season 2 participants (49 pts, 3 hours visits, starting Sep 7th?)
- Let your sites know, anything that would be printed and put in hard reg binder, needs to be uploaded to Complion
- Pending visits in CC Aug 20th

Kandy

- Find another HOU CRC
- Send over recent onboard lists
- Speak with Alma about helping in FW until we have someone else hired
- Get on Dallas/Arlington email to figure out sub-I signatures
- Let your sites know, anything that would be printed and put in hard reg binder, needs to be uploaded to Complion

- COVID 1001 DOA log updates-HOU
- Pending visits in CC Aug 20th

<span style="color:red">8/21/2020 Action Items</span>

Kristi

- Send email out to all remotes to see if they need a new scanner

Olivia

- Amend Indeed ad to include ARL
- Send email to JV with updates

Marnie

- Go read Olivia's Becca email carefully

Kandy

- Order the drop-down desks
- Get with all sites about ordering scanners
- Work with Shannon on sending PD's to the IRB, and creating a dummy chart
- Talk to Christine
  - Turn in the $1000 bonuses to payroll each payroll week and she can cc Kristi/Olivia/Mercedes so payroll knows it's legit
  - See about putting someone in Tran's office to get more covid pts scheduled
  - Work on messaging and over scheduling to compensate for huge no shows
  - Call Garza's pts who have appts to see if they want to come to VRG after for an appt
  - Lottery thing
  - Offer pizza
  - Order the fridge

<span style="color:red">8/20/2020 Action Items</span>

Kandy

- Call HOU RD to see if interested in contract QC position, get rate, ask about travel to DFW if she were to get the RD position
- Get HOU to create a schedule for COVID enrollment
- Create a site plan to recognize holes

Marnie

- Get office organized, get desk setup-bring in Angela's son to help with all of this
- Create a site plan to recognize holes
- Speak to Katie about overseeing both sites for a few weeks

Mercedes

- Get Brook's offer out

8/19/2020 Action Items

Kristi & Olivia

- Speak with Becca about new role

Kandy

- Find an employee to hire to upload Complion for COVID-19
- Find or delegate someone to find a high-speed/high volume scanner to purchase for sites that need it
- Finish write up and send to everyone for review
- Get with HOU regarding 5 pending visits in CC from 8/17

8/18/2020 Action Items

Mercedes

- Pending visits in CC since 8/12.  Yesterday, there are still 25 pending visits. If sites do not know how to complete these, reach out to Angela for guidance.
- Think about Regional Director vs Support Specialist title, and who, internally, would be a good fit

Marnie

- Talk to your COVID sites
  - o As soon as they have a no show, call the recruiter and tell them to fill the spot
  - o Schedule 20 Mon and 20 Tues, and 8 pts for Wed (in case recruitment cannot replace N/S's on Mon/Tues) If we hit our 40 by Tues, then move Wed's 8 pts to the following week.
  - o Pull up CC and account how many are short
- Pending visits in CC since 8/12.  Yesterday, there are still 25 pending visits. If sites do not know how to complete these, reach out to Angela for guidance.
- Talk to Jennifer Vasscilio about possibly going to HOU
- Talk to maternal calls, on call phones need to be with them at all times.  Mom's are starting to deliver.  Patients, staff, doctors are to ONLY call on call phone. Not personal phones!
- Follow up with newhire (Angi's friend—can't remember her name)
- Think about Regional Director vs Support Specialist title, and who, internally, would be a good fit

Kandy

- Talk to your COVID sites
  - o As soon as they have a no show, call the recruiter and tell them to fill the spot
  - o Schedule 20 Mon and 20 Tues, and 8 pts for Wed (in case recruitment cannot replace N/S's on Mon/Tues) If we hit our 40 by Tues, then move Wed's 8 pts to the following week.
  - o Pull up CC and account how many are short
- Pending visits in CC since 8/12.  Yesterday, there are still 25 pending visits. If sites do not know how to complete these, reach out to Angela for guidance.

