AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. BROOK JACKSON,<br><br>*Plaintiff(s)*<br>v.<br>VENTAVIA RESEARCH GROUP, LLC;<br>PFIZER INC.; ICON PLC,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:21-cv-00008-MJT<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PFIZER INC.
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert E. Barnes
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   02/22/2022    /s/ David A. O'Toole

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 1:21-CV-00008-MJT

Plaintiff:
**United States of America ex rel. Brook Jackson**
vs.
Defendant:
**Ventavia Research Group, LLC; Pfizer, Inc.; Icon PLC**

For: Barnes Law

Received by <u>Caleb Malone</u> on the 1st day of March, 2022 at 3:54 pm to be served on Pfizer, Inc. by serving its Registered Agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Dallas County, TX 75201. I, <u>Caleb Malone</u>, being duly sworn, depose and say that on the __2__ day of __March__, 20__22__ at __10:40 A__.m., executed service by delivering a true copy of the **Summons in a Civil Action, Relator Brook Jackson's Original Complaint, Relator Brook Jackson's Amended Complaint, Exhibits 1-10, Exhibits 11-19, and Exhibits 20-29** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering a true copy of the listed documents with the date and hour of service endorsed thereon by me, to: __Terri Thongsavat__ as Authorized Agent for CT Corporation System at <u>1999 Bryan Street, Suite 900, Dallas, TX 75201</u>, and informed said person of the contents therein, in compliance with state statutes.

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS:—

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the __2__ day of __March__ __2022__ by the affiant who is personally known to me.

__Bet Pall__
NOTARY PUBLIC



BETHANY PALLISTER
Notary Public, State of Texas
Comm. Expires 06-01-2024
Notary ID 129009133

PROCESS SERVER # __PSC1574 exp 12/31/23__
Appointed in accordance with State Statutes

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2022001866
Ref: USA v.Ventavia Research Group, et al.