IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *Ex rel.* Brook Jackson, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:21-cv-00008-MJT |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC, | § § § § | |
| Defendants. | § § | |

### DEFENDANT, PFIZER INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant, Pfizer Inc. provides the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

1. *Parent Corporation.* Pfizer Inc. has no parent corporation.

2. *Publicly Held Companies Owning Ten Percent (10%) or More of Stock.* No publicly held company owns ten percent or more of Pfizer Inc. stock.

Date: March 18th, 2022.

                                                  Respectfully submitted,

                                                  **MOORE LANDREY, LLP**

By:    */s/Tommy L. Yeates*
       Tommy L. Yeates
       State Bar No. 22151100
       905 Orleans Street
       Beaumont, Texas 77701
       Telephone: (409) 835-3891
       Facsimile: (409) 835-2707
       tyeates@moorelandrey.com

       ATTORNEYS FOR DEFENDANT,
       PFIZER INC.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed using the CM/ECF system, which will automatically send electronic mail notifications to all attorneys presently of record, and which will permit viewing and downloading of the same from the ECF system.

                                                                                 */s/Tommy L. Yeates*
                                                                                  Tommy L. Yeates