IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  *Ex rel.* Brook Jackson,  　　　Plaintiff,  v.  VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,  　　　Defendants. | §§§§§§§§§§§§§ Civil Action No. 1:21-cv-00008-MJT |

### DEFENDANT, PFIZER INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant, Pfizer Inc. provides the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

1. *Parent Corporation.* Pfizer Inc. has no parent corporation.

2. *Publicly Held Companies Owning Ten Percent (10%) or More of Stock.* No publicly held company owns ten percent or more of Pfizer Inc. stock.

Date: March 18th, 2022.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**MOORE LANDREY, LLP**

　　　　　　　　　　　By:　　*/s/Tommy L. Yeates*
　　　　　　　　　　　　　　　Tommy L. Yeates
　　　　　　　　　　　　　　　State Bar No. 22151100
　　　　　　　　　　　　　　　905 Orleans Street
　　　　　　　　　　　　　　　Beaumont, Texas 77701
　　　　　　　　　　　　　　　Telephone: (409) 835-3891
　　　　　　　　　　　　　　　Facsimile: (409) 835-2707
　　　　　　　　　　　　　　　tyeates@moorelandrey.com

　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT,
　　　　　　　　　　　　　　　PFIZER INC.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed using the CM/ECF system, which will automatically send electronic mail notifications to all attorneys presently of record, and which will permit viewing and downloading of the same from the ECF system.

                                          */s/Tommy L. Yeates*
                                          Tommy L. Yeates