AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BROOK JACKSON,<br><br>*Plaintiff(s)*<br>v.<br>VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-00008-MJT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ICON PLC
South County Business Park
Leopardstown
Dublin 18, Ireland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert E. Barnes
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  02/22/2022

*Signature of Clerk or Deputy Clerk*



**Plaintiff**
UNITED STATES OF AMERICA EX REL. BROOK JACKSON

vs

**Defendant**
VENTAVIA RESEARCH GROUP, LLC, ET AL

UNITED STATES DISTRICT
COURT, EASTERN DISTRICT
OF TEXAS

DOCKET NO. 1:21-CV-00008-MJT

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Person to be served: ICON PLC

Address:
SOUTH COUNTRY BUSINESS PARK,
LEOPARDSTOWN, DUBLIN 18
IRELAND

Attorney:
BARNES LAW, LLP
700 S. FLOWER STREET SUITE 1000
LOS ANGELES CA 90017

Papers Served:
SUMMONS, RELATOR BROOK JACKSON'S ORIGINAL COMPLAINT, RELATOR BROOK JACKSON'S AMENDED COMPLAINT, EXHIBITS

**Service Data:**

Served Successfully __X__  Not Served _____  Date: March 16, 2022  Time: 01:11PM  Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 18 years of age residing therein at place of abode.

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

BRANDEN FLANAGAN

AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF THE CORPORATION.

**Description of Person Accepting Service:**

Age: 36   Height: 5'8   Weight: 180   Hair: RED   Sex: MALE   Race: CAUC

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____   Date _____   Time _____
                                Date _____   Time _____
                                Date _____   Time _____
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this
22nd day of March 2022

_____
Notary Signature

Notarized by me this
22nd March 2022
Sonya Bye notary public
Commissioned for life

I, MICHAEL GIBBONS, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Michael Gibbons   22nd March 2022
Signature of Process Server   Date

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   565857
File No.   1:21-CV-00008-MJT