UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 1:21-cv-00008-MJT

Name of party requesting extension: ICON PLC

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 03/16/2022

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other 60 days

New Deadline Date: 6/6/2022   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Scott L. Davis

State Bar No.: 05547030

Firm Name: HUSCH BLACKWELL LLP

Address: 1900 N. Pearl St., Suite 1800
Dallas, TX 75201

Phone: (214) 999-6184

Fax: (214) 999-6170

Email: scott.davis@huschblackwell.com

A certificate of conference does not need to be filed with this unopposed application.

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                                */s/ Scott L. Davis*
                                                Scott L. Davis