IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex. rel.* **Brook Jackson,** | § § § § | Case No. 1:21-cv-00008-MJT |
| **Plaintiff,** | § § | |
| v. | § § | |
| **VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,** | § § § | |
| **Defendants.** | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANT ICON PLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 6**

Before the Court is Defendant ICON PLC's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint. After considering the motion, the Court has concluded that the motion should be granted.

It is therefore ORDERED that Defendant ADB Companies, Inc.'s Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint is GRANTED and the extension is granted until and including June 6, 2022.