**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **Case No. 1:21-cv-00008-MJT** |
| *ex. rel.* **Brook Jackson,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **VENTAVIA RESEARCH GROUP, LLC;** | § | |
| **PFIZER INC.; ICON PLC,** | § | |
| | § | |
| **Defendants.** | § | |

**[PROPOSED] ORDER GRANTING DEFENDANT ICON PLC'S UNOPPOSED
MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE RULE 6**

Before the Court is Defendant ICON PLC's Unopposed Motion to Extend Time to

Answer or Otherwise Respond to Plaintiff's Complaint.  After considering the motion, the Court

has concluded that the motion should be granted.

It is therefore ORDERED that Defendant ICON PLC's Unopposed Motion to Extend

Time to Answer or Otherwise Respond to Plaintiff's Complaint is GRANTED and the extension

is granted until and including June 6, 2022.

1