# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. Brook Jackson,<br><br>                Plaintiff,<br><br>v.<br><br>VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,<br><br>                Defendants. | Case No. 1:21-cv-00008-MJT<br><br>Hon. Michael J. Truncale |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ICON plc declares that it has no parent corporation and that no publicly traded corporation currently owns 10% or more of its stock.

Dated: April 11, 2022

                                              By: */s/ Scott L. Davis*

Scott L. Davis
HUSCH BLACKWELL LLP
1900 N. Pearl St., Suite 1800
Dallas, TX 75201
(214) 999-6100

Tammy L. Roy (*pro hac vice pending*)
Elai Katz (*pro hac vice pending*)
Peter J. Linken (*pro hac vice pending*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

*Counsel for Defendant ICON plc*