# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel*. Brook Jackson,<br><br>     Plaintiff,<br><br> v.<br><br>VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,<br><br>     Defendants. | Case No. 1:21-cv-00008-MJT<br><br>Hon. Michael J. Truncale |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney enters her appearance as counsel for Defendant ICON plc in the above referenced cause.  Please serve Jennifer N. Hinds with all future notices and any other documents filed or served in connection with this matter at the address provided below.

     Respectfully submitted,

     HUSCH BLACKWELL LLP


     /s/ Jennifer N. Hinds
     Jennifer N. Hinds (TX SB# 24120441)
     jennifer.hinds@huschblackwell.com
     300 South Grand, Suite 1500
     Los Angeles, CA 90071
     Telephone: (213) 337-6550
     Facsimile: (213) 999-6551

     ATTORNEYS FOR DEFENDANT
     ICON PLC

**NOTICE OF APPEARANCE – Page 1**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of April 2022, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

*/s/ Jennifer N. Hinds*
Jennifer N. Hinds

**NOTICE OF APPEARANCE – Page 2**