UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON, PLC <br><br> Defendants. | Civil Action No.: 1:21-cv-00008-MJT |

## ORDER REGARDING BRIEFING SCHEDULE

Upon consideration of the Parties' Joint Motion Regarding Briefing Schedule, and the entire record, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendants' deadlines to answer or otherwise respond is extended until June 6, 2022, and the following due dates apply to briefing regarding Defendants' motions to dismiss Relator's First Amended Complaint:

| | |
|---|---|
| Motions to Dismiss: | June 6, 2022 |
| Opposition to Motions to Dismiss: | August 6, 2022 |
| Reply in Support of Motions to Dismiss: | September 6, 2022 |