# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Ex rel.* Brook Jackson,<br><br>    Plaintiff,<br><br>v.<br><br>VENTAVIA RESEARCH GROUP,<br>LLC; PFIZER INC,; ICON PLC,<br><br>    Defendants. | § § § § § § § § § § § § | CASE NO. 1:21-CV-00008-MJT<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney enters her appearance as counsel for Pfizer Inc. in the above-referenced cause. Please serve Meagan Dyer Self with all future notices and any other documents filed or served in connections with this matter at the address provided below.

Dated: April 18, 2022

    Respectfully submitted,

*s/ Meagan Dyer Self*
Meagan Dyer Self
Texas Bar No. 24078453
DLA Piper LLP (US)
1900 N. Pearle St., Suite 2200
Dallas, TX 75201
Telephone:  (214) 743-4500
Facsimile:   (214) 743-4545
Meagan.Self@us.dlapiper.com

*Attorneys for Pfizer Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April 2022, I caused to be served a true and correct copy of the foregoing upon all counsel of record via the Court's electronic notification systems.

*/s/ Meagan Dyer Self*
Meagan Dyer Self
