Revised: 9/3/2015

**APPROVED**
*By Belinda Saenz at 11:03 am, Apr 18, 2022*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Beaumont   DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 1:21-cv-00008-MJT
Style/Parties: USA ex rel. Brook Jackson vs. Ventavia Research Group, LLC et al.
2. Applicant is representing the following party/ies: Pfizer Inc.
3. Applicant was admitted to practice in DC (state) on 2009 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⦿has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⦿has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⦿has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.  **NONE**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
See Attached
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Carlton Wessel do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date March 4, 2022     Signature /s/ Carlton Wessel     (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Carlton Wessel
Bar Number /State 985657 / District of Columbia
Firm Name: DLA Piper LLP (US)
Address/P.O. Box: 500 8th St NW
City/State/Zip: Washington, DC  20004
Telephone #: (202) 799-4000
Fax #: (202) 799-5000
E-mail Address: carlton.wessel@us.dlapiper.com
Secondary E-Mail Address: elva.barriteau@us.dlapiper.com

This application has been approved for the court on: __4/18/22__

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _____[signature]_____
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once
approved, the clerk will email to you your new Login and  Password so that you will be able to
electronically file your application and pay the $100 fee on  line. If you already have a login and
password, you will still need to wait for approval email  from the clerk before filing your
electronic application.  For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

Email Application

Carlton Wessel
DC Bar No. 985657

| Jurisdiction | Bar No. | Year Admitted |
|---|---|---|
| New York Bar | 5534037 | 2017 |
| DC Bar | 985657 | 2009 |
| New Jersey Bar | 044061987 | 1987 |
| Massachusetts | 554113 | 1989 |
| Pennsylvania Bar | 51772 | 1988 [currently inactive] |
| Circuit Courts of Appeals – 3d Cir. | | 1990 |
| Federal District Courts, NJ | | 1987 |