# EXHIBIT B

| | | |
|---|---|---|
| **Pfizer** Pfizer Inc<br>(800) 666-7248, option 8 | | PAGE: 1 OF 1<br>DOC. TYPE: INVOICE<br>DOC. #: DECEMBER2020<br>DOC. DATE: 12/31/2020 |

| | | |
|---|---|---|
| MONTHLY BILLING FOR: December 2020 | United States Government - CDC - COVID Base Agreement #: 2020-532<br>United States Government - CDC - COVID Project Agreement #: 2011-003 | |
| CUSTOMER #: 3000467622<br>PAYER #: 3000467622<br>SHIP TO #: 1000002025 | SALES REP<br>**US07** | SHIPPING TERMS:<br>**FOB DESTINATION** |

BILLED TO OR CREDITED TO
**ADVANCED TECHNOLOGY INTERNATIONAL**
**ATTN: ACCOUNTS PAYABLE**
           **CONTRACTS ADMIN**
**315 SIGMA DR**
**SUMMERVILLE SC   29486-7790**

| NDC | DESCRIPTION | QUANTITY | PRICE | AMOUNT USD |
|---|---|---|---|---|
| 59267-1000-2 | PFE-BNT 0.5MG/ML COVIDVX 195X2ML GVL EUA | 7,699,575 DS | 19.50/DS | 150,141,712.50 |
| 59267-1000-2 | PFE-BNT 0.5MG/ML COVIDVX 195X2ML GVL EUA | -15 DS | 19.50/DS | -292.50 |
| 11111-006-02 | SOD CHL 0.9% 18MG/2ML SSOL 8X25 SDV | 7,901 EA | 500.00/EA | 3,950,500.00 |

Represents 7,699,560 doses for the month of December, 2020, for a total cumulative milestone of 7,699,560 Doses to date.

==I certify that the amounts invoiced are for costs incurred in accordance with the agreement, the work reflected has been performed, and prior payment has not been received.==

Authorized Signature _____

| | |
|---|---|
| **SUBJECT TO CONDITIONS   NET 30 Days**<br>**PLEASE PAY TOTAL BY 01/30/2021** | **TOTAL** USD<br>****154,091,920.00 |

PLEASE DIRECT ORDERS or INQUIRIES TO:
1-800-666-7248, option 8

DIRECT PAYMENT INQUIRIES TO:
1.888.284.8140 Phone/ 484.323.1985 Fax

PLEASE SEND PAYMENT AND REMITTANCE TO:

Pfizer Inc.
P.O. Box 100539
ATLANTA GA   30384-0539

PLEASE INCLUDE YOUR INVOICE NUMBER ON YOUR REMITTANCE

| Customer Name: ADVANCED TECHNOLOGY INTERNATIONAL | Payer: 3000467622 | Doc. #: DECEMBER2020 | DOC TYPE: INVOICE<br>Doc. Date: 12/31/2020 |
|---|---|---|---|
| Amount  Enclosed:  $_____ | | | |