# EXHIBIT D

| | |
|---|---|
| **From:** | CBER OCOD Consumer Account |
| **To:** | brookjackson04@gmail.com |
| **Subject:** | 47742, FW: ATTN: Laura Re: Pfizer C4591001 Patient Safety Report |
| **Date:** | Friday, September 25, 2020 12:34:18 PM |
| **Attachments:** | image001.png image002.png image003.png image004.png image005.png image006.png |

Dear Ms. Jackson:

Thank you for contacting the Food and Drug Administration's (FDA) Center for Biologics Evaluation and Research (CBER), regarding your concerns with a Pfizer COVID-19 vaccine clinical trial. CBER, one of seven centers within the Food and Drug Administration (FDA), is responsible for the regulation of many biologically-derived products, including blood intended for transfusion, blood components and derivatives, vaccines, allergenic extracts, and cell, tissue and gene therapy products. We hope the following information will be helpful.

The information you provided was forwarded to the appropriate compliance individuals within CBER. Should there be the need for follow up on the information you provided, someone may contact you to obtain further information.

Please know that once your complaint/concerns are submitted, we are not able to comment on the progress of any investigation that may take place as a result. If an investigation is conducted, you may be able to obtain copies of the completed investigational report by submitting a Freedom of Information Act (FOIA) request to FDA. When submitting a FOIA request, please be as specific as possible with your request, specifying exactly the information that you would like to obtain. Additional information on submitting a FOIA request can be found on our website: http://www.fda.gov/RegulatoryInformation/FOI/HowtoMakeaFOIARequest/default.htm.

Please know that the Food and Drug Administration takes complaints and concerns seriously, and we thank you for bringing this to our attention.

Sincerely,


Laura Carter
Health Communications Specialist
Center for Biologics Evaluation and Research
Office of Communication, Outreach and Development
U.S. Food and Drug Administration
Tel: 800-835-4709
OCOD@fda.hhs.gov

