**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* BROOK JACKSON,<br><br>            Plaintiff,<br><br>      - v -<br><br>VENTAVIA RESEARCH GROUP, LLC;<br>PFIZER INC.; ICON PLC,<br><br>            Defendants. | CASE NO. 1:21-CV-00008-MJT |

**ORDER**

Before the Court is Pfizer Inc.'s Motion to Dismiss Relator's Amended Complaint filed on

April 22, 2022.  The Court has considered the motion, any responses, as well as all arguments

made, evidence submitted and authorities cited, and the Court hereby **GRANTS** Pfizer Inc.'s

Motion to Dismiss.

**IT IS SO ORDERED.**