IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION NO. 1:21-CV-00008 JUDGE MICHAEL TRUNCALE |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC, | | |
| *Defendants.* | | |

## ORDER GRANTING JOINT MOTION REGARDING BRIEFING SCHEDULE

Before the Court is the Parties' Joint Motion Regarding Briefing Schedule. [Dkt. 33]. The Parties are requesting the Court enter a Briefing Schedule setting forth certain deadlines in this matter. After considering the Parties' joint motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that the Parties' Joint Motion Regarding Briefing Schedule [Dkt. 33] is hereby **GRANTED** and the following deadlines shall apply:

1. Motions to Dismiss due **June 6, 2022**.

2. Opposition to Motions to Dismiss due **August 6, 2022**.

3. Replies in Support of Motions to Dismiss due **September 6, 2022**.

All remaining litigation deadlines in this matter will be subject to the Court's Scheduling Order which will be entered after the May 27, 2022 Case Management Conference.

**SIGNED this 22nd day of April, 2022.**

Michael J. Truncale
United States District Judge