IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:21-CV-00008 |
| v. | § § | JUDGE MICHAEL TRUNCALE |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC, | § § § § | |
| *Defendants.* | § | |

## ORDER DENYING DEFENDANT ICON PLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 6

Before the Court is Defendant ICON PLC's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure Rule 6. [Dkt. 26]. Subsequent to the filing of Defendant's unopposed motion, the Court entered a briefing schedule in this matter [Dkt. 38], thereby rendering Defendant's request for an extension moot.

It is therefore **ORDERED** that Defendant ICON PLC's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure Rule 6 [Dkt. 26] is hereby **DENIED AS MOOT**.

**SIGNED this 4th day of May, 2022.**

Michael J. Truncale
United States District Judge