## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. BROOK JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 1:21-cv-00008-MJT<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MEAGAN D. SELF IN SUPPORT OF PFIZER'S MOTION TO STAY DISCOVERY

Meagan D. Self declares pursuant to 28 U.S.C. § 1746:

1.      I am a member of the bar of the State of Texas and am admitted to the bar of this Court.  I am an attorney with the law firm of DLA Piper LLP (US), attorneys for Defendant Pfizer Inc. ("Pfizer") in this action.

2.      This declaration, together with the annexed exhibits, is being submitted in connection with the Pfizer's Motion to Stay Discovery, filed May 17, 2022 (the "Motion").

3.      The Motion references documents not previously filed on this Court's docket.

4.      Defendant submits as exhibits to this Declaration the following documents referenced below:

    a)    Attached hereto as **Exhibit 1** is a true and correct copy of Brook Jackson's website, I Am Brook Jackson, https://www.iambrookjackson.com, which was collected by Teris, a digital forensics company, on April 7, 2022.

1

b)  Attached hereto as **<u>Exhibit 2</u>** is a true and correct image of Brook Jackson's website, I Am Brook Jackson, https://www.iambrookjackson.com, as it exists on May 16, 2022.

c)  Attached hereto as **<u>Exhibit 3</u>** is a true and correct copy of Brook Jackson's January 17-18, 2022 Twitter string, which posts this case's caption and paragraphs 13 and 287 from her original complaint in this matter.

d)  Attached hereto as **<u>Exhibit 4</u>** is a true and correct copy of Brook Jackson's September 19, 2021 email, subject line *Pain in your [Explicit]*, which she posted on her website, I Am Brook Jackson, https://www.iambrookjackson.com.

Dated:  May 17, 2022                                    *s/ Meagan D. Self*
       Dallas, Texas                                   Meagan D. Self

# Exhibit 1

**TERIS**

Case ID: 8008885184988026453

April 08, 2022

**TERIS**

Investigator Information

TERIS

Digital Forensic Examiner

forensics@teris.com

Deliverable Summary

---

## Web Capture Items

**Examiner Account Summary**

Web Snapshot
IABJ20220407                                       39

         Total Items:                         39

Item: IABJ0000000001 (Preview)                                                                                    [Metadata](Metadata)

# I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact



My name is Brook Jackson. In September 2020, I was hired as a Regional Director for two of the three clinical trial sites in Texas that were participating in Pfizer's pivotal, Phase III, mRNA ("vaccine") clinical trial. Although my time with this company was brief, the misconduct that I witnessed was so blatant and so widespread that I documented numerous violations of the U.S. Food and Drug Administration (FDA) Code of Federal Regulations every, single day. After repeatedly bringing these concerns to Ventavia's management and to Pfizer directly (although anonymously), I watched in disbelief as they began their efforts to conceal the fraud.

**Support**

On September 25, 2020, I filed a formal complaint with the FDA and was fired hours later.

Starting October 9, 2020, efforts by Big Pharma and Big Tech have been used to intimidate me and keep me from bringing information forward to the public. I was misled by a team of former attorneys and pressured into filing a legal action that I believe was used to keep me silenced. That action was filed on January 8, 2021, under seal and ordered me to refrain from disclosing any information about the case.

As I watched the roll out of Pfizer's product to millions, the mandates that ensued, the reports of injury and death, I could not be silent anymore. The weight on my heart was just too heavy. Even after being warned by a former lawyer that, "if you break the seal the Government will come after you", I just couldn't hold their secret any longer and took the evidence to The BMJ and retained new council.

Earlier this month the case was finally unsealed after the Government declined to intervene in support of the lawsuit. There was never an investigation by the FDA, the Department of Justice, or any other agency. All have refused to investigate the allegations of fraud and misbranding of Pfizer's Covid-19 "vaccine" for nearly a year and a half now.

Since being fired, there have been other former and current employees of Ventavia that have reached out to me. Ventavia continues to be rewarded with additional contracts, new Sponsors, and opportunity to give Big Pharma favorable data no matter the cost.

The information that I have belongs to the entire world. Those involved in this evil, massive, fraudulent scheme to censor and cover up the truth must be held accountable.

I created this website so that I can share this information and to catalogue related documents.

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000002 (Preview)                                                                                    Metadata



Item: IABJ0000000003 (Preview)                                                                                    [Metadata](#)



## I Am Brook Jackson

Home      Who Am I      Documents      Media      Support      Contact



I have nearly 20 years of experience in clinical research and the pharmaceutical and medical device industry. I have worked for investigative sites, Site Management and Contract Research Organizations. My experience in site-level coordination and a blend of in-house management have led to my success. I have both U.S. and global experience in each phase of clinical trials, and key experience in Gastroenterology, Immunology, and Infectious Diseases.

I have dedicated my career to Clinical Data Sciences. I had confidence in a regulatory process and an agency that was put in place to protect the public health by ensuring vaccines and other biological products are safe and effective. The U.S. Food and Drug Administration quit doing their job a long time ago. It's time for change and resignations, now!

