## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, <br><br>     Plaintiff, <br><br> v. <br><br> VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC <br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.: 1:21-cv-00008-MJT |

## <u>ORDER</u>

Upon consideration of Defendant Pfizer Inc.'s Motion to Stay Discovery and Memorandum in Support (the "Motion"), and any notices of joinder, opposition, and replies thereto,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  All Discovery in this action is stayed, and entry of a Scheduling Order in this matter is deferred, pending resolution of Defendants' motions to dismiss.