IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex. rel.* **Brook Jackson,** | § § § | Case No. 1:21-cv-00008-MJT |
| **Plaintiff,** | § § | |
| v. | § § | |
| **VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,** | § § § § | |
| **Defendants.** | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANT ICON PLC'S MOTION TO STAY DISCOVERY AND NOTICE OF JOINDER IN PFIZER'S MOTION TO STAY DISCOVERY**

Before the Court is Defendant ICON PLC's Motion to Stay Discovery and Notice of Joinder in Pfizer's Motion to Stay Discovery. After considering the motion, the Court has concluded that the motion should be granted.

It is therefore ORDERED that Defendant ICON PLC's, Inc.'s Motion to Stay Discovery and Notice of Joinder in Pfizer's Motion to Stay Discovery is GRANTED.