# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | ) ) ) |
| Plaintiff, | ) ) |
| | ) Civil Action No.: 1:21-cv-00008-MJT |
| v. | ) ) |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC | ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] SCHEDULING ORDER

After a review of the pleaded claims and defenses in this action, in furtherance of the management of the Court's docket under Fed. R. Civ. P. 16, and after receiving the input of the parties to this action, the Court enters the following Scheduling Order:

| [Proposed] Deadline | Event |
|---|---|
| 7 days after entry of this Scheduling Order[1] | Deadline for Motions to Transfer. |
| 38 days after entry of this Scheduling Order | Deadline to add parties without leave of court. |
| 60 days after entry of this Scheduling Order | Deadline for Parties to serve disclosures required by Court's April 13, 2022 Order (Dkt. 31) and Rule 26(a)(1). |
| 60 days after entry of this Scheduling Order | Deadline for Parties to begin rolling document production. |

[1] Defendant Pfizer has moved to stay discovery—and defer entry of a Scheduling Order—until after the Court decides Defendants' motions to dismiss. (ECF 40.)  Defendants ICON and Ventavia have filed their own motions to stay discovery and/or notices of joinder concerning Pfizer's motion to stay.  (ECF 41, 42.)  Relator opposes a stay of proceedings and believes entry of a Scheduling Order should not be delayed.

| [Proposed] Deadline | Event |
|---|---|
| 180 days after entry of this Scheduling Order | Deadline to Complete Document Production and Exchange Privilege Logs. |
| 180 days after entry of this Scheduling Order | Deadline for Plaintiffs to file amended pleadings. A motion for leave to amend is not necessary. |
| 210 days after entry of this Scheduling Order | Deadline for Defendant's final amended pleadings. |
| 210 days after entry of this Scheduling Order | Fact Discovery Deadline. |
| 240 days after entry of this Scheduling Order | Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof, pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b). |
| 270 days after entry of this Scheduling Order | Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof, pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b). |
| 300 days after entry of this Scheduling Order | Deadline to complete expert discovery. |
| 360 days after entry of this Scheduling Order | Deadline to file Rule 56 and Daubert Motions. |
| 30 days after Rule 56 and Daubert Motions | Deadline to file oppositions to Rule 56 and Daubert Motions. |
| 60 days after Rule 56 and Daubert Motions | Deadline to file replies in support of Rule 56 and Daubert Motions. |
| Date will be set by the Court. | Hearing on Rule 56 and Daubert Motions. |
| 2 weeks after the Court's ruling on Rule 56 Motions | Notice of intent to offer certified records. |
| 5 weeks after the Court's ruling on Rule 56 Motions | Parties exchange Rule 26(a)(3) disclosures. Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order |

| [Proposed] Deadline | Event |
|---|---|
| | and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| | To avoid the cost of designating deposition extracts and objecting to same, counsel shall discuss witnesses who have to be presented by deposition. Counsel should agree on a list of witnesses whom each counsel will subpoena, or if beyond the subpoena range (see Federal Rule of Civil Procedure 45), whom each counsel will arrange to have present at trial. |
| 6 weeks after the Court's ruling on Rule 56 Motions | Parties exchange objections to Rule 26(a)(3) disclosures. |
| 6 weeks after the Court's ruling on Rule 56 Motions | For witnesses who are not going to be called live, oral and video deposition designations due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting line and page numbers to be offered. Counsel must consult on any objections, and only those which cannot be resolved shall be presented to the court.[2] The party who filed the initial video deposition designation is responsible for preparation of the final edited video in accordance with all parties' designations, and the court's rulings on objections. (Designations are not to be made for witnesses who will appear live, nor for impeachment on cross-examination.) |
| 7 weeks after the Court's ruling on Rule 56 Motions | Parties exchange objections to designated oral and video depositions extractions. |
| 8 weeks after the Court's ruling on Rule 56 Motions | File unresolved objections to oral and video deposition extracts. |

---

[2] Opposing counsel **shall confer** to determine whether objections can be resolved without a court ruling.  The Court needs a copy of the pertinent deposition to rule on any objection.

| [Proposed] Deadline | Event |
|---|---|
| 4 weeks before Pretrial Conference. | Motions *in Limine* due. <br><br> Deadline to file Joint Final Pretrial Order. (Obtain form for Exhibit List from Eastern District's website; obtain form for Joint Final Pre-Trial Order under the "Standard Forms" tab on Judge Truncale's page. <br><br> Go to Judges > Judge Michael J. Truncale > Standard Forms. http://www.txed.uscourts.gov/judge/judge-michael-truncale. |
| 2 weeks before Pretrial Conference. | Response to Motions *in Limine* due.[3] <br><br> File Proposed Jury Instructions/Verdict Form (or Proposed Findings of Fact and Conclusions of Law). |
| Date will be set by the Court. | If numerous objections are filed the court may set a hearing to consider all pending motions and objections. |
| Date will be set by the Court. | Final Pretrial at 9:00 a.m. in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas. Date parties should be prepared to try case. Provide court with two copies of Exhibit List, using form from District Clerk's Office. Absent agreement of the parties, this should not have exhibits which were not listed in the Final Pretrial Order. |
| Date will be set by the Court. | 9:00 a.m. Jury Selection and Trial in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas. |

---

[3] To save time and space, respond only to items objected to.  All others will be considered to be agreed.  Opposing counsel **shall confer** in an attempt to resolve any dispute over the motions *in Limine* within five calendar days of the filing of any response.  The parties shall notify the Court of all issues which are resolved.