AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America ex rel. Brook Jackson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-CV-00008-MJT |
| Ventavia Research Group, LLC et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ventavia Research Group, LLC.

Date: 05/19/2022

/s/ Stacy L. Brainin
*Attorney's signature*

Stacy L. Brainin  TX02863075
*Printed name and bar number*

Haynes and Boone, LLC
2323 Victory Ave., Ste. 700
Dallas, TX 75219
*Address*

Stacy.Brainin@haynesboone.com
*E-mail address*

(214) 651-5584
*Telephone number*

(214) 200-0373
*FAX number*