AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America ex rel. Brook Jackson | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:21-CV-00008-MJT |
| Ventavia Research Group, LLC et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ventavia Research Group, LLC                                                                                        .

Date:     05/19/2022                                             /s/ Andrew W. Guthrie
                                                                        *Attorney's signature*

                                                          Andrew W. Guthrie  TX24078606
                                                              *Printed name and bar number*

                                                                 Haynes and Boone, LLC
                                                               2323 Victory Ave., Ste. 700
                                                                     Dallas, TX 75219

                                                                        *Address*

                                                         Andrew.Guthrie@haynesboone.com
                                                                     *E-mail address*

                                                                    (214) 651-5821
                                                                 *Telephone number*

                                                                    (214) 200-0615
                                                                     *FAX number*