AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| United States of America ex rel. Brook Jackson ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-CV-00008-MJT |
| Ventavia Research Group, LLC et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ventavia Research Group, LLC   .

Date:   05/19/2022

/s/ Taryn M. McDonald
*Attorney's signature*

Taryn M. McDonald  TX24088014
*Printed name and bar number*

Haynes and Boone, LLC
2323 Victory Ave., Ste. 700
Dallas, TX 75219

*Address*

Taryn.McDonald@haynesboone.com
*E-mail address*

(214) 651-5646
*Telephone number*

(214) 200-0538
*FAX number*