# **EXHIBIT 1**

5/31/22, 2:18 AM  Brook Jackson 🐀💜 on Twitter: "@Tony_Montbags @RSOLpod 2. It is important to note that I reported my concerns to FDA in la…

Case 1:21-cv-00008-MJT   Document 50-2   Filed 06/06/22   Page 2 of 3 PageID #:  1729

Explore

Settings

Search Twitter

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

Tweet

Brook Jackson 🐀💜
@IamBrookJackson

2. It is important to note that I reported my concerns to FDA in late September 2020. At that time, there were about one thousand enrolled; however, Ventavia continued to enroll subjects after this date, so I anticipate the final number to be significantly higher.

12:12 AM · Nov 10, 2021 · Twitter Web App

2 Likes

New to Twitter?

Sign up now to get your own personalized

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service Privacy Policy, including Cookie Use.

Relevant people

Brook Jackson 🐀💜
@IamBrookJackson
Clinical Data Sciences

What's happening

News · LIVE
Johnny Depp and Amber Heard defamation trial reaches jury deliberation

BuzzFeed · 5 hours ago
Kristen Stewart's New Movie Made A Lot Of People Walk Out Of Its Premiere — Here's How She Reacted To That

NBCLX · Yesterday
Black Americans Were Nearly Erased From Memorial Day's History

Trending in United States
RIP KK
14.8K Tweets

Trending in United States
Singer KK
32.6K Tweets

Show more

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign

Brook Jackson 🦋💙 on Twitter: "@Tony_Montbags @RSOLpod 2/ It's important to note that I reposted my concerns to FDA in la…

Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign