# EXHIBIT 2



Explore

Settings

Thread

Brook Jackson 🐭💜
@IamBrookJackson

🚨REMINDER: FDA OIG DOD DOJ HHS & others knew about Pfizer's clinical trial since Sep 2020! Safety efficacy criminal misconduct & they took no action. Pfizer knows! Tell the people how you sent your big shot attorney, Mark to intimidate me. Tell them how you got my cell #.

10:46 PM · Jan 20, 2022 · Twitter for iPhone

**20** Retweets **1** Quote Tweet **58** Likes

**Brook Jackson** 🐭💜 @IamBrookJackson · Jan 20
Replying to @IamBrookJackson
Before these texts there were repeated back to back phone calls I refused to answer. I made an anonymous complaint in Sept20. Not from my cell, didn't give my name, didn't tell them where I worked. And you assume my name? Who are the others?

1 20 38

**The Washup** @WashupCyclone · Jan 21
Replying to @IamBrookJackson
#Nuremberg2

**The Washup** @WashupCyclone · Jan 16
Must see: full English translation of the January 12 debate in the Luxembourg parliament. Testimonies of David Georgiu, Professor Christian Perronne, Anne-Marie Yim, and Dr Benoit Ochs voicing opposition to Covid vaccination in children. 👇
odysee.com/luxembourg:1
Show this thread

1 2 2

**Emmett Hedigan** @HediganEmmett · Jan 21

Search Twitter

## New to Twitter?

Sign up now to get your own personalized

Sign up with Google

Sign up with Apple

Sign up with phone or ema

By signing up, you agree to the Terms of S Privacy Policy, including Cookie Use.

## Relevant people

**Brook Jackson** 🐭💜
@IamBrookJackson
Clinical Data Sciences

## What's happening

News · LIVE
**Johnny Depp and Amber Heard defamation trial reaches jury deliberation**

Trending in United States
**RIP KK**
15.1K Tweets

NBCLX · Yesterday
**Black Americans Were Nearly Erased From Memorial Day's History**

Edinburgh Evening ... · Yesterday
**❤️‍🔥 Meet the cast of Love Island 2022**

Trending in United States
**GO HOME**
61.2K Tweets

Show more

Terms of Service Privacy Policy Cooki
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign

Case 1:21-cv-00008-MJT   Document 50-3   Filed 06/06/22   Page 3 of 3 PageID #: 1733

Brook Jackson🦋💜 on Twitter: "🚨REMINDER: FDA CMS DOD DOJ HHS & others knew about Pfizer's clinical trial since Sep 2…

Show more replies

| | |
|---|---|
| Explore | Search Twitter |
| Settings | |

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign