# **EXHIBIT 3**



Explore

Settings

Search Twitter

**Brook Jackson** 🐭💜 @IamBrookJackson · Feb 13
Pardon me, @US_FDA, why do @pfizer eCRFs not match the original site source for site 1096 & 1128? Nevermind, criminals.

You should all go to jail & your bank accounts drained and put into a fund for the vaccine injured!

66 922 1,977

**anon dot** @_ShotaManDown · Feb 13
What are eCfrs?

2 6 23

**Brook Jackson** 🐭💜 @IamBrookJackson · Feb 13
Electronic case report forms. The clinical trial sites collect data on paper & then should enter that same data into Pfizer's database or eCRFs. The FDA only sees the clean version of eCRFs, never the site data…they bent over & took Pfizer's word that there was nothing there.

6 111 434

**anon dot** @_ShotaManDown · Feb 13
And so this means the FDA probably never took a second look at Pfizer's data. Is this why Pfizer wanted to "intervene" and "help" the FDA redact documents before 3/1? Hmmmm

## Tweet

**Brook Jackson** 🐭💜
@IamBrookJackson

Replying to @_ShotaManDown @US_FDA and @pfizer

The FDA & US govt knew about the Ventavia data and are complicit in fraud, period. There is no question or any way to cover that up.

My question is: When will Pfizer and those involved be held accountable? They need to answer for what they've done.

3:32 PM · Feb 13, 2022 · Twitter for iPhone

**73** Retweets **3** Quote Tweets **234** Likes

**mary** @cherzous · Feb 14
Replying to @IamBrookJackson @_ShotaManDown and 2 others
Can I ask a simple question? At this point in time who actually is the one person/entity that could haul all of this in, press pause and hold Pfizer & friends to account?

3 8

Show replies

**King David** @fswarrior · Feb 14
Replying to @IamBrookJackson @_ShotaManDown and 2 others
Here is a big group of people trying really hard to bring evidence to the public, which hopefully leads to some accountability.

> **King David** @fswarrior · Feb 6
> Well here it is folks, this is the best shot we have at holding these people accountable for the plandemic.

**New to Twitter?**

Sign up now to get your own personalized

Sign up with Google

Sign up with Apple

Sign up with phone or ema

By signing up, you agree to the Terms of S Privacy Policy, including Cookie Use.

**Relevant people**

**Brook Jackson** 🐭💜
@IamBrookJackson
Clinical Data Sciences

**anon dot**
@_ShotaManDown
Shetaut Neter

**U.S. FDA**
@US_FDA
Our tweets are FDA Appro
Privacy Policy - go.usa.gov

**What's happening**

News · LIVE
**Johnny Depp and Amber Heard defamation trial reaches jury deliberation**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign

5/31/22, 2:28 PM  Brook Jackson 🐭💜 on Twitter: "@_ShotaManDown @US_FDA @pfizer The FDA & US govt knew about the Ventavia data and…

rumble.com/vu6vi3-grand-j…

Show this thread

Twitter

# Explore

Settings

💬  ⟲ 1  ♡ 9  ⬆

**Julie Anna McCracken** @jarmccoy · Feb 14
Replying to @IamBrookJackson @_ShotaManDown and 2 others
I would assume fraud would negate their immunity?

💬 1  ⟲  ♡ 3  ⬆

**Brook Jackson 🐭💜** @IamBrookJackson · Feb 14
Sure would!

💬 1  ⟲  ♡ 2  ⬆

Show replies

**Edwardo Moto** @edwardo_mota · Feb 14
Replying to @IamBrookJackson @NLeespeaking and 3 others
Just guessing here but I'm going to say never

💬  ⟲  ♡  ⬆

Show more replies

Search Twitter

**Made A Lot Of People Walk Out Of Its Premiere — Here's How She Reacted To That**

NBCLX ✓ · Yesterday
**Black Americans Were Nearly Erased From Memorial Day's History**

Trending in United States
**Lia Thomas**
13.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign