IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **Brook Jackson,**<br><br>　　Plaintiff,<br><br>v.<br><br>**VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,**<br><br>　　Defendants. | CASE NO. 1:21-CV-00008-MJT |

### ORDER

　　Before the Court is Ventavia Research Group, LLC's Motion to Dismiss Relator's Amended Complaint filed on June 6, 2022. The Court has considered the motion, any responses, as well as all arguments made, evidence submitted and authorities cited, and the Court hereby GRANTS Ventavia Research Group, LLC's Motion to Dismiss.

**IT IS SO ORDERED.**