# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.: 1:21-cv-00008-MJT |

## DECLARATION OF MEAGAN D. SELF REGARDING REPLY IN SUPPORT OF PFIZER'S MOTION TO STAY DISCOVERY

Meagan D. Self declares pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the State of Texas and am admitted to the bar of this Court. I am an attorney with the law firm of DLA Piper LLP (US), attorneys for Defendant Pfizer Inc. ("Pfizer") in this action.

2. This declaration, together with the attached exhibits, is being submitted in connection with the Reply in Support of Pfizer's Motion to Stay Discovery, filed June 7, 2022 (the "Reply").

3. The Reply references documents not previously filed on this Court's docket.

4. Pfizer submits as exhibits to this Declaration the following documents referenced below:

   a) Attached hereto as **Exhibit A** is a true and correct copy of Brook Jackson's May 30, 2022 Twitter post stating "Pfizer recently called me anti-government and an anti-vaxxer w/an agenda. When it comes to this you're damn right!"

1

b) Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of Brook Jackson's May 31, 2022 Twitter post stating "there is zero rationale for keeping [Pfizer's vaccine] on the market" because, in her view, it is "defective & harmful."

c) Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of Brook Jackson's May 31, 2022 "retweet" of a Twitter post from her counsel (@barnes_law), which suggests COVID-19 vaccines kill far more people annually than assault rifles do.

d) Attached hereto as **<u>Exhibit D</u>** is a true and correct copy of Brook Jackson's June 2, 2022 Twitter post about the CDC and FDA stating "'take them down to the very studs and fumigate them, fire all top level people…and run them out of dodge.'"

e) Attached hereto as **<u>Exhibit E</u>** is a true and correct copy of Brook Jackson's January 17, 2022 Twitter post containing an image of the caption page from her pending qui tam complaint.

f) Attached hereto as **<u>Exhibit F</u>** is a true and correct copy of Brook Jackson's January 17, 2022 Twitter string, which posts content from her complaint summarizing its core allegations and legal theories.

g) Attached hereto as **<u>Exhibit G</u>** is a true and correct copy of Brook Jackson's counsel's May 27, 2022 Twitter post stating "Pfizer counsel's claim in court: Even if Pfizer made false statements about vaccine, it doesn't matter because Feds would have given Pfizer $2Billion anyway!"

h) Attached hereto as **<u>Exhibit H</u>** is a true and correct copy of Brook Jackson's May 27, 2022 "retweet" of her counsel's Twitter post quoted above in association with Exhibit G.

i)   Attached hereto as **<u>Exhibit I</u>** is a true and correct copy of Brook Jackson's May 27,

2022 Twitter post stating "Judge wants to allow us at least the discovery we need

to oppose the motion to dismiss, and maybe a bit more, and is open to the possibility

the case goes to trial…We move on, people! YES!!"

Dated:  June 7, 2022                              _s/ Meagan D. Self_____
        Dallas, Texas                             Meagan D. Self

# Exhibit A

← **Tweet**



**Brook Jackson** 🦟 💜   ···
@IamBrookJackson

Pfizer recently called me anti-government and an anti-vaxxer w/an agenda. When it comes to this  you're damn right!

Oh, and the "landmark" clinical trial you described in court will never carry the meaning you intended! Never!





amgreatness.com
Whistleblower's Lawyer: Pfizer Got Away With Vaccine Fraud Because Govern...
Pfizer has asked a U.S. court to throw out a whistleblower's lawsuit on the basis that the company can't be guilty of fraud, abuse, and protocol violations in its ...

11:24 PM · May 30, 2022 · Twitter for iPhone

**870** Retweets   **52** Quote Tweets   **1,865** Likes

▶   💬   ⟲   ♡   ⬆

# Exhibit B

← **Tweet**

 **Brook Jackson** 🦋 💜          ...
@IamBrookJackson

Actually, there is zero rationale for keeping this product on the market. It is defective & harmful.

And the FDA can't recall it nor can it force Pfizer to do it.

The agency can only recommend a recall. The manufacturer must initiate it.

>  Joanna Baron @jobearon · May 30
> There is currently zero scientific rationale for keeping the vaccine requirement for travel in place. A purely punitive policy. twitter.com/MelissaLantsma...

10:20 AM · May 31, 2022 · Twitter for iPhone

**135** Retweets    **2** Quote Tweets    **374** Likes

# Exhibit C



# Exhibit D

← **Tweet**

 **Brook Jackson** 🏸 💜
@IamBrookJackson

...

