# EXHIBIT 1

Case 1:21-cv-00008-MJT   Document 53-2   Filed 06/07/22   Page 2 of 3 PageID #:  1863

Twitter

# Explore

Settings

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

This Tweet was deleted by the Tweet author. Learn more

Tweet

Brook Jackson 🐀💜
@IamBrookJackson

2. It is important to note that I reported my concerns to FDA in late September 2020. At that time, there were about one thousand enrolled; however, Ventavia continued to enroll subjects after this date, so I anticipate the final number to be significantly higher.

12:12 AM · Nov 10, 2021 · Twitter Web App

2 Likes

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service Privacy Policy, including Cookie Use.

**Relevant people**

Brook Jackson 🐀💜
@IamBrookJackson
Clinical Data Sciences

**What's happening**

News · LIVE
Johnny Depp and Amber Heard defamation trial reaches jury deliberation

BuzzFeed ✓ · 5 hours ago
Kristen Stewart's New Movie Made A Lot Of People Walk Out Of Its Premiere — Here's How She Reacted To That

NBCLX ✓ · Yesterday
Black Americans Were Nearly Erased From Memorial Day's History

Trending in United States
RIP KK
14.8K Tweets

Trending in United States
Singer KK
32.6K Tweets

Show more

Don't miss what's happening
People on Twitter are the first to know.

Log in     Sign

5/31/22, 2:18 PM
Brook Jackson 🦋💙 on Twitter: "@Tony_Montbags @RSOLpod 2/ It is important to note that I reported my concerns to FDA in la…

Case 1:21-cv-00008-MJT Document 53-2 Filed 06/07/22 Page 3 of 3 PageID #: 1864

Search Twitter

Explore

Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in

Sign