# EXHIBIT 2

5/31/22, 2:20 PM                Brook Jackson 🐭 💜 on Twitter: "🚨REMINDER: FDA OIG DOD DOJ HHS & others knew about Pfizer's clinical trial since Sep 2…

Case 1:21-cv-00008-MJT Document 53-3 Filed 06/07/22 Page 2 of 3 PageID #: 1866



Case 1:21-cv-00008-MJT   Document 53-3   Filed 06/07/22   Page 3 of 3 PageID #:  1867

Brook Jackson 🦋💙 on Twitter: "🚨REMINDER: FDA OG DOD DOJ HHS & others knew about Pfizer's clinical trial since Sep 2…

Show more replies

- Explore
- Settings

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign