# EXHIBIT 8

Brook Jackson 🦋 💜 on Twitter: "Judge wants to allow us at least the discovery we need to oppose the motion to dismiss, and m…



← **Tweet**

🔍 Search Twitter

🐦

# Explore
⚙️ Settings

**Brook Jackson 🦋 💜**
@IamBrookJackson

Judge wants to allow us at least the discovery we need to oppose the motion to dismiss, and maybe a bit more, and is open to the possibility the case goes to trial.

He also recognized the power gap of so many big law firms on behalf of "you know who".

We move on, people! YES!!

4:25 PM · May 27, 2022 · Twitter for iPhone

**145** Retweets   **12** Quote Tweets   **704** Likes

**Jane Whitfield** @JaneWhi97654079 · May 27
Replying to @IamBrookJackson
We're rooting for you every step Brook. Love from U.K.

31

**Positive Warriors Fan** @Dubs4LifeCrew · May 27
Replying to @IamBrookJackson
Thanks for your honesty calling out the issues with the data integrity

12

**Bilbobagga | 🐉 |** @_Bilbobagga · May 27
Replying to @IamBrookJackson
Game on! We got this.

7

Show more replies

## More Tweets

**Tulsi Gabbard 🌺 ✓** @TulsiGabbard · 9h
While we struggle to afford food and fuel, the elite gathered at Davos/WEF to discuss how we should be allowed to live our lives. Their totalitarian dream of a so-called "Great Reset" where people own nothing and are tracked/monitored with every step, must be condemned by us all.

1,684   10.9K   46.5K

**Tim Pool ✓** @Timcast · 20h
This is what evil looks like

**Disclose.tv** @disclosetv · 22h
NOW - PM Trudeau: "It will no longer be possible to buy, sell, transfer, or import handguns anywhere in Canada."

**New to Twitter?**

Sign up now to get your own personalized

G  Sign up with Google

🍎  Sign up with Apple

Sign up with phone or ema

By signing up, you agree to the Terms of S Privacy Policy, including Cookie Use.

**Relevant people**

**Brook Jackson 🦋 💜**
@IamBrookJackson
Clinical Data Sciences

## What's happening

News · LIVE
**Johnny Depp and Amber Heard defamation trial reaches jury deliberation**

The Times ✓ · Last night
**EU bans majority of Russian oil imports**

NottinghamForest… ✓ · Yesterday
**Nottingham Forest celebrate promotion to the Premier League with their fans in the city centre**

News · Last night
**K-pop band BTS meet President Biden at the White House**
Trending with #BTSatTheWhiteHouse, BTS FIGHTING

Trending in United States
**#RIPKK**
26.5K Tweets

Show more

Terms of Service   Privacy Policy   Cooki
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign

5/31/22, 2:4  Brook Jackson 🔁🐦 on Twitter: "Judge wants to allow us at least the discovery we need to oppose the motion to dismiss, and m…

Twitter

# Explore

⚙ Settings

🔍 Search Twitter

💬 5,442    🔁 7,275    ♡ 39.5K    ⬆

**Thomas Massie** ✓ @RepThomasMassie · 19h
The dystopian future Trudeau is manifesting in Canada is coming to America if US citizens don't get involved.

> **Disclose.tv** @disclosetv · 22h
> NOW - PM Trudeau: "It will no longer be possible to buy, sell, transfer, or import handguns anywhere in Canada."

💬 4,501    🔁 3,794    ♡ 15.1K    ⬆

**thebradfordfile** @thebradfordfile · 19h
So basically Trudeau is a dictator and Biden wants to be one too.

💬 459    🔁 2,020    ♡ 14.6K    ⬆

**Mark R. Levin** ✓ @marklevinshow · 18h
Canada is gone

> **Disclose.tv** @disclosetv · 22h
> NOW - PM Trudeau: "It will no longer be possible to buy, sell, transfer, or import handguns anywhere in Canada."

💬 4,442    🔁 2,891    ♡ 13.6K    ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign

Brook Jackson 🔁❤️ on Twitter: "Judge wants to allow us at least the discovery we need to oppose the motion to dismiss, and m...

🐦

# Explore

⚙ Settings

🔍 Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   **Sign**

5/31/22, 2:4... Case 1:21-cv-00008-MJT Document 53-9 Filed 06/07/22 Page 5 of 7 PageID #: 1897

Brook Jackson 🌸💙 on Twitter: "Judge wants to allow us at least the discovery we need to oppose the motion to dismiss, and m...

🐦

# Explore

⚙ Settings

🔍 Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign**

🐦

\# Explore

⚙ Settings

🔍 Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in            **Sign**

Brook Jackson 🛡️💙 on Twitter: "Judge wants to allow us at least the discovery we need to oppose the motion to dismiss, and m...

🐦

\# Explore

⚙ Settings

🔍 Search Twitter

---

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    **Sign**