IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. Rel. BROOK JACKSON | ) ) ) CASE NO.: 1:21-CV-00008-MJT |
| Plaintiff, | ) JUDGE MICHAEL J. TRUNCALE ) ) |
| v. | ) **NOTICE OF APPEARANCE** ) |
| DON BISHOP, | ) ) |
| Defendant. | ) |

Now comes Brook Jackson, through undersigned counsel, who notifies this Court that Attorney Warner Mendenhall appears on her behalf as additional counsel.

Respectfully Submitted,

/s/Warner Mendenhall
Warner Mendenhall (Ohio Bar No. 0070165)
Mendenhall Law Group
190 North Union St., Suite 201
Akron, OH 44304
330.535.9160
fax330.762.9743
warnermendenhall@gmail.com
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

A copy of the foregoing has been sent by the Court's Electronic Filing System to all parties of record on 7-22-2022

/s/Warner Mendenhall
Warner Mendenhall (Ohio Bar No. 0070165)