### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON,  )<br>)<br>Relator,  )<br>)<br>v.  )<br>)<br>VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON, PLC  )<br>)<br>Respondents.  ) | Civil Action No.: 1:21-cv-00008-MJT<br><br>**UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE AND OTHER DEADLINES** |

Now comes Brook Jackson, through undersigned counsel, who moves this Court for additional time to respond to the pending motions to dismiss, and to amend other deadlines per the proposed order attached hereto and incorporated herein. Warner Mendenhall was recently added as counsel and needs additional time to review and respond to the issues in the case. Relator's counsel has conferred with Respondents' counsel. Respondents are unopposed to a 14-day extension of Relator's deadline for responding to their motions to dismiss, so long as the Court is also willing to extend other upcoming deadlines by the same amount of time, as reflected in the attached proposed order.

Respectfully Submitted,

/s/Warner Mendenhall
Warner Mendenhall (Ohio Bar No. 0070165)
Mendenhall Law Group
190 North Union St., Suite 201
Akron, OH 44304
330.535.9160; f 330.762.9743
warner@warnermendenhall.com

*Attorney for Relator*

1

**CERTIFICATE OF SERVICE**

A copy of the foregoing has been sent by the Court's Electronic Filing System to all parties of record on July 29, 2022.

/s/Warner Mendenhall
Warner Mendenhall (Ohio Bar No. 0070165)

Andrew J. Hoffman , II    andrew.hoffman@us.dlapiper.com, laverne.patane@us.dlapiper.com

Andrew Wade Guthrie    andrew.guthrie@haynesboone.com

Carlton Wessel    carlton.wessel@us.dlapiper.com, elva.barriteau@us.dlapiper.com

Elai Katz    ekatz@cahill.com

Jennifer Neiman Hinds    jennifer.hinds@huschblackwell.com, jhinds728@gmail.com

Lexis Elizabeth Anderson    lexisanderson@barneslawllp.com, lexis.anderson@protonmail.com

Meagan Dyer Self    meagan.self@dlapiper.com, rose-chambers1068@ecf.pacerpro.com, rose.chambers@us.dlapiper.com

Michael Wayne Lockhart    michael.lockhart@usdoj.gov, CaseView.ECF@usdoj.gov, cossette.callahan@usdoj.gov, USATXE.CivECFBmt@usdoj.gov

Peter Linken    plinken@cahill.com, MA@cahill.com

Robert E Barnes    robertbarnes@barneslawllp.com

Scott L Davis    Scott.Davis@huschblackwell.com, becky.klunkert@huschblackwell.com, Valerie.Stephens@huschblackwell.com, Whittney.Lyon@huschblackwell.com

Stacy Lee Brainin    stacy.brainin@haynesboone.com, kimberly.dean@haynesboone.com

Tammy Roy    troy@cahill.com

Taryn McKenzie McDonald    taryn.mcdonald@haynesboone.com

Tommy Lee Yeates    tyeates@moorelandrey.com, bhammers@moorelandrey.comarner Mendenhall (Ohio Bar No. 0070165)