## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON, PLC )<br>)<br>Defendants. ) | Civil Action No.: 1:21-cv-00008-MJT |

## ORDER AMENDING BRIEFING SCHEDULE AND OTHER DEADLINES

Upon consideration of Relator's Unopposed Motion to Amend Briefing Schedule and Other Deadlines, and the entire record, it is hereby **ORDERED** that the Motion is **GRANTED** and the below deadlines are amended as set forth below:

| | |
|---|---|
| Motions to Dismiss: | June 6, 2022 |
| Opposition(s) to Motions to Dismiss: | August 22, 2022 |
| Replies in Support of Motions to Dismiss: | September 20, 2022 |
| Deadline for Parties to Serve Disclosures Required by Court's April 13, 2022 Order (Dkt. 31) and Rule 26(a)(1) | December 15, 2022 |
| Deadline for Parties to Begin Rolling Document Production | December 15, 2022 |

Absent further order of the Court, all other deadlines remain unchanged.