IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | § | |
| BROOK JACKSON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO.  1:21-CV-00008 |
| v. | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| VENTAVIA RESEARCH GROUP, LLC; | § | |
| PFIZER, INC.; ICON, PLC, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING UNOPPOSED MOTION TO AMEND
## BRIEFING SCHEDULE AND OTHER DEADLINES

Before the Court is Relator Brook Jackson's Unopposed Motion to Amend Briefing Schedule and Other Deadlines. [Dkt. 60].  Relator is requesting the Court extend her time to respond to the pending motions to dismiss, and to amend other deadlines in this matter. After considering the Relator's unopposed motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Relator Brook Jackson's Unopposed Motion to Amend Briefing Schedule and Other Deadlines [Dkt. 60] is hereby **GRANTED**, and the following deadlines shall apply:

1. **Motions to Dismiss:**                                              **EXPIRED**

2. **Opposition(s) to Motions to Dismiss:**                  **August 22, 202**

3. **Replies in Support of Motions to Dismiss:**          **September 20, 2022**

4. **Deadline for Parties to Serve Disclosures**
   **Required by Court's April 13, 2022 Order**
   **[Dkt. 31] and Rule 26(a)(1)**                               **December 15, 2022**

5.  **Deadline for Parties to Begin Rolling**
    **Document Production:**                              **December 15, 2022**

Absent further order of this Court, all other deadlines remain unchanged.

**SIGNED this 29th day of July, 2022.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge