IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-00008 JUDGE MICHAEL TRUNCALE |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC, | § § § § | |
| *Defendants.* | § § | |

## ORDER DENYING AS MOOT VENTAVIA RESEARCH GROUP, LLC'S MOTION TO DISMISS

Before the Court is Defendant Ventavia Research Group, LLC ("Defendant")'s Motion to Dismiss. [Dkt. 50]. Subsequent to this filing, Defendant filed its Corrected Motion to Dismiss. [Dkt. 53]. In light of Defendant's corrected filing, the Court denies as moot Defendant's Motion to Dismiss [Dkt. 50].

It is therefore **ORDERED** that Defendant Ventavia Research Group, LLC's Motion to Dismiss [Dkt. 50] is hereby **DENIED AS MOOT**.

**SIGNED** this 12th day of August, 2022.

*[signature]*
Michael J. Truncale
United States District Judge