IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | ) ) ) | CASE NO..: 1:21-CV-00008-MJT |
| Relator, | ) ) ) | **JUDGE MICHAEL J. TRUNCALE** |
| v. | ) ) ) | **MOTION TO EXCEED PAGE LIMIT** |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON, PLC | ) ) ) ) | |
| Respondents. | ) ) | |

Now comes Relator Brook Jackson, through undersigned counsel, who moves this Court to permit her Brief in Response to the Motions to Dismiss to exceed the page limit set by L.R 47(a)(1). Rather than filing three 30-page responses, she intends to file a consolidated response of about 40 pages. Respondents filed three motions to dismiss totaling 77 pages.

Respectfully Submitted,

/s/Warner Mendenhall
Warner Mendenhall (Ohio Bar No. 0070165)
Mendenhall Law Group
190 North Union St., Suite 201
Akron, OH 44304
Telephone: 330.535.9160
warner@warnermendenhall.com

Robert E. Barnes, Esq.
Email: robertbarnes@barneslawllp.com
Lexis Anderson, Esq.
Email: lexisanderson@barneslawllp.com
BARNES LAW
700 S. Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (310) 510-6211

*Counsel for Relator Brook Jackson*

1

## CERTIFICATE OF SERVICE

A copy of the foregoing has been sent by the Court's Electronic Filing System to all parties of record on 8-22-2022.

/s/Warner Mendenhall
Warner Mendenhall (Ohio Bar No. 0070165)

## CERTIFICATE OF CONFERENCE

Counsel for Relator has complied with the meet and confer requirement in Local Rule CV-7(h); the motion is unopposed.

/s/Warner Mendenhall
Warner Mendenhall (Ohio Bar No. 0070165)