**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | ) ) ) | CASE NO..: 1:21-CV-00008-MJT |
| Relator, | ) ) ) | **JUDGE MICHAEL J. TRUNCALE** |
| v. | ) ) ) | **ORDER** |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON, PLC | ) ) ) | |
| Respondents. | ) ) ) | |

For good cause shown, Relator Brook Jackson's motion to exceed page limit is granted.

1