UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* BROOK JACKSON,<br><br>        Relator,<br><br>vs.<br><br>VENTAVIA RESEARCH GROUP, LLC,<br>*et al.*<br><br>        Respondents. | Case No.: 1:21-CV-00008-MJT<br><br>JUDGE MICHAEL J. TRUNCALE |

**ORDER DENYING RESPONDENTS' MOTIONS TO DISMISS RELATOR'S AMENDED COMPLAINT**

Having considered Respondents' Motions to Dismiss Relator's Amended Complaint and Relator's response in opposition, it is hereby ordered that Respondents' Motions to Dismiss Relator's Amended Complaint are DENIED.

IT IS SO ORDERED.