IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-00008 JUDGE MICHAEL TRUNCALE |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC, | § § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING RELATOR'S MOTION TO EXCEED PAGE LIMIT

Before the Court is Relator Brook Jackson's Motion to Exceed Page Limit. [Dkt. 63]. The Local Rules state that responses to dispositive motions shall not exceed thirty (30) pages, excluding attachments, unless leave of Court is obtained. Local Rule CV-7(a)(1). Relator is seeking leave to exceed the page limitation. After considering Relator's motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Relator Brook Jackson's Motion to Exceed Page Limit [Dkt. 63] is **GRANTED**.

**SIGNED this 23rd day of August, 2022.**

Michael J. Truncale
United States District Judge