UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | ) ) ) | Case No.: 1:21-CV-00008-MJT |
| Relator, | ) ) | |
| vs. | ) ) | RELATOR BROOK JACKSON'S MOTION FOR LEAVE TO |
| VENTAVIA RESEARCH GROUP, LLC, *et al*. | ) ) ) | RESPOND TO STATEMENT OF INTEREST |
| Respondents. | ) ) | |

Relator Brook Jackson, through undersigned counsel, moves for leave to respond to the Statement of Interest filed October 4, 2022 by the United States, Doc. 70. While there is no apparent right to respond to a Statement of Interest under 28 U.S.C. § 517, the Statement submitted by the United States is not merely a statement of the United States' interest in this litigation but offers additional argument in support of dismissing the Amended Complaint. Relator respectfully requests an opportunity to respond to the legal arguments asserted in the United States' Statement of Interest, on or before October 27, 2022.

Counsel for Relator represents that on October 11, 2022 counsel for Respondents Pfizer, Ventavia, and Icon stated they take no position on this motion and will not oppose.

Respectfully Submitted,

/s/Warner Mendenhall
Warner Mendenhall (Ohio Bar No. 0070165)
MENDENHALL LAW GROUP
190 North Union St., Suite 201
Akron, OH 44304
330.535.9160; f 330.762.9743
warner@warnermendenhall.com

*Attorney for Relator*

1

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing has been sent by the Court's Electronic Filing System to all parties of record on 10-11-2022.

                                                  <u>/s/Warner Mendenhall</u>
                                                  Warner Mendenhall (Ohio Bar No. 0070165)