**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON, PLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.: 1:21-cv-00008-MJT |

**ORDER GRANTING RELATOR LEAVE**
**TO RESPOND TO STATEMENT OF INTEREST**

Upon consideration of Relator's Motion for Leave to Respond to Statement of Interest, and in consideration that Counsel for Respondents has indicated they have no intention to oppose Realtor's request for leave, the Court finds it is in the interests of justice to permit Relator to respond to the Statement of Interest filed October 4, 2022 by the United States, Doc. 70.

Relator's Motion for Leave, Doc. 71, is hereby **GRANTED**. Relator may file a response to the Statement of Interest of the United States by October 27, 2022.

Absent further order of the Court, all other deadlines remain unchanged.

_____
JUDGE