IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-00008 JUDGE MICHAEL TRUNCALE |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC, | § § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING RELATOR'S MOTION FOR LEAVE TO RESPOND TO STATEMENT OF INTEREST

Before the Court is Relator Brook Jackson's Motion for Leave to Respond to Statement of Interest. [Dkt. 71]. Relator is seeking leave to respond to the United States' Statement of Interest [Dkt. 70] recently filed in this matter. After considering Relator's motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Relator Brook Jackson's Motion for Leave to Respond to Statement of Interest [Dkt. 71] is **GRANTED**. Relator shall have until October 27, 2022 to respond.

**SIGNED this 14th day of October, 2022.**

*(signature)*
Michael J. Truncale
United States District Judge