**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel*. BROOK JACKSON,<br><br>                        Plaintiff,<br><br>        -v-<br><br>VENTAVIA RESEARCH GROUP, LLC;<br>PFIZER INC.; and ICON PLC,<br><br>                    Defendants. | Case No. 1:21-cv-00008-MJT |

**ICON PLC'S UNOPPOSED MOTION TO WITHDRAW**
**PETER LINKEN AS COUNSEL**

PLEASE TAKE NOTICE, that in accordance with Local Rule CV-11(c),

defendant ICON plc ("ICON") hereby respectfully moves to withdraw the appearance of Peter

Linken as counsel of record.  Mr. Linken is no longer affiliated with the law firm of Cahill

Gordon & Reindel LLP.  Attorneys Scott L. Davis of the law firm of Husch Blackwell, LLP, as

well as Elai Katz and Tammy Roy of the law firm of Cahill Gordon & Reindel LLP, have

previously appeared in this matter on behalf of ICON, and will remain as counsel of record for

ICON.

Dated: October 18, 2022

Respectfully submitted,

/s/ Scott L. Davis
Scott L. Davis
HUSCH BLACKWELL, LLP
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 999-6184
Email: scott.davis@huschblackwell.com

Elai Katz (admitted *pro hac vice*)
Tammy Roy (admitted *pro hac vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3720
Email: ekatz@cahill.com
        troy@cahill.com

*Counsel for Defendant ICON plc*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, a copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF System, which will send notice of this filing to all counsel of record.

/s/ Scott L. Davis
Scott L. Davis

2