UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. BROOK JACKSON,<br><br>Plaintiff,<br><br>-v-<br><br>VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; and ICON PLC,<br><br>Defendants. | Case No. 1:21-cv-00008-MJT |

### [PROPOSED] ORDER GRANTING ICON PLC'S UNOPPOSED MOTION TO WITHDRAW PETER LINKEN AS COUNSEL

Upon consideration of defendant ICON plc's ("ICON") Unopposed Motion to Withdraw the Appearance of Peter Linken as Counsel of Record in this matter, the Court finds that good cause exists and that the Motion to Withdraw the Appearance of Peter Linken as Counsel of Record should be GRANTED.

IT IS HEREBY ORDERED that attorney Peter Linken is withdrawn as counsel of record for ICON, and that attorneys Scott L. Davis of the law firm of Husch Blackwell, LLP, as well as Elai Katz and Tammy Roy of the law firm of Cahill Gordon & Reindel LLP will remain as counsel of record for ICON.