IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, <br><br>*Plaintiff,* <br><br>v. <br><br>VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC, <br><br>*Defendants.* | CIVIL ACTION NO. 1:21-CV-00008 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER GRANTING ICON PLC'S UNOPPOSED MOTION TO WITHDRAW PETER LINKEN AS COUNSEL

Before the Court is Defendant ICON PLC's Unopposed Motion to Withdraw Peter Linken as Counsel. [Dkt. 73]. Defendant has advised that Mr. Linken is no longer affiliated with the law firm of Cahill Gordon & Reindel LLP, one of the law firms representing Defendant in this matter. After considering Defendant's unopposed motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Defendant ICON PLC's Unopposed Motion to Withdraw Peter Linken as Counsel [Dkt. 73] is **GRANTED**. The Clerk is **INSTRUCTED** to remove Mr. Linken's name as counsel for Defendant in this matter.

**SIGNED this 19th day of October, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge