UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON | § § § |
| Relator, | § § |
| vs. | § CASE NO. 1:21-cv-00008-MJT § |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON PLC, | § § § § |
| Respondents. | § § |

## ORDER GRANTING DEFENDANT PFIZER, INC.'S MOTION TO WITHDRAW AND SUBSTITUTE CO-COUNSEL OF RECORD

The Court has considered Defendant's Motion to Withdraw and Substitute Counsel of Record for Defendant, Pfizer, Inc., it is therefore:

ORDERED that the Court permits the withdrawal of the law firm of Moore Landrey, LLP, including Tommy Lee Yeates, as co-counsel for Pfizer, Inc., and that Jack P. Carroll, of Orgain Bell & Tucker, LLP, 470 Orleans St., 4th Floor, Beaumont, Texas 77701, be substituted as co-counsel of record for Defendant, Pfizer, Inc., in place of Tommy Lee Yeates of Moore Landrey, LLP, and the law firm of Moore Landry, LLP.