IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, § § § *Plaintiff,* § § v. § § VENTAVIA RESEARCH GROUP, LLC; § PFIZER INC.; ICON, PLC, § § *Defendants.* § | CIVIL ACTION NO.  1:21-CV-00008 JUDGE MICHAEL J. TRUNCALE |

## ORDER GRANTING DEFENDANT PFIZER INC.'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE CO-COUNSEL

Before the Court is Defendant Pfizer Inc.'s Unopposed Motion to Withdraw and Substitute Co-Counsel. [Dkt. 76].  Defendant requests the Court allow Tommy Lee Yeates of Moore Landrey, LLP to withdraw and to substitute Jack P. Carroll of Orgain Bell & Tucker, LLP as co-counsel for Defendant in this matter.  After considering Defendant's unopposed motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Defendant Pfizer Inc.'s Unopposed Motion to Withdraw and Substitute Co-Counsel [Dkt. 76] is **GRANTED**.  The Clerk is **INSTRUCTED** to remove Mr. Yeates' name as co-counsel for Defendant Pfizer in this matter and to substitute in as co-counsel Jack P. Carroll.

**SIGNED this 15th day of November, 2022.**

*[signature]*
Michael J. Truncale
United States District Judge