# Exhibit A

Tweet



Brook Jackson
@IamBrookJackson

#postponethevote

PfIzer's fraud case is being decided at this very moment!

Why the rush?

Operation Warp Speed has been overplayed!



bailiwicknews.substack.com
Please pray for US District Court Judge Michael J. Truncale
Truncale is the federal judge in the Eastern District of Texas to whom whistleblower Brook Jackson's False Claims Act case is assigned.

9:01 AM · Oct 18, 2022

78 Retweets    3 Quote Tweets    221 Likes