# Exhibit B

# Please pray for US District Court Judge Michael J. Truncale

Truncale is the federal judge in the Eastern District of Texas to whom whistleblower Brook Jackson's False Claims Act case is assigned.

Katherine Watt
Oct 17

♡ 97    💬 31    ↗

On October 4, the US Government filed a Statement of Interest Supporting Dismissal of the Amended Complaint.

Some of the relevant filings, a November 2021 *British Medical Journal* report and a May 2022 JikkyLeaks report are linked at the footnote. [1]

I'm working on a report and analysis post about the US Government's October 4 filing, hoping to publish tomorrow.

In short, the US Government's argument implicitly confirms that the 'Covid-19 vaccine' is part of a bioattack on humanity led by the US Department of Defense, not a public health program.

Judge Truncale has been handed an excellent opportunity to cut into the heart of the international, genocidal criminal enterprise, and legally classify the products falsely classified as 'Covid-19 vaccines' as what they truly are: illegal, mass-murdering US DOD chemical and biological weapons.

Because he has been given this opportunity, globalist forces are undoubtedly focusing a great deal of effort to cloud Judge Truncale's understanding, weaken his discernment and will, and corrupt his soul right now.

**It behooves the people of Christendom to focus a great deal of effort on asking God to grant Judge Truncale clear understanding and strong discernment and will; help him avoid the temptation to complicity with evil; help him rule wisely and well on this case in this world; and help him save his immortal human soul from eternal damnation in the next world.**

And also to ask God to help Judge Truncale bring about the worldly conditions under which the globalist criminals can perhaps save their own immortal souls, by entering the long process of facing justice for the evil actions they've each committed in their vain pursuit of the overthrow of God Himself.

Some of Bailiwick's prior reporting on Jackson's case against Ventavia Research Group LLC, Pfizer Inc., Icon PLC:

- March 14, 2022 - Moderna's 2013 patent on furin cleavage site, Brook Jackson's 2020 report to FDA on clinical trial fraud, Pfizer 2021 SEC filings...

- May 4, 2022 - Faked Clinical Trials and 'Real World Evidence'

- May 25, 2022 - Pfizer's Motion to Dismiss the Brook Jackson, federal contracting fraud, clinical trial fraud, whistleblower case.

- May 26, 2022 - Implications of 10 USC 2371b, the federal contracting provision cited by Pfizer: Hundreds of millions of Americans and billions of people around the world were forced into a DOD experiment.

- Aug. 19, 2022 - Mathew Crawford realizing that there were never any valid clinical trials; it was all fabricated.

- Sept. 21, 2022 - Four American war criminals I think should be prosecuted first: Alex Azar, Robert Kadlec, Marion Gruber and Bill Gates

1   Jackson v. Ventavia, Pfizer, Icon. Docket available at CourtListener. These and more case documents also posted at Bailiwick News Archives' research files page.

2020.07.20 Base Agreement DOD/ATI-Pfizer (55 p.)

2020.07.21 Technical Direction Letter SOW DOD/ATI-Pfizer OTA-W15QKN-16-9-1002 (35 p.)

2021.01.08 Brook Jackson Complaint Pfizer Ventavia Fraud

2021.01.08 Brook Jackson Exh 1 to 10 337 p

2021.01.08 Brook Jackson Exh 11 to 20 74 p

2021.01.08 Brook Jackson Exh 21 to 29

2021.11.02 BMJ Paul Thacker Brook Jackson Ventavia

2022.02.22 Jackson Amended Complaint

2022.04.22 Pfizer Motion to Dismiss

2022.04.22 Pfizer MtD Exh A = DOD/ATI-Pfizer OTA Base Agreement 07.21.2020

2022.05.09 JikkyLeaks re faked clinical trials

2022.08.22 Jackson Opp to Pfizer MtD

2022.09.20 Pfizer reply in support MtD

2022.10.04 Jackson v. Ventavia US Gov Intervene

2022.10.11 Jackson Leave to File Response to US Gov

2022.10.14 Order Granting Leave to Respond



Martyrdom of St. Ignatius of Antioch. Neapolitan School of Painting, possibly Cesare Fracanzano.

## 31 Comments



Write a comment...



**Karen**  Oct 17  ♥ Liked by Katherine Watt

I just finished praying for US District Court Judge Truncale just as you wrote us to pray, dear Katherine Watt. Thank you for the details so we could pray with more understanding and clarity. I did not even know this was going on right now. Bless you, Katherine, and bless all of

your fortunate Bailiwick News supporters & followers. May the truth come out soon and may your powerful & beautifully written prayer be granted & magnified 8 billion times over to cover every human being on this precious Earth. Thank you, dear Father God, for hearing all of our heartfelt prayers.

♡ 18   Reply   Gift a subscription   Collapse

1 reply



**Margaret Anna Alice**  Writes Margaret Anna Alice Through the…   Oct 17   ♥ Liked by Katherine Watt

I pray he doesn't get Epsteined.

♡ 14   Reply   Gift a subscription   Collapse

3 replies by Katherine Watt and others

29 more comments…

© 2022 Katherine Watt · [Privacy](#) · [Terms](#) · [Collection notice](#)
[Substack](#) is the home for great writing