# Exhibit C

← Tweet

**Brook Jackson** 💜 ✓ @IamBrookJackson · Nov 22

One man, the judge in Beaumont, Texas is tasked with a decision that would bankrupt Pfizer & expose corruption within the U.S. gov't who should also be on trial!

If allowed discovery, it's over for both!

The vaccine product is misbranded and I proved that nearly 2 YEARS ago!

▶   💬 511   🔁 6,144   ♡ 21.4K   ⬆

**Patti Roberts** @pattiroberts75 · Nov 23
Replying to @IamBrookJackson
What judge is it? I live close to Beaumont, Tx

▶   💬 1   🔁   ♡   ⬆

**Brook Jackson** 💜 ✓ @IamBrookJackson · Nov 23
Replying to @pattiroberts75
Michael Truncale

▶   💬 1   🔁   ♡   ⬆

**Patti Roberts** @pattiroberts75 · Nov 23
Replying to @IamBrookJackson
Ahhh, I know his background well, he will allow Discovery, unless he's been bought 🤷‍♀️

▶   💬 1   🔁   ♡ 1   ⬆

**Brook Jackson** 💜 ✓
@IamBrookJackson

Replying to @pattiroberts75

I hope you're right, Patti! So far, not so good.

12:54 AM · Nov 23, 2022 · Twitter Web App

**3** Likes