# Exhibit D

← **Tweet**

**MY NAME IS BEAU, I AM THE COMFORTS OF …**   @Von…  · Nov 26   ···
She is…..@IamBrookJackson

> 🔵 **Kim Dotcom** ✓ @KimDotcom · Nov 24
>
> If the data from the @Pfizer human trials of the Covid vaccine was
> fraudulent then all immunity agreements are null and void. Read about
> the data integrity issues in Pfizer's vaccine trial revealed by a
> whistleblower: bmj.com/content/375/bm…

▶      💬 3      ↻ 50      ♡ 211      ↥

**Brook Jackson** 💜 ✓ @IamBrookJackson · Nov 26      ···
Replying to @Vonboo5
Thanks, Boo. @KimDotcom - exactly why I have been trying since I filed the
lawsuit in Jan. 2021 to get the word out. I just don't have the reach! The
clinical trials are the BIGGEST fraud in U.S. history!

▶      💬 6      ↻ 103      ♡ 400      ↥

**Keilah Bee McDonald** @keilahbeeherrin · Nov 26      ···
Replying to @IamBrookJackson @Vonboo5 and @KimDotcom
Brook.. I've researched the judge. I'm praying he stays in line with his
career.

▶      💬 1      ↻      ♡ 5      ↥

**Brook Jackson** 💜 ✓      ···
@IamBrookJackson

Replying to @keilahbeeherrin @Vonboo5 and @KimDotcom

I pray he abides by the oath he took & that he rules on
facts and law. Know anything about his clerks? I worry
about those two.

11:47 AM · Nov 26, 2022

6 **Likes**