# Exhibit E

← **Thread**

 **Brook Jackson** 💜 ✓
@IamBrookJackson

···

Once upon a time, a judge in Texas ruled that the biggest False Claims Act case in American history would move forward to discovery. What happened next is just SAD. Part 1 of 2



2:34 PM · Nov 28, 2022

**131** Retweets   **3** Quote Tweets   **354** Likes