UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.: 1:21-cv-00008-MJT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF MEAGAN D. SELF

I, Meagan D. Self, declare as follows:

1. I am an attorney licensed to practice in the State of Texas. I am an associate of DLA Piper LLP (US), counsel for Pfizer Inc. ("Pfizer"). I submit this declaration in support of Pfizer's Reply in Support of Motion to Continue Discovery Deadlines. The matters stated in this declaration are based on my personal knowledge, and if called to testify I could and would testify competently thereto.

2. Exhibit A is a true and correct copy of a Tweet from Relator dated October 18, 2022, that "Pfizer's fraud case is being decided at this very moment!" with a link to a blog post entitled "Please Pray for U.S. District Court Judge Michael J. Truncale."

3. Exhibit B is a true and correct copy of a Blog post asserting "globalist forces are undoubtedly focusing a great deal of effort to cloud Judge Truncale's understanding, weaken his discernment and will, and corrupt his soul right now."

4. Exhibit C is a true and correct copy of a Tweet from Relator dated November 23, 2022, stating "[s]o far, not so good."

1

5. Exhibit D is a true and correct copy of a Tweet from Relator dated November 26, 2022 "pray[s] [the judge] abides by the oath he took. Know anything about his clerks? I worry about those two."

6. Exhibits E is a true and correct copy of a Tweet from Relator dated November 28, 2022, stating that "once upon a time, a judge in Texas rules that the biggest False Claims Act case in American history would move forward to discovery.  What happened is just SAD."

I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the foregoing is true and correct.

Executed on this date the 1st day of December, 2022.


                                                  /s/ Meagan D. Self
                                                 Meagan D. Self