# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ex rel. BROOK JACKSON, ) | |
|  ) | CASE NO.: 1:21-CV-00008-MJT |
| Relator, ) | |
|  ) | |
| v. ) | |
|  ) | |
| VENTAVIA RESEARCH GROUP, LLC; ) | |
| PFIZER INC.; ICON PLC., ) | |
|  ) | |
| Respondents. ) | |

## RELATOR JACKSON'S NOTICE OF RULE 26 INITIAL DISCLOSURES

Per Local Rule CV-26(c), Relator Jackson hereby notifies the Court that the disclosure required under Fed. R. Civ. P. 26(a)(1) has taken place.

Respectfully,

*/s/ Lexis Anderson*
Lexis Anderson, Esq. (TX Bar No. 24127016)
Robert E. Barnes, Esq. (CA Bar No. 235919)
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (310) 510-6211
Facsimile: (310) 510-6225
Email: robertbarnes@barneslawllp.com

Warner Mendenhall, 0070165
190 N. Union St., Suite 201
Akron, OH 44304
(330) 535-9160; f (330) 762-9743
Email: warner@warnermendenhall.com

1

2

## **CERTIFICATE OF SERVICE**

A copy of the foregoing has been sent by the Court's Electronic Filing System to all parties of record on 12-1-2022.

*/s/ Lexis Anderson*
Lexis Anderson (Texas Bar No. 24127016)