IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION NO. 1:21-CV-00008 JUDGE MICHAEL J. TRUNCALE |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON, PLC, | | |
| *Defendants.* | | |

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

PLEASE BE ADVISED AND TAKE NOTICE that the above-styled matter is set for a Telephonic Status Conference on **December 13, 2022 at 5:00 p.m. CST**. Instructions for the call are as follows:

> Dial-In#: 877-336-1839
> Access/Pass Code: 3061359#

All attorneys are **ORDERED** to participate in the conference.

**SIGNED this 9th day of December, 2022.**

Michael J. Truncale
United States District Judge