IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* Brook Jackson,<br><br>　　　Plaintiff,<br><br>v.<br><br>**VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,**<br><br>　　　Defendants. | **CASE NO. 1:21-CV-00008-MJT** |

### VENTAVIA RESEARCH GROUP, LLC'S NOTICE OF JOINDER IN PFIZER'S MOTION TO CONTINUE DISCOVERY DEADLINES

Under Federal Rule of Civil Procedure 10(c), Defendant Ventavia Research Group, LLC ("Ventavia") hereby joins in and adopts by reference Pfizer's *Motion to Continue Discovery Deadlines* (Dkt. 87). As outlined in Pfizer's motion, it makes sense to continue the discovery deadlines (as the court has previously agreed) unless and until the Court determines that Relator has stated a viable claim for relief. (Dkt. 58, 86.) As Ventavia has previously stated, given the serious pleading deficiencies identified by the Defendants and the United States, allowing any discovery would amount to the kind of impermissible and unnecessary fishing expedition that Rule 9(b) is designed to prevent. (Dkt. 79.) That continues to be especially true in light of the discovery burden that will inevitably be imposed on the parties, the government, and others in this case, including because of the need for the parties to carefully weigh concerns about the privacy rights of individuals who participated in the clinical trials and to take extra steps to protect those participants' personal and protected information. (Dkt. 79.) Ventavia joins Pfizer in respectfully

requesting that the Court grant a three-month continuance of the discovery deadlines to June 15, 2023 or another appropriate date of the Court's choosing.

Respectfully submitted,

*/s/ Stacy L. Brainin*
Stacy L. Brainin
Texas Bar No. 02863075
Andrew W. Guthrie
Texas Bar No. 24078606
Taryn M. McDonald
Texas Bar No. 24088014
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: (214) 651-5000
Fax: (214) 651-5940
stacy.brainin@haynesboone.com
andrew.guthrie@haynesboone.com
taryn.mcdonald@haynesboone.com

**COUNSEL FOR VENTAVIA**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record on February 16, 2023, pursuant to the Court's ECF filing system and the Federal Rules of Civil Procedure.

*/s/ Stacy L. Brainin*
Stacy L. Brainin
