IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> ex rel. Brook Jackson, <br><br> Plaintiff, <br><br> v. <br><br> VENTAVIA RESEARCH GROUP, <br> LLC; PFIZER, INC.; ICON, PLC, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO.  1:21-CV-00008 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER SETTING ORAL HEARING

PLEASE BE ADVISED AND TAKE NOTICE that the following motions are set for oral hearing before this Honorable Court on **March 1, 2023 at 2:00 p.m. in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas**:

1. Pfizer's Motion to Dismiss Relator's Amended Complaint / Dkt. 37;

2. ICON PLC's Motion to Dismiss Relator's Amended Complaint / Dkt. 51; and

3. Ventavia Research Group, LLC's Corrected Motion to Dismiss / Dkt. 53.

**All parties are required to attend in person.**

SIGNED this 17th day of February, 2023.

Michael J. Truncale
United States District Judge