# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* Brook Jackson, ) | Case No.: 1:21-cv-00008-MJT |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE MICHAEL J. TRUNCALE |
| v. ) | |
| ) | |
| VENTAVIA RESEARCH GROUP, LLC; ) | |
| PFIZER INC.; ICON PLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF NEWER ATTORNEY PARTICIPATING IN ORAL ARGUMENT

Relator, through undersigned counsel, hereby informs this Court that pursuant to Judge Truncale's Standing Order Regarding Courtroom Opportunities for New Attorneys, Relator intends for Lexis Anderson, a Newer Attorney, to participate in oral argument as to Defendants' pending motion to dismiss at the hearing scheduled for March 1, 2023 at 2:00 pm Central Time. Anderson will argue a portion of the motion, in addition to contributions from attorneys Robert Barnes and Warner Mendenhall.

Dated: February 28, 2023

                                                                                          Respectfully submitted,

                                                                       */s/ Lexis Anderson*

                                                                       Lexis Anderson, Esq.
                                                                       Robert E. Barnes, Esq.
                                                                       BARNES LAW
                                                                       700 South Flower Street, Suite 1000
                                                                       Los Angeles, California 90017
                                                                       Telephone: (310) 510-6211

Facsimile: (310) 510-6225
Email: robertbarnes@barneslawllp.com
Email: lexisanderson@barneslawllp.com

Warner Mendenhall
Mendenhall Law Group
190 North Union St., Suite 201
Akron, OH 44304
T: 330.535.9160; F: 330.762.9743
warner@warnermendenhall.com

Attorneys for Relator Brook Jackson

2