**ATTACHMENT 1**:

CHRONOLOGY OF RELATOR'S INTERACTIONS WITH THE GOVERNMENT

| DATE | EVENT | SOURCE |
|---|---|---|
| 9/25/2020 | Relator "called the FDA's hotline" to report her concerns | Am. Compl., ¶ 262 |
| 9/28/2020 | FDA speaks to Relator for "several hours" regarding her concerns | Am. Compl., ¶ 266 |
| 12/11/2020 | FDA grants emergency use authorization for Pfizer's vaccine | Am. Compl., ¶ 12 |
| 12/14/2020 | Relator serves "voluntary pre-filing disclosure statement" on DOJ | Am. Compl., ¶ 38 |
| 12/14/2020 | Relator serves "voluntary pre-filing disclosure statement" on DoD | Am. Compl., ¶ 38 |
| 1/8/2021 | Relator files Original Complaint, under seal, in E.D. Tex. | Am. Compl., ¶ 39 |
| 1/8/2021 | Relator submits "original disclosure statement" to DOJ | Am. Compl., ¶ 39 |
| 1/8/2021 | Relator submits "original disclosure statement" to USAO | Am. Compl., ¶ 39 |
| 1/8/2021 | Relator submits "all material evidence and information" to DOJ | Am. Compl., ¶ 39 |
| 1/8/2021 | Relator submits "all material evidence and information" USAO | Am. Compl., ¶ 39 |
| 8/23/2021 | FDA grants full approval for Pfizer's vaccine | Am. Compl., ¶ 12 |
| 1/18/2022 | DOJ declines to intervene in Relator's lawsuit | ECF 13 |
| 2/22/2022 | Relator files Amended Complaint | ECF 17 |
| 10/4/2022 | DOJ files Statement of Interest Supporting Dismissal | ECF 70 |

"When the government, at appropriate levels, repeatedly concludes that it has not been defrauded, it is not forgiving a found fraud—rather it is concluding there was no fraud at all."

*United States ex rel. Harman v. Trinity Indus., Inc.*, 872 F.3d 645, 670 (5th Cir. 2017) (Higginbotham, J., writing for a unanimous court).