# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* BROOK JACKSON ) | Case No. 1:21-cv-00008-MJT |
| ) | |
| Relator, ) | HONORABLE MICHAEL J. TRUNCALE |
| v. ) | |
| ) | |
| VENTAVIA RESEARCH GROUP, ) | |
| LLC, *et al.* ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Relator Brook Jackson hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Opinion Granting Defendants Ventavia Research Group, LLC, Pfizer, Inc., and Icon, PLC's Motions to Dismiss entered in this action on March 31, 2023 [Doc. No. 96].

Relator filed a post-trial motion under Federal Rules of Civil Procedure Rule 59(e) [Doc. No. 97]. The Court has entered a notice on the docket that due to identified deficiencies, the motion was filed in error. Counsel for Relator are seeking clarification from the Court regarding the curing of those deficiencies and the timeliness of the motion. However, this notice of appeal has been filed protectively in the event an issue remains and the Rule 59(e) motion is deemed untimely filed. If the Rule 59(e) motion is ruled timely, then this Notice shall be withdrawn.

Dated: May 1, 2023                                Respectfully submitted,

                                                  */s/ Lexis Anderson*

                                                  Lexis Anderson, Esq. (TX Bar No. 24127016)
                                                  Email: lexisanderson@barneslawllp.com
                                                  Robert E. Barnes, Esq. (235010/CA)
                                                  Email: robertbarnes@barneslawllp.com

BARNES LAW
700 S. Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (310) 510-6211

Warner Mendenhall (Ohio Bar No. 0070165)
Email: warner@warnermendenhall.com
MENDENHALL LAW GROUP
190 North Union St., Suite 201
Akron, OH 44304
Telephone: (330) 535-9160
Facsimile: (330) 762-9743

Attorneys for Relator *Brook Jackson*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of May 2023 the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Lexis Anderson*

Lexis Anderson
