# United States Court of Appeals
## for the Fifth Circuit

_____

No. 23-40278

**A True Copy**
Certified order issued May 30, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

_____

United States of America, *ex rel*, Brook Jackson,

    *Plaintiff—Appellant*,

versus

Ventavia Research Group, L.L.C.; Pfizer, Incorporated; Icon, P.L.C.,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:21-CV-8

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of May 30, 2023, for want of prosecution. The Appellant failed to timely order transcripts and make financial arrangements with court reporter.

No. 23-40278

Lyle W. Cayce
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT