# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 30, 2023

Mr. David O'Toole
Eastern District of Texas, Beaumont
United States District Court
300 Willow Street
Room 104
Beaumont, TX 77701-0000

    No. 23-40278   Jackson v. Ventavia Research Group
                      USDC No. 1:21-CV-8

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

cc w/encl:
    Ms. Lexis Elizabeth Anderson
    Mr. Robert Edward Barnes
    Ms. Stacy Lee Brainin
    Mr. Scott Louis Davis
    Mr. Andrew W. Guthrie
    Mr. Andrew J. Hoffman, II
    Mr. Elai Katz
    Mr. Warner Mendenhall
    Ms. Tammy Roy
    Ms. Meagan Dyer Self
    Mr. Carlton E. Wessel