# TRANSCRIPT ORDER FORM (DKT. 13) — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Eastern District of Texas (Beaumont)  
District Court Docket No.: 1:21-cv-00008-MJT  
Short Case Title: United States of America ex rel. Brooks Jackson v. Ventavia Research Group, LLC et al  

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Ruth Weese  

Date Notice of Appeal Filed in the District Court: May 1, 2023  
Court of Appeals No.: 23-40278  

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ■ Transcript is already on file in the Clerk's Office

OR

Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐ Bail Hearing ____ ☐ Voir Dire ____
☐ Opening Statement of Plaintiff ____ ☐ Opening Statement of Defendant ____
☐ Closing Argument of Plaintiff ____ ☐ Closing Argument of Defendant: ____
☐ Opinion of court ____ ☐ Jury Instructions ____ ☐ Sentencing ____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☐ Private Funds; ☐ Criminal Justice Act Funds (Enter Authorization-24 via eVoucher);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds
■ Other: Transcript has already been ordered and is on file in the Clerk's Office

Signature: /s/ Lexi Anderson  
Date Transcript Ordered: March 14, 2023  
Print Name: Lexis Anderson  
Phone: (310) 510-6211  
Counsel for: Appellant  
Address: 700 South Flower Street, Suite 1000, Los Angeles, California 90017  
Email of Attorney: lexisanderson@barneslawllp.com  

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) ____

Date ____ Signature of Reporter ____ Tel. ____

Email of Reporter ____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages ____ Actual Number of Volumes ____

Date ____ Signature of Reporter ____