# Exhibit A



**Brook Jackson** 💜 ✅
@IamBrookJackson

I filed this case on behalf of the American people because our tax dollars were used to fund Pfizer's killer shot. Now, I must apologize to the world on behalf of the United States of America. @pfizer @VRG_FortWorth @ICONplc It's not over! By a long shot. #forthevictims

> 
> **Robert Barnes** ✅ @barnes_law · Mar 31
> The court requires we appeal to hold Pfizer accountable in the @IamBrookJackson case, and we will be doing precisely that. #PfizerLiedPeopleDied

4:43 PM · Mar 31, 2023 · **116.1K** Views

---



**Brook Jackson** 💜 ✅
@IamBrookJackson

The dismissal of Pfizer's case is a despicable & heinous betrayal of justice, a slap in the face to vaccine injured and whistleblowers, a blatant example of corruption, incompetence and cowardice, a declaration that the powerful are above the law… that freaking ends today!

12:38 AM · Apr 1, 2023 · **16.8K** Views