# Exhibit B



**Brook Jackson** 💜 ✓
@IamBrookJackson

More than an appeal is forthcoming! Think back to what was known about DOD/Pfizer/FDA/CDC/NIH when this case was filed 814 days ago and what we know today. This was our practice run; a hope that America still had a fair & just judiciary. It does not.

> 
> **Warner Mendenhall** ✓  @MendenhallFirm · Mar 31
> Thanks Brook Jackson for your courage.  An appeal is forthcoming. @IamBrookJackson

12:38 AM · Apr 1, 2023 · **78.4K** Views