# Exhibit C

No.: 23-40278
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

BROOK JACKSON,

*Relator-Appellant*,

v.

VENTAVIA RESEARCH GROUP, LLC, PFIZER, INC., and ICON PLC,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Eastern District of Texas
No. 1:21-cv-00008-MJT
Judge Michael J. Truncale United States District Judge

### APPELLANT'S MOTION TO REINSTATE APPEAL

| | |
|---|---|
| Robert E. Barnes, Esq. | Warner Mendenhall |
| robertbarnes@barneslawllp.com | warner@warnermendenhall.com |
| Lexis Anderson, Esq. | MENDENHALL LAW GROUP |
| lexisanderson@barneslawllp.com | 190 North Union St., Suite 201 |
| BARNES LAW | Akron, OH 44304 |
| 700 S. Flower Street, Suite 1000 | Telephone: (330) 535-9160 |
| Los Angeles, California 90017 | Facsimile: (330) 762-9743 |
| Telephone: (310) 510-6211 | |

Attorneys for Appellant Brook Jackson

1

## MOTION TO REINSTATE APPEAL

Pursuant to Fifth Circuit Rules, Appellant in the above-caption appeal moves this Court for reinstatement of the appeal and state to the Court the following:

1. On May 3, 2023, Relator-Appellant Brook Jackson filed a notice of appeal with the U.S. District Court for the Eastern District of Texas indicating her intent of appealing the District Court's dismissal of her Amended Complaint in its entirety. Her appeal was docketed with the Fifth Circuit Court of Appeals on May 4, 2023.

2. On May 8, 2023, this Court issued a notice setting a deadline of May 23, 2023 for Appellant to file a transcript order form and make financial arrangements with the court reporter. However, Appellant's counsel never received electronic notice of this order.

3. Appellant's counsel ordered a transcript of the March 1, 2023 hearing on Defendants' motions to dismiss on March 14, 2023.

4. On May 30, 2023, the Clerk's office dismissed this appeal for failure to file a transcript order form and failure to make financial arrangements with the court reporter.

5. Pursuant to Fifth Circuit Rule 27, the Clerk has discretion to act on a motion to reinstate appeals dismissed by the Clerk.

6. Per the Fifth Circuit General Standards for Ruling on Motions, a court may reinstate a case dismissed by the clerk under 5th Cir. R. 27.1.6 if 1) the deficiency which caused the dismissal has been remedied; and 2) the motion for reinstatement is made as soon as reasonably possible and in any event within 45 days of dismissal.

7. Appellant respectfully submit that the present circumstances meet the reinstatement standards.

8. Appellant has completed the transcript order form and filed it with the District Court. [Doc. No. 101]. The transcript order form is also attached to this Motion.

9. Appellant has filed this motion three (3) days after notice of the appeal dismissal was filed.

10. Per Fifth Circuit Rule 27.4, on June 1, 2023, counsel for Appellant informed counsel for Appellees of Appellant's intent to file this motion. Appellees Ventavia Research Group, LLC and Pfizer, Inc. have responded that they take no position and do not intend to file an opposition brief. Appellee Icon, PLC has not yet responded as of this filing.

11. While Appellant fully acknowledges the delay in filing breached the Court's order, Appellant humbly suggests that the delay is a formal breach rather than a substantive one indicative of Appellant's lack of intent to fully prosecute their appeal.

12. Appellant therefore respectfully moves this Court for reinstatement of the appeal.

Respectfully submitted, this the 2nd of June 2023.

> Respectfully submitted,
>
> */s/ Robert E. Barnes*
>
> Robert E. Barnes, Esq.

District Court: Eastern District of Texas (Beaumont)    District Court Docket No. 1:21-cv-00008-MJT

Short Case Title: United States of America ex rel. Brooks Jackson v. Ventavia Research Group, LLC et al

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Ruth Weese

Date Notice of Appeal Filed in the District Court: May 1, 2023    Court of Appeals No. 23-40278

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ■ Transcript is already on file in the Clerk's Office

OR

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐ Private Funds;  ☐ Criminal Justice Act Funds (Enter Authorization-24 via eVoucher);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
■ Other: Transcript has already been ordered and is on file in the Clerk's Office

Signature: /s/ Lexi Anderson    Date Transcript Ordered: March 14, 2023
Print Name: Lexis Anderson    Phone: (310) 510-6211
Counsel for: Appellant
Address: 700 South Flower Street, Suite 1000, Los Angeles, California 90017
Email of Attorney: lexisanderson@barneslawllp.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____