# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 1:21-cv-00008-MJT |

## ORDER

Upon consideration of Defendant Pfizer Inc.'s Opposition to Relator's Motion to Reinstate her Rule 59(e) Motion on the Docket and Deem it Timely (the "Motion"), and any oppositions and replies thereto,

**IT IS HEREBY ORDERED** that the Motion is **DENIED**.