IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **Brook Jackson,** | |
| **Plaintiff,** | CASE NO. 1:21-CV-00008-MJT |
| v. | |
| **VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,** | |
| **Defendants.** | |

### ORDER

Before the Court is Relator's *Motion to Reinstate Relator's Rule 59(e) Motion on the Docket and Deem it Timely* (Dkt. 99), filed on May 26, 2023. The Court has considered the motion, the responses filed by Defendants, any reply brief, and all arguments made, evidence submitted, and authorities cited. The Court hereby DENIES Relator's Motion to Reinstate.

**IT IS SO ORDERED.**