# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-40278   Jackson v. Ventavia Research Group
               USDC No. 1:21-CV-8

The court has granted Appellant's motion to reinstate the appeal.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Ms. Lexis Elizabeth Anderson
Mr. Robert Edward Barnes
Ms. Stacy Lee Brainin
Mr. Scott Louis Davis
Mr. Andrew W. Guthrie
Mr. Andrew J. Hoffman, II
Mr. Elai Katz
Mr. Warner Mendenhall
Mr. David O'Toole
Ms. Tammy Roy
Ms. Meagan Dyer Self
Mr. Carlton E. Wessel