# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 02, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40278   Jackson v. Ventavia Research Group
                  USDC No. 1:21-CV-8

The court has taken the following action in this case:

Appellant's motion to stay further proceedings pending resolution of Rule 59(e) proceedings pending in the district court is GRANTED.

Appellant's alternative request for an extension of time to file Appellant's brief is DENIED AS MOOT.

Counsel should advise this office once the matter has been resolved in the district court.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Robert Edward Barnes
Ms. Stacy Lee Brainin
Mr. Scott Louis Davis
Mr. Andrew W. Guthrie
Mr. Andrew J. Hoffman II
Mr. Elai Katz
Mr. Warner Mendenhall
Mr. David O'Toole
Ms. Tammy Roy
Ms. Meagan Dyer Self
Mr. Carlton E. Wessel