IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. Brook Jackson, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-00008 JUDGE MICHAEL J. TRUNCALE |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC, | § § § § | |
| Defendants. | § § | |

### ORDER SETTING SCHEDULING CONFERENCE

PLEASE BE ADVISED AND TAKE NOTICE that the above-styled matter is set for a Scheduling Conference on **August 28, 2023 at 10:00 a.m. in Room 221, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas**.

All Parties are required to attend in person.

The Parties are further **ORDERED** to file a joint proposed Scheduling Order in this matter on or before **August 23, 2023**.

**SIGNED this 10th day of August, 2023.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge