AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| United States ex rel. Brook Jackson ) | |
| *Plaintiff* ) | |
| v.  ) | Case No.  1:21-CV-00008-MJT |
| VENTAVIA RESEARCH GROUP, LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Relator Brook Jackson.

Date:  09/15/2023

/s/Jeremy L. Friedman
*Attorney's signature*

Jeremy L. Friedman, CA Bar No. 142659
*Printed name and bar number*

Law Office of Jeremy L. Friedman
2801 Sylhowe Road
Oakland, CA 94602

*Address*

jlfried@comcast.net
*E-mail address*

(510) 530-9060
*Telephone number*

(510) 530-9087
*FAX number*