## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* BROOK JACKSON ) <br> ) <br> Relators ) <br> v. ) <br> VENTAVIA RESEARCH GROUP, ) <br> LLC, *et al.* ) <br> Defendants. ) <br> _____ ) | Case No. 1:21-cv-00008-MJT |

### [PROPOSED] ORDER

Upon consideration of Relator Brook Jackson's Unopposed Motion to Amend Scheduling Order, and for good cause showing, Relator's motion is **GRANTED**.

Relator shall provide Defendants with her revised proposed second amended complaint by September 18, 2023, and she shall file either a stipulation of the parties or a motion for leave to file the second amended complaint, by September 30, 2023.

**IT IS SO ORDERED**

Dated: _____

_____
Michael J. Truncale
United States District Judge