# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 27, 2023
Lyle W. Cayce
Clerk

No. 23-40278

─────────

United States of America, *ex rel*, Brook Jackson,

    *Plaintiff—Appellant*,

*versus*

Ventavia Research Group, L.L.C.; Pfizer, Incorporated; Icon, P.L.C.,

    *Defendants—Appellees*.

─────────

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:21-CV-8

─────────

UNPUBLISHED ORDER

Before Smith, Southwick, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant's unopposed motion to dismiss the appeal without prejudice is GRANTED.