# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 27, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40278   Jackson v. Ventavia Research Group
                  USDC No. 1:21-CV-8

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Ms. Lexis Elizabeth Anderson
Mr. Robert Edward Barnes
Ms. Stacy Lee Brainin
Mr. Scott Louis Davis
Mr. Jeremy L. Friedman
Mr. Andrew W. Guthrie
Mr. Andrew J. Hoffman II
Mr. Elai Katz
Mr. Warner Mendenhall
Mr. David O'Toole
Ms. Tammy Roy
Ms. Meagan Dyer Self
Mr. Carlton E. Wessel