UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON PLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 1:21-cv-00008-MJT |

**STIPULATION REGARDING RELATOR'S SECOND AMENDED COMPLAINT**

Relator Brook Jackson ("Relator") and Defendants Pfizer Inc., Ventavia Research Group, LLC, and ICON plc (collectively, "Defendants"), by and through their counsel of record, submit the following stipulation regarding Relator's proposed second amended complaint:

Subject to the Parties' positions and reserving all rights regarding the same,[1] the Parties stipulate to Relator filing a Second Amended Complaint ("SAC"), attached as **Exhibit A**, with the understanding that the Court previously dismissed the claims in Counts II, III, and IV with prejudice (ECF 96), and that those Counts are included in the SAC solely for purposes of preserving those claims for appeal.

---

[1] Defendants do not concede (and in fact adamantly dispute) that the factual contentions in the proposed second amended complaint have any evidentiary support, or that Relator is presenting the pleading for a proper purpose. Defendants reserve all rights with respect to these allegations.

Date: October 2, 2023                                           Respectfully Submitted,

/s/Warner Mendenhall                                            / s/Carlton Wessel
Warner Mendenhall                                               Carlton E. Wessel (admitted *pro hac vice*)
(Ohio Bar No. 0070165)                                          DLA Piper US LLP
Email: warner@warnermendenhall.com                              500 Eighth Street, NW
MENDENHALL LAW GROUP                                            Washington, DC 20004
190 North Union St., Suite 201                                  Telephone:  (202) 799-4000
Akron, OH 44304                                                 Email:  Carlton.Wessel@us.dlapiper.com
Telephone: (330) 535-9160
Facsimile: (330) 762-9743                                       Andrew J. Hoffman II (admitted *pro hac vice*)
                                                                DLA Piper US LLP
Lexis Anderson, Esq.                                            2000 Avenue of the Stars
Email: lexisanderson@barneslawllp.com                           Suite 400, North Tower
Robert E. Barnes, Esq.                                          Los Angeles, CA 90067-4704
Email: robertbarnes@barneslawllp.com                            Telephone:  (310) 595-3010
BARNES LAW                                                      Email:  Andrew.Hoffman@us.dlapiper.com
700 S. Flower Street, Suite 1000
Los Angeles, California 90017                                   Meagan D. Self
Telephone: (310) 510-6211                                       Texas Bar No. 24078453
                                                                DLA Piper US LLP
Jeremy Friedman, CA Bar No. 142659                              1900 North Pearl Street, Suite 2200
LAW OFFICE OF JEREMY FRIEDMAN                                   Dallas, Texas 75201
2801 Sylhowe Road.                                              Telephone:  (214) 743-4556
Oakland, Ca. 94610                                              Email:  Meagan.Self@us.dlapiper.com
Tel: (510) 530-9060
Fax: (510) 530-9087                                             Jack P. Carroll
Email: jlfried@comcast.net                                      Orgain, Bell & Tucker LLP
                                                                470 Orleans Suite 400
*Counsel for Relator Brook Jackson*                             Beaumont, TX 77704
                                                                Telephone: (409) 383-6412
                                                                Email: jpc@obt.com

                                                                *Counsel for Defendant Pfizer Inc.*

_/s/Stacy Brainin_
Stacy L. Brainin
Texas Bar No. 02863075
Andrew W. Guthrie
Texas Bar No. 24078606
Taryn M. McDonald
Texas Bar No. 24088014
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: (214) 651-5000
Fax: (214) 651-5940
stacy.brainin@haynesboone.com
andrew.guthrie@haynesboone.com
taryn.mcdonald@haynesboone.com

*Counsel for Ventavia Research Group LLC*

_/s/Scott Davis_
Scott L. Davis
Texas Bar No. 05547030
HUSCH BLACKWELL, LLP
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 999-6184
Email: scott.davis@huschblackwell.com

Elai Katz (admitted pro hac vice)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5791
Email: ekatz@mwe.com

Tammy Roy (admitted pro hac vice)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3720
Email: troy@cahill.com

*Counsel for ICON plc*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023 a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system in accordance with this Court's Local Rules.

<em>/s/Warner Mendenhall</em>