IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON,<br><br>*Plaintiff,*<br><br>v.<br><br>VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC,<br><br>*Defendants.* | CIVIL ACTION NO.  1:21-CV-00008<br>JUDGE MICHAEL J. TRUNCALE |

### ORDER REGARDING RELATOR'S SECOND AMENDED COMPLAINT

The Court has received the Parties' Stipulation Regarding Relator's Second Amended Complaint. [Dkt. 116].

It is **ORDERED** that Relator file her Second Amended Complaint and all exhibits thereto under a separate filing on or before **October 5, 2023**.

Once received, the Clerk is **INSTRUCTED** to accept Relator's Second Amended Complaint and make same a part of the record of this matter.

**SIGNED this 4th day of October, 2023.**

Michael J. Truncale
United States District Judge