# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON,<br><br>Plaintiff,<br><br>- v -<br><br>VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,<br><br>Defendants. | CASE NO. 1:21-CV-00008-MJT |

## ORDER

Before the Court is ICON plc's Motion to Dismiss Relator's Second Amended Complaint, filed on October 20, 2023. The Court has considered the motion, any responses, as well as all arguments made, evidence submitted and authorities cited, and the Court hereby **GRANTS** ICON plc's Motion to Dismiss with prejudice.

**IT IS SO ORDERED.**