IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **Brook Jackson,** | |
| Plaintiff, | |
| v. | CASE NO. 1:21-CV-00008-MJT |
| **VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON PLC,** | |
| Defendants. | |

## ORDER

Before the Court is Ventavia Research Group, LLC's Motion to Dismiss Relator's Second Amended Complaint filed on October 5, 2023 (Dkt. 118). The Court has considered the motion, any responses, as well as all arguments made, evidence submitted and authorities cited, and the Court hereby GRANTS Ventavia Research Group, LLC's Motion to Dismiss. All claims asserted in Relator's Second Amended Complaint are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**