IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, <br><br> Relator, <br><br> v. <br><br> VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON, PLC, <br><br> Defendants. | Civil Action No.: 1:21-cv-00008-MJT <br><br> **UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE** |

Now comes Brook Jackson, through undersigned counsel, who moves this Court for additional time to respond to Defendants' pending motions to dismiss, and to amend other deadlines per the proposed order attached hereto and incorporated herein.

Defendants filed their Motions to Dismiss on October 20, 2023, making Relator's response brief(s) due on or before November 3, 2023. Specifically, Relator requests to extend the present deadline to file her response to Defendants' Motions to Dismiss to December 1, 2023.

Relator has conferred with Defendants and they are unopposed to a 28-day extension of Relator's deadline for responding to their motions to dismiss, so long as the Court is also willing to extend other upcoming deadlines by the same amount of time, as reflected in the attached proposed order.

Respectfully Submitted,

*/s/ Lexis Anderson*

Lexis Anderson, Esq. (TX Bar No. 24127016)
Email: lexisanderson@barneslawllp.com
Robert E. Barnes, Esq. (235010/CA)

1

Email: robertbarnes@barneslawllp.com
BARNES LAW
700 S. Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (310) 510-6211

Warner Mendenhall (Ohio Bar No. 0070165)
Email: warner@warnermendenhall.com
MENDENHALL LAW GROUP
190 North Union St., Suite 201
Akron, OH 44304
Telephone: (330) 535-9160
Facsimile: (330) 762-9743

Jeremy L. Friedman, CA Bar No. 142659
Email: jlfried@comcast.net
LAW OFFICE OF JEREMY L.. FRIEDMAN
2801 Sylhowe Road
Oakland, CA 94602
Telephone: 510-530-9060
Facsimile: 510-530-9060

Attorneys for Relator *Brook Jackson*

## CERTIFICATE OF SERVICE

    A copy of the foregoing has been sent by the Court's Electronic Filing System to all parties of record on November 1, 2023.

*/s/ Lexis Anderson*
Lexis Anderson

## CERTIFICATE OF CONFERENCE

Relator, through undersigned counsel, files this Certificate of Conference to verify that Relator's Counsel has complied with the meet and confer requirement in Local Rule CV-7(h). On October 30, 2023, Counsel for Relator contacted Counsel for Defendants Ventavia Research Group, LLC, Icon, PLC, and Pfizer, Inc. and informed them of Relator's intent to file her motion for reconsideration. All Defendants stated that they were unopposed to the motion.

Dated: November 1, 2023

                                                                     Respectfully submitted,

                                                                      */s/ Lexis Anderson*

                                                                      Lexis Anderson, Esq.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | ) ) ) | |
| Relator, | ) ) | Civil Action No.: 1:21-cv-00008-MJT |
| v. | ) ) ) | |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER INC.; ICON, PLC, | ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE

Upon consideration of Relator's Unopposed Motion to Amend Briefing Schedule, and the entire record, it is hereby ORDERED that the Motion is GRANTED and the below deadlines are amended as set forth below:

| Motions to Dismiss | October 20, 2023 |
|---|---|
| Opposition(s) to Motions to Dismiss: | December 1, 2023 |
| Replies in Support of Motions to Dismiss: | December 8, 2023 |

Absent further order of the Court, all other deadlines remain unchanged.

Dated: _____

_____
Michael J. Truncale
United States District Judge