IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BROOK JACKSON, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:21-CV-00008 |
| v. | § § | JUDGE MICHAEL J. TRUNCALE |
| VENTAVIA RESEARCH GROUP, LLC; PFIZER, INC.; ICON, PLC, | § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING RELATOR'S UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Before the Court is Relator Brook Jackson's Unopposed Motion to Amend Briefing Schedule. [Dkt. 122]. Relator is seeking a 28-day extension in which to respond to the pending motions to dismiss filed by the Defendants in this matter. After considering the Relator's unopposed motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Relator Brook Jackson's Unopposed Motion to Amend Briefing Schedule [Dkt. 122] is hereby **GRANTED** and the following deadlines shall apply:

**December 1, 2023**   Relator's deadline to respond to Pfizer's Motion to Dismiss Relator's Second Amended Complaint and Memorandum of Law in Support [Dkt. 119];

**December 1, 2023**   Relator's deadline to respond to ICON PLC's Motion to Dismiss Relator's Second Amended Complaint and Memorandum of Law in Support [Dkt. 120]; and

**December 1, 2023**   Relator's deadline to respond to Ventavia Research Group, LLC's Motion to Dismiss Relator's Second Amended Complaint and Brief in Support.

**SIGNED this 3rd day of November, 2023.**

_____
Michael J. Truncale
United States District Judge