IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex. rel. BROOK JACKSON,**<br><br>            **Plaintiff,**<br><br>     v.<br><br>**VENTAVIA RESEARCH GROUP, LLC,** *et al.*,<br><br>            **Defendants.** | Civil Action No. 1:21-CV-00008-MJT |

## NOTICE OF APPEARANCE

Please take notice that Trial Attorney Erin Colleran hereby enters her appearance on behalf of the United States.

Dated: March 7, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DAMIEN M. DIGGS
United States Attorney

*/s/ Erin Colleran*
_____
JAMIE ANN YAVELBERG
ANDY J. MAO
ERIN COLLERAN
U.S. Department of Justice
Civil Division
175 N St., NE
Washington, DC 20002
(202) 532-5056
Erin.Colleran@usdoj.gov

1

JAMES GILLINGHAM
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street; Suite 700
Tyler, Texas 75702
(903) 590-1400
James.Gillingham@usdoj.gov
Texas State Bar # 2406529

2

## CERTIFICATE OF SERVICE

    I hereby certify on this 7th day of March 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

                                                */s/ Erin Colleran*
                                                ERIN COLLERAN