# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

May 15, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40564   Jackson v. Ventavia Research Group
                USDC No. 1:21-CV-8

The court has granted in part an extension of time to and including June 2, 2025 for filing a reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Robert Edward Barnes
Ms. Stacy Lee Brainin
Mr. Jeremy L. Friedman
Mr. James Garland Gillingham
Mr. Andrew W. Guthrie
Mr. Warner Mendenhall
Mr. David O'Toole
Mr. Charles Wylie Scarborough
Ms. Sarah Nicole Smith