- Talk to maternal calls, on call phones need to be with them at all times.  Mom's are starting to deliver.  Patients, staff, doctors are to ONLY call on call phone. Not personal phones!
- Think about Regional Director vs Support Specialist title, and who, internally, would be a good fit

8/17/2020 Action Items

Mercedes

- Confirm with Pfizer about what constitutes a week, can we get a head start on a Friday (as long as we don't go over 40 the following week), what is the window of IP
- Confirm with Pfizer that time IP needs to stay out and give proper directive to Marnie and Kandy, so they can let their unblinded staff know
- Find Olivia's email and get a plan for VRG, send to Kristi/Olivia
- Find Olivia's email and get a response back to Pfizer, cc Kristi/Olivia
- CC-visits still pending from the 7th, and maybe earlier.  That's just the last day I finally stopped checking.
- Get Burt's help to get the laptops set up in FW

Marnie

- Go over reconsent ICF process at all sites, not the admin's responsibility.  The lead needs to manage this.  She can assign the admin to put the ICF in the chart, but the admin realistically has no idea if a new consent has arrived.
- Find Olivia's email and get a plan for VRG, send to Kristi/Olivia
- Find Olivia's email and get a response back to Pfizer, cc Kristi/Olivia
- CC-visits still pending from the 7th, and maybe earlier.  That's just the last day I finally stopped checking.
- Let your SOM's know that sometimes we need to use kindness to deal with difficult patients (purchase lunch, a coffee, small gift card, apologize, etc.)  Make it right when they are in the office, don't wait until they leave upset and go write reviews or report us to the IRB, FDA. Customer service is everything.

Kandy

- Find Olivia's email and get a plan for VRG, send to Kristi/Olivia
- Find Olivia's email and get a response back to Pfizer, cc Kristi/Olivia
- CC-visits still pending from the 7th, and maybe earlier.  That's just the last day I finally stopped checking.
- Let your SOM's know that sometimes we need to use kindness to deal with difficult patients (purchase lunch, a coffee, small gift card, apologize, etc.)  Make it right when they are in the office, don't wait until they leave upset and go write reviews or report us to the IRB, FDA. Customer service is everything.
- Get Dallas set up so Christina can go over and help ARL a couple of days a week

8/14/2020 Action Items

Olivia

- Check on FB commenting
- Clinical Conductor
  - Send instructions on how to pull visit statuses in CC

Mercedes

- Go over ediary issue with Kandy onsite in FW
- Offer OT to anyone who can come in and get things caught up on Sat

Marnie

- ~~Cordy send all logs to KD to verify it's correct~~
- Katie
  - Make sure they know to get their 64 in next week since they have no usable drug right now (24 leftover from this week and then the new 40 next week)
- Dana
  - Discuss scheduling friends or couples together, then take away the other spot.  For example: 9 and 10 appt can turn into 2 at 9am and 0 at 10am
- Becca-stern talking to about the behavior, she needs to be acting as a mentor at any site, never singling or excluding people, remaining in KEL for COVID pts
- Nika
  - Move her to GV as soon as the new lady is ready to go on her own
- Make sure all sites have same complion plan in place for KEL, HOU, and FW
  - Initial and dating any blanks as everything might have already been uploaded
  - Have all sites give an update by EOB
  - Tomorrow needs to be worked to get everything caught up
- Offer OT to anyone who can come in and get things caught up on Sat

Kandy

- ~~Look over KEL's logs to ensure it's correct~~
- Make sure HOU has same complion plan in place as KEL and FW
  - Initial and dating any blanks as everything might have already been uploaded
  - Have all sites give an update by EOB
  - Tomorrow needs to be worked to get everything caught up
- Offer OT to anyone who can come in and get things caught up on Sat

## 8/13/2020 Action Items

Kristi

- Reach out to Kandy if you haven't received the GSK Mat recruitment email by EOB
- Dig around CC to track recruiters' record
  - Recruiters calling out vs taking incoming calls