Copyright © 2022 - All Rights Reserved

# I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files

| Name | | Views | |
|------|--|-------|--|
| Pfizer<br>6 Items | | 4K | ⋮ |
| DEATH & CANCER NOT REPORTED FOR MONTHS!<br>1 Item | | 4K | ⋮ |
| Other Ventavia Clinical Trials<br>7 Items | | 612 | ⋮ |
| Ventavia Misc<br>3 Items | | 259 | ⋮ |
| Pfizer Lawsuit<br>3 Items | | 951 | ⋮ |
| Formal FDA Complaint<br>1 Item | | 1K | ⋮ |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000005 (Preview)

I Am Brook Jackson

Home     Who Am I     Documents     Media     Support     Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files     Pfizer

| Name | Views | |
|------|-------|--|
| RSV Vaccine - Pregnant Women (C3671008)<br>1 item | 1K | ⋮ |
| CDiff Vaccine<br>0 items | 201 | ⋮ |
| Covid-19 Vaccine - Adolescent (C4591007)<br>0 items | 408 | ⋮ |
| Covid-19 Vaccine - Booster (C4591031)<br>0 items | 429 | ⋮ |
| Covid-19 Vaccine - Pivotal [ Protocol C4591001 )<br>5 items | 1K | ⋮ |
| Covid-19 Vaccine - Pregnant Women (C4591015)<br>3 items | 662 | ⋮ |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000006 (Preview)                                                                    Metadata



I Am Brook Jackson

Home   Who Am I   Documents   Media   Support   Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files    Pfizer    Covid-19 Vaccir

| Name | Views | |
|------|-------|---|
| Unblinded Vaccinator CVs<br>2 items | 265 | ⋮ |
| Site Level Source Document Examples<br>6 items | 126 | ⋮ |
| Ventavia Sites<br>3 items | 75 | ⋮ |
| Internal Company Emails<br>5 items | 480 | ⋮ |
| Internal Company Text Messages<br>0 items | 58 | ⋮ |

Copyright © 2022 - All Rights Reserved



I Am Brook Jackson

Home Who Am I Documents Media Support Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files ... Unblinded Vac

| Name | Views |
|---|---|
| NMartinez_CV_2021.pdf<br>239.92 KB | 210 |
| CHenslin_CV_2021.pdf<br>288.49 KB | 95 |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000009 (Preview)                                                                    Metadata

I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files          Site Level Sourc

| Name | Views | |
|------|-------|---|
| Pfizer C4591001_Visit 5 12-Month FU_Version 2.0_14Sep2020_ApprovedBI.docx<br>38.35 KB | 94 | ⋮ |
| Pfizer C4591001_Visit 4 6-Month FU_Version 2.0_14Sep2020_ApprovedBI.docx<br>38.39 KB | 33 | ⋮ |
| Pfizer C4591001_Visit 3 1-Month FU_Version2.0_14Sep2020_ApprovedBI.docx<br>44.48 KB | 28 | ⋮ |
| Pfizer C4591001_Visit 2 Vaccination 2_Version 4_14SEP2020_ApprovedBI.docx<br>69.76 KB | 26 | ⋮ |
| Pfizer C4591001_Visit 1 Vaccination Day 1_Version 6_14SEP2020_ApprovedBI.docx<br>83.13 KB | 37 | ⋮ |
| Pfizer C4591001_Visit 6 24-Month FU_Version 2.0_14SEP2020_ApprovedBI.docx<br>39.85 KB | 42 | ⋮ |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000010 (Preview)                                                                    Metadata

I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files   ...   Ventavia Sites

| Name | | Views | |
|---|---|---|---|
| Site 1128 3 items | | 97 | ⋮ |
| Site 1096 9 items | | 36 | ⋮ |
| Site 1085 3 items | | 68 | ⋮ |

Copyright © 2022 - All Rights Reserved

https://www.iambrookjackson.com/documentstore/abc986c4-2bc7-4c49-ba88-a8b90e75ae79 | 4/8/2022 1:37 AM (UTC)

I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files          ...    Site 1128

| Name | Views | |
|------|-------|--|
| Finalized CRFs<br>13 items | 30 | ⋮ |
| Principal Investigator Sexual Harassment<br>1 item | 38 | ⋮ |
| NTF_Transition from C4591001 to C4591031.pdf<br>164.28 KB | 22 | ⋮ |
| Delegation of Authority Log.pdf<br>11.54 MB | 22 | ⋮ |
| Laboratory Sample Processing Log.pdf<br>12.04 MB | 60 | ⋮ |

Copyright © 2022 - All Rights Reserved

https://www.iambrookjackson.com/documentstore/b3dcd2f1-37e5-4aa5-a8be-76572d3b16cb  |  4/8/2022  1:37  AM  (UTC)

Item: IABJ0000000012 (Preview)                                                    Metadata

I Am Brook Jackson

Home     Who Am I     Documents     Media     Support     Contact

Please bear with me...I'll be working to get more documents uploaded over the coming days.

Files  _  Finalized CRFs

| Name | Views | |
|---|---|---|
| Finalized CRFs_Subject 11281359.pdf<br>1.31 MB | 20 | ⋮ |
| Finalized CRFs_Subject 11281296.pdf<br>2.5 MB | 13 | ⋮ |
| Finalized CRFs_Subject 11281267.pdf<br>1.39 MB | 8 | ⋮ |
| Finalized CRFs_Subject 11281250.pdf<br>1.39 MB | 8 | ⋮ |
| Finalized CRFs_Subject 11281138.pdf<br>1.26 MB | 9 | ⋮ |
| Finalized CRFs_Subject 11281241.pdf<br>1.08 MB | 7 | ⋮ |
| Finalized CRFs_Subject 11281123.pdf<br>1.39 MB | 7 | ⋮ |
| Finalized CRFs_Subject 11281198.pdf<br>1.28 MB | 6 | ⋮ |
| Finalized CRFs_Subject 11281103.pdf<br>3 MB | 9 | ⋮ |
| Finalized CRFs_Subject 11281153.pdf<br>1.79 MB | 8 | ⋮ |
| Finalized CRFs_Subject 11281014.pdf<br>1.65 MB | 8 | ⋮ |
| Finalized CRFs_Subject 11281009.pdf<br>2.11 MB | 9 | ⋮ |
| Finalized CRFs_Subject 11281192.pdf<br>1.63 MB | 10 | ⋮ |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000013 (Preview)