"CDC, NIH, FDA, NIAID, take them down to the very studs and fumigate them, fire all top level people, fire them, no pensions, and run them out of dodge. " - Dr. Paul Alexander

 palexander.substack.com
Dr. Paul E. Alexander: the entire filed of evidence-based me...
EBM & Public health (PH) killed itself over COVID; it fell in love then committed suicide, PH is pure garbage, U of ...

10:00 PM · Jun 2, 2022 · Twitter for iPhone

**120** Retweets   **5** Quote Tweets   **279** Likes

# Exhibit E



← **Tweet**

**Brook Jackson** 🎀 💜 @IamBrookJackson · Jan 17  •••
Defendants' false records went to the very essence of the bargain the
United States contracted for. DoD contracted to purchase vaccines found
effective by a valid clinical trial conducted according to the protocol
submitted by Pfizer. The integrity of the entire clinical trial 1/

▶   ○ 4        �17 15        ♡ 29        ⬆

**Rui** @Sruiruim · Jan 17  •••
@IamBrookJackson what am I reading?

▶   ○ 1      �17      ♡ 1      ⬇      ⬆

**Brook Jackson** 🎀 💜  •••
@IamBrookJackson

Replying to @Sruiruim

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

§
UNITED STATES OF AMERICA          §     RELATOR BROOK JACKSON'S
*ex rel.* Brook Jackson,             §     ORIGINAL COMPLAINT FOR
                                  §     VIOLATIONS OF THE FEDERAL
                                  §     FALSE CLAIMS ACT
     Plaintiff,                    §
                                  §     **FILED UNDER SEAL**
lv.                               §     PURSUANT TO 31 U.S.C. § 3730(b)
                                  §
                                  §     CASE NO. _____
VENTAVIA RESEARCH GROUP, LLC;     §
PFIZER INC.; ICON PLC.            §     DO NOT PUT ON PACER
                                  §
     Defendants.                   §     DO NOT PLACE IN PRESS BOX
                                  §

9:48 PM · Jan 17, 2022 · Twitter Web App

**10** Likes

# Exhibit F



← **Thread**

**Brook Jackson** 🎾 💜 @IamBrookJackson · Jan 17 ···
Defendants' false records went to the very essence of the bargain the
United States contracted for. DoD contracted to purchase vaccines found
effective by a valid clinical trial conducted according to the protocol
submitted by Pfizer. The integrity of the entire clinical trial 1/

▶    ○ 4        ↻ 15        ♡ 29        ↥

**Brook Jackson** 🎾 💜 @IamBrookJackson · Jan 17 ···
was compromised by the trial protocol violations, false source documents,
and the false data that resulted, which calls the vaccine's EUA into
question. 2/

▶    ○ 1        ↻ 1        ♡ 9        ↥

**Brook Jackson** 🎾 💜 @IamBrookJackson · Jan 17 ···
The EUA Pfizer obtained is based on a deeply flawed clinical trial that
violated FDA regulations and the clinical trial protocol Pfizer submitted to
the United States. This means that the vaccine is misbranded.3/

▶    ○ 2        ↻ 1        ♡ 11        ↥

**Brook Jackson** 🎾 💜 @IamBrookJackson · Jan 17 ···
The alleged fraudulent scheme has caused the United States to pay billion
that it would not have paid had it known that the safety and efficacy of the
vaccine at issue was not accurately represented or properly proven. 4/

▶    ○ 1        ↻ 3        ♡ 17        ↥

**Brook Jackson** 🎾 💜 ···
@IamBrookJackson

This means that, at worst, the vaccine could be far less
effective than represented, and the United States has
paid billions for something that will not protect the
public from COVID-19. At best, the vaccine is effective,
but Pfizer will still have profited from the pandemic. 5

9:21 PM · Jan 17, 2022 · Twitter Web App

**4** Retweets    **16** Likes

# Exhibit G



# Exhibit H



# Exhibit I

← **Tweet**

 **Brook Jackson** 🐀 💜
@IamBrookJackson                                    ...

Judge wants to allow us at least the discovery we need to oppose the motion to dismiss, and maybe a bit more, and is open to the possibility the case goes to trial.

He also recognized the power gap of so many big law firms on behalf of "you know who".

We move on, people! YES!!

4:25 PM · May 27, 2022 · Twitter for iPhone

**150** Retweets   **12** Quote Tweets   **719** Likes