Olivia

- FW recruiters
  - Take ad down

- HOU Staffing
  - Take the ad down for CRC
  - Keep ad for recruiter

Mercedes

- Get in touch with Arturo to check on Keller's IP
- Talk to JV
  - First round of interviews, give her specific questions to weed out, forward her any contenders from Indeed
  - Respect she needs to work remote
  - Help with WEA or maternal trainings as needed
  - Get Nikki trained on medical records ASAP, so she can start taking over next week
  - Still remain MR backup
  - Start assisting with source creation and PSF review/approval
  - Mercedes will also see what things you can assist her with
  - I really think there was more—but you will need to ask Mercedes to see what we are missing

Marnie

- Email ALL SITES for ALL VISITS:  DO NOT LEAVE THE ROOM UNTIL SOURCE IS COMPLETE-Send email, write up if caught, FDA auditor will walk through the door at any second, high profile study, but this needs to be the standard for ALL STUDIES/ALL VISITS, no exceptions
- Check Clinical Conductor still pending visits for all sites
- Remind sites about drug waste
- Reminder (if needed), they have spent the last 6 months with coordinators MAYBE seeing one or two patients a week, yes it's busy, but come on now
- Talk to your sites about capturing race in CC when a patient comes in-mass email is fine
- Talk to Dr. Robbins about above issue, per Mer's email
- Talk to Angi, Becca, Nika, Cordy, etc, regarding gossip issue-replay she has been hired as an SOM for Dallas, she is training in KEL, they need to take her under her wing and mentor her
- Talk to Nika/Cordy about 3 pts she turned down, remind Cordy she can't make decisions without running them through Katie
- Get Katie back in Keller to manage COVID trial, find coverage for Grapevine
- Dana
  - Remind her about Nikki and the medical records
  - Pull Linda from lab and assign someone else
  - GSK MAT ICF issue email, possible trust issues with Linda and Jailyn
- Run complion upload by Kate and Mercedes, then give directive to site
- Chrystal-make sure FW gets the rest of their covid pts scheduled for the week

Kandy

- Talk to Christine
  - Create a same day list of patients to be "on call" for covid visits

JSN0518

- GSK Recruitment Plans-questions-send to Kristi
- Send email that Spanish translator doesn't have to be on the DOA Log so sites are aware
- Check Clinical Conductor still pending visits for all sites
- Remind sites about drug waste
- Reminder (if needed), they have spent the last 6 months with coordinators MAYBE seeing one or two patients a week, yes it's busy, but come on now
- F/U with HOU regarding COI for Tran

<span style="color:red">8/12/2020 Action Items</span>

Kristi

- Send Jasmine resume to Katie Buchanan

Marnie

- Talk to JV
  - First round of interviews, give her specific questions to weed out, forward her any contenders from Indeed
  - Respect she needs to work remote
  - Help with WEA or maternal trainings as needed
  - Get Nikki trained on medical records ASAP, so she can start taking over next week
  - Still remain MR backup
  - Start assisting with source creation and PSF review/approval
  - Mercedes will also see what things you can assist her with
  - I really think there was more—but you will need to ask Mercedes to see what we are missing
- Talk to your sites about capturing race in CC when a patient comes in
- Dana
  - Remind her about Nikki and the medical records
  - Make sure Nadia is being utilized to full potential
  - **All COVID sites need to have a QC station prior to uploading into Complion (Alma)**
- Direct sites to do easier process for complion upload
- Watch Thea like a hawk

Kandy

- Talk to KEL and HOU about ediary issue
- **NIKA/ANNE:  All COVID sites need to have a QC station prior to uploading into Complion**
- Direct sites to do easier process for complion upload
- Watch Thea like a hawk
- Call James if you have not talked to him already about EDC (214 208 0320)
- Complete CAPA for FW

<span style="color:red">8/11/2020 Action Items</span>

Mercedes

- Call Arturo to confirm that drug received for KEL this week, can be utilized this week
- Make sure Angie sends resumes over