I Am Brook Jackson

Home     Who Am I     Documents     Media     Support     Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files               Site 1096

| Name | Views |
|---|---|
| Finalized CRFs_Subject 10961056.pdf  1.54 MB | 9 |
| Finalized CRFs_Subject 10961355.pdf  1.22 MB | 7 |
| Finalized CRFs_Subject 10961044.pdf  1.27 MB | 6 |
| Finalized CRFs_Subject 10961278.pdf  3.18 MB | 7 |
| Finalized CRFs_Subject 10961036.pdf  1.2 MB | 4 |
| Finalized CRFs_Subject 10961031.pdf  2.52 MB | 4 |
| Finalized CRFs_Subject 10961181.pdf  1.96 MB | 4 |
| Finalized CRFs_Subject 10961017.pdf  2.54 MB | 5 |
| Finalized CRFs_Subject 10961062.pdf  1.42 MB | 5 |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000014 (Preview)                                                          Metadata

# I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files    ...    Site 1085

| Name | | Views | |
|---|---|---|---|
| Final Case Report Forms 9 items | | 39 | |
| Apr 2021 5 items | | 29 | |
| Mar 2021 3 items | | 19 | |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000015 (Preview)                                                    Metadata

## I Am Brook Jackson

Home     Who Am I     Documents     Media     Support     Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files          Final Case Rep>

| Name | Views | |
|------|-------|---|
| Finalized CRFs_Subject 10961056.pdf<br>1.55 MB | 9 | ⋮ |
| Finalized CRFs_Subject 10961044.pdf<br>1.27 MB | 7 | ⋮ |
| Finalized CRFs_Subject 10961355.pdf<br>1.22 MB | 8 | ⋮ |
| Finalized CRFs_Subject 10961181.pdf<br>1.96 MB | 5 | ⋮ |
| Finalized CRFs_Subject 10961036.pdf<br>1.2 MB | 5 | ⋮ |
| Finalized CRFs_Subject 109612718.pdf<br>3.18 MB | 5 | ⋮ |
| Finalized CRFs_Subject 10961031.pdf<br>2.52 MB | 4 | ⋮ |
| Finalized CRFs_Subject 10961017.pdf<br>2.54 MB | 4 | ⋮ |
| Finalized CRFs_Subject 10961062.pdf<br>1.42 MB | 7 | ⋮ |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000016 (Preview)                                                                    [Metadata](#)

## I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files        ...        Apr 2021

| Name | Views | |
|------|-------|---|
| Weekly QC Report_23Apr2021.pdf 188.24 KB | 19 | ⋮ |
| Weekly QC Report_16Apr2021.pdf 244.82 KB | 8 | ⋮ |
| Weekly QC Report_09Apr2021.pdf 223.63 KB | 6 | ⋮ |
| Weekly QC Report_01Apr2021.pdf 247.66 KB | 7 | ⋮ |
| QC Summary Report_30Apr2021.pdf 198.07 KB | 11 | ⋮ |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000017 (Preview)

# I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files                    Mar 2021

| Name | Views | |
|------|-------|---|
| Weekly QC Report_26Mar2021.pdf<br>2.62 MB | 10 | ⋮ |
| Weekly QC Report_15Mar2021.pdf<br>1 MB | 74 | ⋮ |
| Weekly QC Report_08Mar2021.pdf<br>1.77 MB | 49 | ⋮ |

Item: IABJ0000000018 (Preview)                                                              Metadata

# I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files          ...     Mar 2021                                              🔍

| Name | | Views | |
|------|--|-------|--|
| 📄 Weekly QC Report_26Mar2021.pdf<br>2.62 MB | | 10 | ⋮ |
| 📄 Weekly QC Report_15Mar2021.pdf<br>1 MB | | 74 | ⋮ |
| 📄 Weekly QC Report_08Mar2021.pdf<br>1.77 MB | | 49 | ⋮ |

Copyright © 2022 - All Rights Reserved

https://www.iambrookjackson.com/documentstore/1397e3ff-e389-4a3f-897c-7b78780e7b46  |  4/8/2022  1:39  AM (UTC)

Item: IABJ0000000019 (Preview)                                                           Metadata



Item: IABJ0000000020 (Preview)                                                                    Metadata

I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files        DEATH a        Janssen RSV Vi

Name                                                                                          Views

IQVIA Site Visit Follow Up Letter_Site Discussion_01Jun2021.pdf                               1K
371.34 KB

IMV FU Letter_30May2021.pdf                                                                   754
43.89 KB

IMV FU Letter_05May2021.pdf                                                                   764
54.88 KB

Copyright © 2022 - All Rights Reserved

https://www.iambrookjackson.com/documentstore/009e44e3-5cba-4b23-929b-6797f287e321 | 4/8/2022 1:40 AM (UTC)

I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files        Other Ventavia

| Name | Views | |
|---|---|---|
| Allergan
0 items | 108 | ⋮ |
| Abbott
0 items | 24 | ⋮ |
| Astellas Pharma
0 items | 5 | ⋮ |
| Sanofi Pasteur
1 item | 150 | ⋮ |
| Novavax
0 items | 36 | ⋮ |
| GlaxoSmithKline (GSK)
0 items | 13 | ⋮ |
| Moderna
1 item | 408 | ⋮ |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000022 (Preview)                                                          Metadata