Marnie

- Cordy
  - Check in on her, see if there is another unblinded that can replace her so she can get back to recruiting
- Talk to Nika
  - Get Anne on the phones today, along with Alaina (do not pull them off the phones)
  - Check on drug
  - Make sure they are knocking out new drug in 2.5 days (16/16/8)
  - Make sure Katie is in Grapevine on Fri afternoon, so get help from someone else if needed
  - Look at schedule ad drug, day by day and confirm if you need the additional help.  If not, then please don't pull them (Alma, Becca, Kati D, etc.)
  - Go over ediary issue/falsifying data, etc.
- Talk to Becca
  - Help create the schedule for KEL COVID
- Talk to Dana
  - Go over Mer's email re: COVID scheduling
  - Look at schedule ad drug, day by day and confirm if you need the additional help.  If not, then please don't pull them
  - Go over ediary issue/falsifying data, etc.
- Chrystal
  - Tell her to change the visit time to 2 to 2.5 hours
  - She needs to train recruiters to start capturing race in CC
- Talk to JV
  - First round of interviews, give her specific questions to weed out, forward her any contenders from Indeed
- Talk to your sites about capturing race in CC when a patient comes in

Kandy

- Nikki-make sure unblinded for COVID (to free up Jailyn to see maternal pts), blinded for all maternal/pedi, eventual training on Medical Records
- Talk to Nadia (with Marnie)-can we get Nadia switched to onboarding/admin duties/take tasks over from Katie Buchanan for the next couple of months until Dana can take it back over.  If she is, then please facilitate the process between KB and NM and the FW site to get this started.
- Talk to Christine
  - About the Complion upload station
  - Go over ediary issue/falsifying data, etc.
- Talk to your sites about capturing race in CC when a patient comes in

8/10/2020 Action Items

Olivia

- Hiring-Indeed Ads-Tweak to add the following
  - HOU-CRC, FW-CRC, KEL-2 CRC, 3-5 years' experience

Mercedes

- Get resume for Decatur for possible cord blood pickup and maybe CRC assisting if KD friend does not work out
- Interview Eddie
- Get Lorena onboarded for PRN calling/scheduling and cord blood pickup
- Draft up mat rsv deviation response

Marnie

- Get resume over from Kati Dykes-possible CRC asst
- Call Nika/Katie:
  - Anne needs to focus on scanning into Complion as much as possible this morning
  - Need to start scheduling starting Tues afternoon for new covid pts
- Call FW:
  - Get a game plan in place to get Complion caught up in EOB today
  - Move patients within their window to fit more COVID pts
  - Let Dana know Mer needs to know when they have a pedi blood draw due to so many deviations, so she can go up and draw
- Call Jennifer Valo that she needs to be in FW the rest of the week
- Call Chrystal and:
  - Direct John to call for KEL
  - Cordy cannot be responsible for KEL recruitment right now
  - Tell her OT is approved for nights and weekends so we can get spots filled
  - Let her know Shannon (anyone else), must call AND schedule
  - If newbies have questions, put them on hold and ask a seasoned employee, bc everyone needs to be trained and, on the phones, as soon as they can

Kandy

- Call Shannon and have her help call for COVID sites
- Follow up with Ashley-would she be a better fit in FW long term?
- Jasmine follow up
- Make sure Niki is trained on unblinded for COVID (to free up Jailyn), medical records and blood draws for maternal studies, train others on blood draws on pedis

JSN0521

Ex. 29

12:39



MF

Marnie ›

Shoot, I don't have that invite.                    7:59 AM

I'll fwd it, and see about a other laptop
for you                                             8:00 AM

Tue, Sep 15, 7:32 AM

Good morning, did Keller still need help
with scanning again today? Were u able          7:32 AM
to get through much?

I didn't get one thing scanned. Katie
handed me 5 charts that were
"urgently" needed by Sponsor and  not            7:52 AM
one had been QC'd.

Oh! Okay. FW is behind in QC now. Do u
want to go back to Keller to help scan
and I can QC in FW? Or which would you           7:54 AM
prefer?

I feel like either one is a trap 😂          7:55 AM

I will go to either.                             7:56 AM



Lol right. I will go to FW since I need to
take the binders I picked up from
Weatherford and then we can do our              7:59 AM
regulatory call at 1230 by zoom

Should we review reg processes before
hiring?                                          8:35 AM

Text Message