Item: IABJ0000000023 (Preview)                                                    Metadata



I Am Brook Jackson

Home      Who Am I      Documents      Media      Support      Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files      Other Vx      Sanofi Pasteur

| Name | Views | |
|---|---|---|
| Meningococcal Vaccine - Pedi/Infant (NCT03537508)<br>0 items | 98 | ⋮ |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000024 (Preview)    [Metadata](Metadata)

I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files    Ventavia Misc

| Name | Views | |
|---|---|---|
| Ventavia Defamation<br>3 items | 158 | ⋮ |
| Termination Letter_25Sep2020.pdf<br>643.91 KB | 47 | ⋮ |
| Ventavia News Media.pdf<br>84.33 KB | 68 | ⋮ |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000025 (Preview)                                                    Metadata

I Am Brook Jackson

Home     Who Am I     Documents     Media     Support     Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files     Ventavia     Ventavia Defan

| Name | Views | |
|---|---|---|
| Response to Information Request by Ventavia_15Jan2022.pdf<br>7.01 MB | 84 | ⋮ |
| Ventavia Response to Retraction Demand_16Dec2021.pdf<br>173.54 KB | 61 | ⋮ |
| Retraction Demand to Ventavia_11Nov2021.pdf<br>143.26 KB | 59 | ⋮ |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000026 (Preview)                                                    Metadata

I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files      Pfizer Lawsuit

| Name | Views |
|------|-------|
| 2021 6 items | 420 |
| 2022 1 item | 409 |
| 2020 1 item | 195 |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000027 (Preview)

# I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

Please bear with me...I'll be working to get more documents uploaded over the coming days.

Files    Pfizer La    2021

| Name | Views | |
|------|-------|---|
| Mar 2021<br>2 items | 124 | ⋮ |
| Original Complaint and Exhibits<br>4 items | 501 | ⋮ |
| Aug 2021<br>2 items | 35 | ⋮ |
| Sep 2021<br>1 item | 36 | ⋮ |
| Jun 2021<br>2 items | 22 | ⋮ |
| Feb 2021<br>1 item | 39 | ⋮ |

Copyright © 2022 - All Rights Reserved



I Am Brook Jackson

Home Who Am I Documents Media Support Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files ... Mar 2021

| Name | Views |
|---|---|
| Attorney Communications<br>6 items | 82 |
| Government Correspondence_29Mar2021.pdf<br>124.48 KB | 51 |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000029 (Preview)

Metadata

I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files        Attorney Comm

| Name | Views |
|------|-------|
| Day 76_3 of FCA Lawsuit_Communication with BJackson Attorney_24Mar2021.p...  156.27 KB | 56 |
| Day 76_2 of FCA Lawsuit_Communication with BJackson Attorney_24Mar2021.p...  130.08 KB | 22 |
| Day 76 of FCA Lawsuit_Communication with BJackson Attorney_24Mar2021.pdf  42.75 KB | 23 |
| Day 71 of FCA Lawsuit_Communication with BJackson Attorney_19Mar2021.pdf  104.25 KB | 23 |
| Day 70 of FCA Lawsuit_Communication with BJackson Attorney_18Mar2021.pdf  265.15 KB | 23 |
| Day 53 of FCA Lawsuit_Communication with BJackson Attorney_02Mar2021.pdf  165.34 KB | 30 |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000030 (Preview)

## I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files    ...    Original Compl

| Name | Views | |
|---|---|---|
| d_Case Exhibits 21-29.pdf<br>8.57 MB | 180 | ⋮ |
| b_Case Exhibits 1-10.pdf<br>14.36 MB | 66 | ⋮ |
| c_Case Exhibits 11-20.pdf<br>2.7 MB | 50 | ⋮ |
| a_Original Complaint_083an2021.pdf<br>1.15 MB | 164 | ⋮ |

Copyright © 2022 - All Rights Reserved

https://www.iambrookjackson.com/documentstore/60baf88e-11cd-43f0-9a3c-e5a208ec35d7 | 4/8/2022  1:42  AM  (UTC)



Item: IABJ0000000031 (Preview) Metadata

I Am Brook Jackson

Home Who Am I Documents Media Support Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files ... Aug 2021

| Name | Views |
|---|---|
| Day 236 of FCA Lawsuit_Communication with BJackson Attorney_31Aug2021.pdf<br>171.05 KB | 26 |
| Day 230 of FCA Lawsuit_Communication with BJackson Attorney_25Aug2021.pdf<br>258.32 KB | 20 |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000032 (Preview)                                                                     Metadata









I Am Brook Jackson

Home Who Am I Documents Media Support Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files ... Jun 2021

| Name | Views |
|---|---|
| Day168_2 of FCA Lawsuit_Communication with BJackson Attorney_24Jun2021.... 117.09 KB | 15 |
| Day 168 of FCA Lawsuit_Communication with BJackson Attorney_24Jun2021.pdf 394.96 KB | 17 |

Copyright © 2022 - All Rights Reserved

Item: IABJ0000000034 (Preview) Metadata

I Am Brook Jackson

Home Who Am I Documents Media Support Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files ... Feb 2021

| Name | Views |
|---|---|
| Day 40 of FCA Lawsuit_Communication with BJackson Attorney_17Feb2021.pdf<br>582.69 KB | 33 |

Item: IABJ0000000035 (Preview) Metadata

I Am Brook Jackson

Home Who Am I Documents Media Support Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files Pfizer La 2022

| Name | Views |
| --- | --- |
| US Notice of Election to Decline Intervention_18Jan2022.pdf<br>186.02 KB | 336 |

Copyright © 2022 - All Rights Reserved

https://www.iambrookjackson.com/documentstore/9d3dadb6-ff6d-4e06-b931-d5e94d07e535 | 4/8/2022 1:44 AM (UTC)

I Am Brook Jackson

Home Who Am I Documents Media Support Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files Pfizer La 2020

| Name | Views |
|---|---|
| Summary Letter_14Dec2020.pdf<br>162.96 KB | 171 |

Copyright © 2022 - All Rights Reserved



Item: IABJ0000000037 (Preview) Metadata

I Am Brook Jackson

Home Who Am I Documents Media Support Contact

**Please bear with me...I'll be working to get more documents uploaded over the coming days.**

Files Formal FDA Co

| Name | Views |
|---|---|
| FDA Report_25Sep2020.pdf<br>196.01 KB | 976 |

Copyright © 2022 - All Rights Reserved



Item: IABJ0000000038 (Preview)                                          Metadata

# I Am Brook Jackson

Home    Who Am I    Documents    Media    Support    Contact



**The Shannon Joy Show**
March 16, 2022

**Bombshell Brook Jackson Blows the Whistle on Pfizer...**

Did Pfizer commit fraud during the clinical trial for the jab?

Listen Now (Click on "March 16, 2022" episode. No title)



**The Shannon Joy Show**
March 16, 2022

**Bombshell Brook Jackson Blows the Whistle on Pfizer...**

"Overtime Content" (audio file download)

Listen/Download Now



**The Digger (Phil Harper)**
March 15, 2022

**A vaccinator on the Pfizer trial had no medical experience at all**

I spoke with Brook Jackson last week. Brook is a named whistleblower who wanted to draw attention to poor practices on the Pfizer vaccine trial. Ordinarily, her story would be absolutely huge but in these times of algorithmically driven censorship, no one has really heard her story...

Watch Now



**Zee Media**
March 15, 2022

**Brook Jackson: Pfizer Whistleblower Exposes UNDENIABLE Pharma Fraud – Sues Pfizer**

Brook Jackson is a whistleblower and clinical trial expert who spent time overseeing the Pfizer COVID-19 "Vaccine" trials in Texas, where the things she witnessed were beyond shocking...

Watch Now

**To The Lifeboats**
March 13, 2022

**Whistleblower Brook Jackson - Pfizer Phase 3 Clinical Trial a Fraud**

Brook Jackson Sat down with me this week to talk about her role at Ventavia managing 2 of the 3 trial sites her employer ran for Pfizer. What she has to say is shocking and eye-opening.

Watch Now



**Trial Site News (Sonia Elijah)**
March 9, 2022

**An Interview With Ventavia and Pfizer-BioNTech COVID Vaccine Trial Whistleblower Brook Ja**

...Jackson claimed Ventavia committed fraud, put patient safety at risk and engaged in cover-ups of errors and malfeasance during its management of Pfizer's clinical trials.

Continue Reading



**Trial Site News (Sonia Elijah)**
March 9, 2022

**An Interview With Ventavia and Pfizer-BioNTech COVID Vaccine Trial Whistleblower Brook Ja**

**Audio interview

Listen Now



**The British Medical Journal**
November 2, 2021

**"UPDATED" Covid-19: Researcher blows the whistle on data integrity issues in Pfizer's vaccin**

New video content embedded on the page!

Watch Now



**The AlphaWarrior Show**
March 9, 2022

**Whistle Blower Brook Jackson Pfizer Lied People Died**

An American Hero WhistleBlower Brook Jackson was hired to work the Pfizer Stage 3 Vaccine clinical trials in 2020. Brook was hired because of 20 years of experience in the field and an expert at her skill...

Watch Now



**The Charlie Kirk Show**
March 5, 2022

**BOMBSHELL: A Pfizer Clinical Trial Whistleblower Speaks Out**

Brook Jackson joins the program to talk about what she learned and why she felt it was important to expose the conspiracy behind the shot. She talks about her lawsuit against Pfizer and how the evidence is being suppressed by the medical establishment at every turn.

Watch Now

**Load More »**

Copyright © 2022 - All Rights Reserved





Item: IABJ0000000039 (Preview) Metadata

Skip to Main Content Home Who Am I Documents Media Support Contact More Use tab to navigate through the menu items. All feedback is welcomed. I will do my best to reply to all messages as quickly as possible. First Name Last Name Email Message Thank you so much for your message! We are all in this together! Send I Am Brook Jackson Copyright © 2022 - All Rights Reserved

I Am Brook Jackson

Home | Who Am I | Documents | Media | Support | Contact

All feedback is welcomed. I will do my best to reply to all messages as quickly as possible.

First Name

Last Name

Email

Message

Send

Copyright © 2022 - All Rights Reserved

https://www.iambrookjackson.com/contact-8 | 4/8/2022 1:45 AM (UTC)

Item: IABJ0000000001 (Metadata)                                                                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 19DB9C6416FD145F148374CFD5CEEB6C |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/ |
| Page Title | IAmBrookJackson-CovidClinicalTrialWhistleblower |
| URI | ws://IABJ20220407/1649381693014 |

Item: IABJ0000000002 (Metadata)                                                          Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 5D1FF36493D5DA5C04C7B418A0375321 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/support |
| Page Title | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381710076 |

Item: IABJ0000000003 (Metadata)

Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | F16CD8D6610E7CDDF2F77B7D25DF8CF2 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/whoami |
| Page Title | Who Am I \| I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381723764 |

Item: IABJ0000000004 (Metadata)

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 04A6BC6E8AD7A81FE197A4496C0B23C6 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381736985 |

Item: IABJ0000000005 (Metadata)                                                                 Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 0540FD63E63908093A934E56377DC6B8 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/e85a1198-ef2b-4e66-b565-6dcb811e3765 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381754248 |

Item: IABJ0000000006 (Metadata)                                                      Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 11B4D68D1C17BF5CD2542F0DA3CA4607 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/7615cc83-ab3f-4803-bb2e-17b2d9da8f2b |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381773057 |

Item: IABJ0000000007 (Metadata)                                                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 53A438055B6EC46E3EE00A0F3A863642 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/b80acb33-20d3-4cd1-8c4b-6de852cad683 |
| Page Title | Documents \| I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381788299 |

Item: IABJ0000000008 (Metadata)                                                                    Preview

| Field Name | Value |
| --- | --- |
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | AE04C03E8DBE056100B565102BD509D9 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/de9af9eb-2cf6-46a2-9ffd-ee0cd5eee158 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381804068 |

Item: IABJ0000000009 (Metadata)

Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | BD3A8B0FBE025EF02E25DCD9B5D3E071 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/1c75f3e8-5f59-4a36-b963-1b54c152dce8 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381820364 |

Item: IABJ0000000010 (Metadata)                                                    Preview

| Field Name | Value |
| --- | --- |
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 2074D389D9FB888A20F6A843E1DFE6CA |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/ebe986c4-2bc7-4c49-ba88-afb90e75ae79 |
| Page Title | Documents \| I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381838681 |

Item: IABJ0000000011 (Metadata)                                                                                   Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | A5B15E9A01A8FB7F067B4B8BBD06B475 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/b3dcd281-32e5-4aa5-a8be-76572d3b10cb |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381854894 |

Item: IABJ0000000012 (Metadata)

Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 85AD723B1982D4A23B019C01B0F6CEB3 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/3961f2e1-3ffd-4314-bc0e-4d5b37e9591b |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381870160 |

Item: IABJ0000000013 (Metadata)                                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | BD79B4B96989D4A348B8A5C3E89A9602 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/a1ea1b94-9087-4b36-a0ac-f2c4b4aaf50e |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381889453 |

Item: IABJ0000000014 (Metadata)

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | BB4BFFCB4CF39AAA953E69A8BD42C2EA |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/21cec644-a186-408a-8588-f697d23e5f23 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381907681 |

Item: IABJ0000000015 (Metadata)                                                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 9DF1AFB4C4C30C81BF2B2C38DE9CA441 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/5686c767-18a3-4bc7-95f5-5c94029116d9 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381923407 |

Item: IABJ0000000016 (Metadata)                                                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 9136862F176570D3F890DE81696D59CD |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/e6172545-8ce8-4c3e-9708-f5fcea2b24d5 |
| Page Title | Documents \| I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381941699 |

Item: IABJ0000000017 (Metadata)

| Field Name | Value |
| --- | --- |
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | BFE9E97B518FE5C85069D6BE35A93301 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/1397e3ff-e309-4a3f-897c-7b78780e7b06 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381956977 |

Item: IABJ0000000018 (Metadata)                                                                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | CC582E448E6C5DDD8F90EB63DAE3F0D8 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/1397e3ff-e309-4a3f-897c-7b78780e7b06 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381974185 |

Item: IABJ0000000019 (Metadata)                                                                                    Preview

| Field Name | Value |
| --- | --- |
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 7E15016C984C88D90ABDAFFC17A6E1B4 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/5e2627dd-4b82-4c73-91e5-b53caf0ea81e |
| Page Title | Documents \| I Am Brook Jackson |
| URI | ws://IABJ20220407/1649381992989 |

Item: IABJ0000000020 (Metadata)                                                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 16D58947BF69EAF61309034D4C68D05B |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/009e4fe3-5cba-4b23-92f0-67971287e521 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382008191 |

Item: IABJ0000000021 (Metadata)

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 446D4D55531288A7613991E1C3F144ED |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/8905a96b-3889-4a24-a6d7-245dce6a489e |
| Page Title | Documents \| I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382023863 |

Item: IABJ0000000022 (Metadata)                                                                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | AF3492617B14796FF86F8138C7E84CDC |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/17594f69-8bfd-49b1-b388-feb0947848b2 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382042153 |

Item: IABJ0000000023 (Metadata)                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | EE4C16FA7B12BE9945B9073636116724 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/1638d9fc-66ec-483c-b9bd-af6205eedfd3 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382057868 |

Item: IABJ0000000024 (Metadata)                                                                    Preview

| Field Name | Value |
| --- | --- |
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | E0882286D299225CD349BA169B9CE28A |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/660bb57e-dc95-4f27-a3aa-da4fac89c79e |
| Page Title | Documents \| I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382073579 |

Item: IABJ0000000025 (Metadata)                                                                                Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 0624FB7695F476B47622003B9CE4AFA2 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/06aa9f09-9207-4bb7-a061-0716c63bc120 |
| Page Title | Documents \| I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382088774 |

Item: IABJ0000000026 (Metadata)                                                        Preview

| Field Name | Value |
| --- | --- |
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 3B0BB1656D6F769CE6DDD21C09E93D95 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/1a5c9593-fb30-413e-be3e-fb9b39e00707 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382104542 |

Item: IABJ0000000027 (Metadata)

Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 1AB3DD526B963181C6FCF9F0611AC957 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/86f3aa25-6e4a-422f-b972-0c2ab6254e03 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382120235 |

Item: IABJ0000000028 (Metadata)                                                                    Preview

| Field Name | Value |
| --- | --- |
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | E94C1D2D2DD5434066A353B64EF2F54B |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/bfdd4e2c-6ec0-4f98-81b6-c87750f4c95e |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382137994 |

Item: IABJ0000000029 (Metadata)                                                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | F40DE4C97A194EC49440891CEA27459E |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/adc4a238-53b1-496a-a1b8-87dd71ee63f5 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382154207 |

Item: IABJ0000000030 (Metadata)                                                          Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 439ED6F6C350000A9A6A4FC796DFCAF8 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/60baf88e-11cd-43f0-9a3c-e5a208ec35d7 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382172366 |

Item: IABJ0000000031 (Metadata)                                                                    Preview

| Field Name | Value |
| --- | --- |
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 585CBDFF104E5B9011A8D59EA480F7AD |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/e4f868bd-ee7e-422f-bb64-80f7c309101f |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382188601 |

Item: IABJ0000000032 (Metadata)                                                                                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 48CF501D7B57AB634CB8360BC33D6553 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/5e415d9e-6192-47b4-858d-65a762e7e8ac |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382204822 |

Item: IABJ0000000033 (Metadata)                                                              Preview

| Field Name | Value |
| --- | --- |
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | A121959B56072B993D5C6B3822361C6E |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/e272ee36-790c-402b-96ba-8e1c1393efc0 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382220563 |

Item: IABJ0000000034 (Metadata)                                                                                    Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 7BF86DF0156AB4DABE2267F30D2966AB |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/de4040c4-b081-4223-a025-889e2c3a8d79 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382239874 |

Item: IABJ0000000035 (Metadata)

Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 81BEDCD665FACF6C76D938DB8608FC0E |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/9d3dadb6-ff6d-4e06-b931-d5e94d07e535 |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382256607 |

Item: IABJ0000000036 (Metadata)                                                                                   Preview

| Field Name | Value |
| --- | --- |
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 3BA75A1346FFAE309D50ACD33988F694 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/e047c5b4-cd83-4f64-b18d-08eca8d147aa |
| Page Title | Documents \| I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382271880 |

Item: IABJ0000000037 (Metadata)

Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 11A3065F8F5A0EE1166EDDEC8801A039 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/documentstore/70ea9cbb-9768-44f9-96d9-addd3d944f9c |
| Page Title | Documents | I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382289689 |

Item: IABJ0000000038 (Metadata)                                                                          Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | EA29F63C104353DF4B602A13342E5A89 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/interviews |
| Page Title | MyInterviews |
| URI | ws://IABJ20220407/1649382305464 |

Item: IABJ0000000039 (Metadata)

Preview

| Field Name | Value |
|---|---|
| Source | WebSnapshot |
| Ingesting Scanner Version | 6.0.0.2004 |
| MD5 hash | 75A365EA379016C9A0D455710412C779 |
| MD5 hash version | v6 |
| URL | https://www.iambrookjackson.com/contact-8 |
| Page Title | Contact \| I Am Brook Jackson |
| URI | ws://IABJ20220407/1649382321675 |

# Exhibit 2

                                                          Templates    Wix.com

# Looks Like This Domain Isn't Connected To A Website Yet!

Is this your domain?
Connect it to your Wix website in just a few easy steps:

1. Go to **Wix.com** > Subscriptions > Domains
2. Click Use a Domain You Already Own
3. Follow the steps to connect your domain to your website

Need more help?
Please contact our **Support Team**

# Exhibit 3



Page 1
Brook Jackson on Twitter: "Defendants' false records went to the very essence of the bargain the United States contracted for. DoD contracted to purchase vaccines found effective by a valid clinical trial conducted according to the protocol submitted by Pfizer. The integrity of the entire clinical trial 1/" / Twitter
https://twitter.com/IamBrookJackson/status/1483274304057974789

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Thread

**Brook Jackson** @IamBrookJackson

Defendants' false records went to the very essence of the bargain the United States contracted for. DoD contracted to purchase vaccines found effective by a valid clinical trial conducted according to the protocol submitted by Pfizer. The integrity of the entire clinical trial 1/

7:05 PM · Jan 17, 2022 · Twitter Web App

17 Retweets 31 Likes

Tweet your reply
Reply

**Brook Jackson** @IamBrookJackson · Jan 17
Replying to @IamBrookJackson
was compromised by the trial protocol violations, false source documents, and the false data that resulted, which calls the vaccine's EUA into question. 2/
1 1 9

**Brook Jackson** @IamBrookJackson · Jan 17
The EUA Pfizer obtained is based on a deeply flawed clinical trial that violated FDA regulations and the clinical trial protocol Pfizer submitted to the United States. This means that the vaccine is misbranded.3/
2 1 11

**Brook Jackson** @IamBrookJackson · Jan 17
The alleged fraudulent scheme has caused the United States to pay billion that it would not have paid had it known that the safety and efficacy of the vaccine at issue was not accurately represented or properly proven. 4/
1 3 17

**Brook Jackson** @IamBrookJackson · Jan 17
This means that, at worst, the vaccine could be far less effective than represented, and the United States has paid billions for something that will not protect the public from COVID-19. At best, the vaccine is effective, but Pfizer will still have profited from the pandemic. 5
2 4 17

**Laurie McClain** @lauriemcclain · Jan 18
Replying to @IamBrookJackson
Thank you for your courage🙏❤️

1 2 2

**Brook Jackson** @IamBrookJackson · Jan 18
Thank you, girl!
2

**_Rui** @Sruiruim · Jan 17
Replying to @IamBrookJackson
@IamBrookJackson what am I reading?
1 1

**Brook Jackson** @IamBrookJackson · Jan 17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA *ex rel.* Brook Jackson,
Plaintiff,
v.
VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,
Defendants.

RELATOR BROOK JACKSON'S ORIGINAL COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)

CASE NO. ________

DO NOT PUT ON PACER

DO NOT PLACE IN PRESS BOX

1 10

**_Rui** @Sruiruim · Jan 17
thank you, i had missed your previous tweet 🙏
1 1

**Brook Jackson** @IamBrookJackson · Jan 17
That's okay. :)
1 1

**_Rui** @Sruiruim · Jan 17
do you think there's any chance this can still happen?
1 1

**Brook Jackson** @IamBrookJackson · Jan 17
The govt did state today, "We would appreciate knowing whether Ms. Jackson intends to pursue the case after the government's declination." Ha! I bet they do! I have to let all of this sink in before I decide. I just still have SO much more to show that everyone deserves to see.
1 7

**kym** 💙 @kym83810679 · Jan 18
Replying to @IamBrookJackson
@threadreaderapp unroll please
1

**Thread Reader App** @threadreaderapp · Jan 18
Hello, here is your unroll: Defendants' false records went to the very essence of the bargain the... threadreaderapp.com/thread/1483274... Share this if you think it's interesting. 🤖

Thread reader Tweet Share
Thread by Brook Jackson (@IamBrookJackson), Jan 18,
Defendants' false records went to the very essence of the bargain the United States contracted for. DoD contracted to purchase vaccines found effective b...
threadreaderapp.com
Thread by @IamBrookJackson on Thread Reader App
@IamBrookJackson: Defendants' false records went to the very essence of the bargain the United States contracted for. DoD ...
2 2

## More Replies

**Rich Daniels** @RichDaniels1 · Feb 1
Replying to @IamBrookJackson and @critica18495985
All cause deaths, moving forward, need to be categorized by vaccination status.
1

Search Twitter

**Relevant people**
Brook Jackson @IamBrookJackson Follow
Clinical Data Sciences

**What's happening**
Television · LIVE
All Elite Wrestling: Dynamite airing on TBS
Trending with #AEWDynamite, Brian Kendrick

#PamAndTommy
Now Streaming on Hulu
Promoted by Pam & Tommy on Hulu

Automotive · Trending
Honda
Dash camera footage of a highway car crash makes the rounds online
29.5K Tweets

CNBC Make It · 3 hours ago
'I had $10 in my bank account': This 36-year-old went from living paycheck to paycheck to making over $109,000 selling NFTs

Sports · Trending
Jimbo
20.1K Tweets

@IamBrookJackson
Clinical Data Sciences

What's happening
Television · LIVE
All Elite Wrestling: Dynamite airing on TBS
Trending with #AEWDynamite, Brian Kendrick

#PamAndTommy
Now Streaming on Hulu
Promoted by Pam & Tommy on Hulu

Automotive · Trending
Honda
Dash camera footage of a highway car crash makes the rounds online
29.5K Tweets

CNBC Make It · 3 hours ago
'I had $10 in my bank account': This 36-year-old went from living paycheck to paycheck to making over $109,000 selling NFTs

Sports · Trending
Jimbo
20.1K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

# Exhibit 4



**From:** Brook Jackson <brookjackson04@gmail.com>
**Date:** September 19, 2021 at 12:17:17 PM CDT
**To:** ████████████████████████ firm.com>
**Subject: Re: Pain in your ASS**

Just re-read my email….wanted to correct that Scalise and Comer aren't senators, but congressmen.

Sent from my iPhone

> On Sep 19, 2021, at 10:37 AM, Brook Jackson <brookjackson04@gmail.com> wrote:

████

There has been an obvious shift in the scientific community with regard to the vaccine. Why pump the brakes now and "follow the science?" This may be a question for Drs. Gruber and Krause who put in their notice and will leave their assignments is October and November, respectively; however, the committees and rules that Sen. Scalise and Comer reference in their letter to FDA clearly define the reach and ability to investigate further.

The advisory committee sent a clear message last Friday about the vaccine. More research and data transparency is vital and key to the questions these scientists are finally asking!

████ for 20 fucking years I have been a part of a process, a clinical trial process that I believed in and that I was proud of; one that I thought was ethical and that the FDA would apply all scientific

principles and rigor to, but I was wrong. I now understand it's all political and big pharma doesn't give two cents about the American people, BUT I DO! THEY MATTER TO ME!

So, my questions are, I guess, without revealing the qui tam, why can't we talk about anything? Understanding the media ecosystem, we would obviously have to choose an appropriate network, but why can't I tell my story?

I know you want me to sit down and shut up and let you do your job and focus and be patient as you've said before, but it's eating me alive, ▮▮▮. What am I trying to gain here? ==What's my end game? It's not money! I don't give a shit, it's public information== and the freedom for everyone to make an informed decision about their healthcare. I feel selfish. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Doesn't that bother you? Why am I risking everything being swept away in a moment in time that's better than any one that's been in front of our face before with recent events, by not going public?

Maybe you'll drop me as a client, I don't know, but I don't want to do this anymore. I'm sorry.

BLJ